ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL  #196129
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,<br><br>             Plaintiffs,<br><br>      v.<br><br>ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,<br><br>             Defendants. | Case No.  3:22-cv-01862-IM<br><br>NOTICE OF APPEARANCE |

Page 1 -   NOTICE OF APPEARANCE
        BM2/jt3/NSSF 1862 PLD Notice of Appearance

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## NOTICE OF APPEARANCE

Please take notice that Brian Simmonds Marshall is counsel of record for defendants Ellen Rosenblum, Attorney General of the State of Oregon, and Terri Davie, Superintendent of the Oregon State Police, in this case.

DATED December 1, 2022.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    /s/ Brian Simmonds Marshall
    BRIAN SIMMONDS MARSHALL #196129
    Senior Assistant Attorney General
    Trial Attorney
    Tel (971) 673-1880
    Fax (971) 673-5000
    Brian.S.Marshall@doj.state.or.us
    Of Attorneys for Defendants

Page 2 -   NOTICE OF APPEARANCE
BM2/jt3/NSSF 1862 PLD Notice of Appearance

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000