**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

      Special Assistant Attorneys General for Defendants
      Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION<br><br>                    Plaintiffs,<br><br>      v.<br><br>ELLEN ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,<br><br>                    Defendants. | Case No. 3:22-cv-01862-IM<br><br>**NOTICE OF APPEARANCE OF HARRY WILSON** |

      Harry B. Wilson of Markowitz Herbold PC hereby enters his appearance as an attorney for defendants Ellen Rosenblum and Terri Davie in both their official capacities.  Brian Simmonds Marshall remains as counsel of record for defendants.  Defendants' attorneys contact information is as follows:

Page 1 -   NOTICE OF APPEARANCE OF HARRY WILSON

Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

Brian Simmonds Marshall
brian.s.marshall@doj.state.or.us
OREGON DEPARTMENT OF JUSTICE
Trial Division, Special Litigation Unit
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880

DATED this 1st day of December, 2022.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:   *s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
   *Special Assistant Attorney General for Defendants*

Brian Simmonds Marshall
brian.s.marshall@doj.state.or.us
   *Of Attorney for Defendants*

1366045