Shawn M. Lindsay
shawn@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,<br><br>Defendants. | Case No. 3:22-cv-01862-IM<br><br>**DEFENDANT MAZAMA SPORTING GOODS' CORPORATE DISCLOSURE STATEMENT** |

TO:   THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF OREGON, PORTLAND DIVISION:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MAZAMA SPORTING GOODS, dba of SITATUNGA SERVICES, LLC an Oregon limited liability corporation, states as follows:

SITATUNGA SERVICES, LLC, dba MAZAMA SPORTING GOODS, is a retail sales company organized, formed, and existing under the Oregon state laws. SITATUNGA SERVICES, LLC, dba MAZAMA SPORTING GOODS has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock.

DATED: December 2, 2022

Respectfully submitted,

Paul D. Clement*
Erin E. Murphy*
Matthew D. Rowen*
Trevor W. Ezell*
Nicholas M. Gallagher*
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

s/ Shawn M. Lindsay
Shawn M. Lindsay (OR Bar #020695)
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
(503) 968-1475
shawn@jurislawyer.com

* *pro hac vice* application forthcoming

*Counsel for Plaintiffs*