Shawn M. Lindsay
shawn@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,<br><br>Defendants. | Case No. 3:22-cv-01862-IM<br><br>**DEFENDANT NATIONAL SHOOTING SPORTS FOUNDATION'S CORPORATE DISCLOSURE STATEMENT** |

TO: THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF OREGON, PORTLAND DIVISION:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NATIONAL SHOOTING SPORTS FOUNDATION, a Connecticut nonprofit, tax-exempt, non-stock corporation, states as follows:

NATIONAL SHOOTING SPORTS FOUNDATION is a trade association for the firearm, ammunition, and hunting and shooting sports industry organized, formed, and existing under the Connecticut state laws. NATIONAL SHOOTING SPORTS FOUNDATION has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock.

DATED: December 2, 2022

Paul D. Clement[*]
Erin E. Murphy[*]
Matthew D. Rowen[*]
Trevor W. Ezell[*]
Nicholas M. Gallagher[*]
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

[*] *pro hac vice* application forthcoming

Respectfully submitted,

s/ Shawn M. Lindsay
Shawn M. Lindsay (OR Bar #020695)
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
(503) 968-1475
shawn@jurislawyer.com

*Counsel for Plaintiffs*