Shawn M. Lindsay
shawn@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475
  *Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,<br><br>                    Defendants. | Case No. 3:22-cv-01862-IM<br><br>**DEFENDANT OREGON STATE SHOOTING ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT** |

TO:    THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF OREGON, PORTLAND DIVISION:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

OREGON STATE SHOOTING ASSOCIATION, an Oregon not-for-profit corporation, states as

follows:

OREGON STATE SHOOTING ASSOCIATION is a not-for-profit corporation, formed, and existing under the Oregon state laws.  OREGON STATE SHOOTING ASSOCIATION has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock.

DATED: December 2, 2022

Respectfully submitted,

Paul D. Clement[*]
Erin E. Murphy[*]
Matthew D. Rowen[*]
Trevor W. Ezell[*]
Nicholas M. Gallagher[*]
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

s/ Shawn M. Lindsay
Shawn M. Lindsay (OR Bar #020695)
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
(503) 968-1475
shawn@jurislawyer.com

[*] *pro hac vice* application forthcoming

*Counsel for Plaintiffs*