**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants
    Additional Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION<br><br>                  Plaintiffs,<br><br>        v.<br><br>ELLEN ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police,<br><br>                  Defendants. | Case No. 3:22-cv-01862-IM<br><br>**STIPULATED ORDER REGARDING PLAINTIFFS' EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION** |

Based on the stipulation of the parties, this Court adopts its reasoning as stated in the

Court's Opinion and Order in *Oregon Firearms Federation et al.,* 2:22-cv-01815-IM, ECF

39. Accordingly, Plaintiffs' Emergency Motion for Preliminary Injunction ("Motion"), ECF 5, is

**Page 1 -**   **STIPULATED ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION**

DENIED, to the extent that the Motion seeks a temporary restraining order, with respect to large capacity magazines and with respect to a facial challenge to Measure 114's permitting provision. However, in light of the difficulty the State has conceded in terms of implementation of the permitting provisions at this stage, implementation of those permitting provisions is stayed for thirty days.

Plaintiffs are entitled to a prompt hearing to determine whether a preliminary injunction should issue based on a more complete evidentiary record addressing whether there is a likelihood of success on the merits under the Second and Fourteenth Amendments. The parties are ordered to confer and propose a briefing schedule to this Court by December 7, 2022.

IT IS SO ORDERED

DATED this ___ day of December, 2022

_____
U.S. District Court Judge Karin Immergut

IT IS SO STIPULATED:

| JURISLAW LLP | ELLEN ROSENBLUM<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON |
|---|---|
| *s/ Matthew D. Rowen*<br>Shawn M. Lindsay, OSB #020695<br>shawn@jurislawyer.com<br>*Attorneys for Plaintiffs* | *s/ Harry B. Wilson*<br>Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Hannah K. Hoffman, OSB #183641<br>HannahHoffman@MarkowitzHerbold.com<br>*Special Assistant Attorneys General for Defendants* |
| CLEMENT & MURPHY, PLLC<br>Paul D. Clement<br>Erin E. Murphy<br>Matthew D. Rowen<br>Trevor W. Ezell | Brian Simmonds Marshall<br>brian.s.marshall@doj.state.or.us |

| | |
|---|---|
| Nicholas M. Gallagher<br>*pro hac vice attorneys*<br>*Attorneys for Plaintiffs* | *Of Attorneys for Defendants* |

**Page 3 -** **STIPULATED ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION**

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from plaintiffs' counsel signatories to this document.

Date: December 6, 2022

                                                  s/ Harry B. Wilson
                                                Harry B. Wilson, OSB #077214
                                                HarryWilson@MarkowitzHerbold.com

1377354