Jessica A. Skelton, OSB #102714
jessica.skelton@pacificalawgroup.com
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
206-245-1700

*Attorney for Proposed Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN ROSENBLUM, Attorney General of the State of Oregon, in her official capacity, and TERRI DAVIE, Superintendent of the Oregon State Police,<br><br>Defendants. | No. 3:22-cv-01862-IM<br><br>NOTICE OF APPEARANCE OF JESSICA SKELTON ON BEHALF OF PROPOSED INTERVENOR-DEFENDANT OREGON ALLIANCE FOR GUN SAFETY |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Proposed Intervenor-Defendant Oregon Alliance for Gun Safety, without waiving any objections including those as to improper service or jurisdiction, hereby enters an appearance in the above-entitled action by the attorney undersigned. You are

hereby requested to serve all further papers and proceedings in said cause, except original process, upon said attorney at their address below stated.

DATED this 13th day of December, 2022.

*s/Jessica A. Skelton*
Jessica A. Skelton, OSB #102714

*Attorneys for Proposed Intervenor-Defendant
Oregon Alliance for Gun Safety*

NOTICE OF APPEARANCE OF JESSICA SKELTON
ON BEHALF OF PROPOSED INTERVENOR-DEFENDANT
OREGON ALLIANCE FOR GUN SAFETY - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 13th day of December, 2022.

_____
Erica Knerr