# EXHIBIT A

Safe Schools, Safe Communities Oregon
PO Box 6536
Portland, OR 97228

 7 2201

PRESORTED
US POSTAGE
PAID
CAMPAIGN MAIL



**YES ON 114**
SAFE SCHOOLS
SAFE COMMUNITIES

## Measure 114 will make Oregon's schools and communities safer by:

 **Closing the background check loophole** and ensuring that everyone passes a background check when purchasing a gun.

 **Banning the future sale of large-capacity magazines** that are designed to kill as many people as quickly as possible.

 **Requiring hands-on safety training,** fingerprinting, and a permit to purchase a firearm.

## We Support Measure 114!

Measure 114 has earned the support of organizations throughout Oregon. Here are just a few of them:

     

    

   

See the entire list and learn more at **VoteYesOn114.org**

PAID FOR BY SAFE SCHOOLS, SAFE COMMUNITIES OREGON, PAC ID 22359.



"After 33 years in law enforcement – including 20 years as Police Chief in Astoria and Hillsboro – *I know that Measure 114 will make Oregon safer from gun violence.*

*Measure 114 will help keep guns out of the hands of criminals. And it will close the background check loophole.*

We have an opportunity for safer schools and communities. *Please join me in casting your vote for a safer Oregon — vote Yes on Measure 114.*"

—Police Chief Ron Louie (Retired)

**YES ON 114**
SAFE SCHOOLS
SAFE COMMUNITIES

# YES on Measure 114
## We Can Make Oregon Safer

Mass shootings are increasing every year. They are happening where we shop. Where we worship. Where our children go to school. And the names are seared into our memories: **Uvalde. Buffalo. Parkland. And here in Oregon: Springfield. Clackamas Town Center. Roseburg. Bend.**

The devastation of gun violence is not something we need to accept. We can make a difference and save lives by voting YES on Measure 114.

## How Measure 114 Works

Measure 114 is a simple, common-sense measure that will help keep guns out of the wrong hands, while protecting the rights of law-abiding, responsible gun owners. It will:

**Close the Background Check Loophole.** Oregon's requirement for a background check before purchasing a gun has a giant loophole: if the background check takes longer than three days to complete, that gun can be purchased without finding out whether the purchaser has a criminal record, a record of domestic violence or stalking, or a mental illness that makes them a threat to themselves or others.

Measure 114 will close the loophole, giving law enforcement the time they need to complete a thorough check.

**Require safety training and fingerprinting.** Measure 114 will create a common-sense, accountable system that will require anyone who purchases a gun to have hands-on safety training and fingerprinting.

**Prevent the sale of large-capacity magazines.** Adding high-capacity magazines that hold 20, 30, or even 50 bullets turn a gun into a military-style weapon. High-capacity magazines have been used in all ten of the deadliest mass shootings in the last decade. Measure 114 will ensure these military-style magazines are no longer sold in Oregon.



Learn more about how we can make Oregon safer at **VoteYesOn114.org**



*"My sister-in-law Laura's marriage was not a safe one,* so she moved with her three small daughters – my nieces – from Washington to Oregon to be near family. The night before my niece's first day of kindergarten, I hosted a backpack packing party to send Sarah off to school with love and support.

*The next day, I got the call no one wants to receive.* My brother-in-law had purchased a gun, **despite a restraining order, and killed Laura and their three daughters in front of my mother-in-law.**

*I wish this was an isolated story, but it's not.* **We need to do something to keep guns out of the hands of people who shouldn't have them.** That's what Measure 114 will do. Please join me in voting yes — for Laura, Sarah, Rachel, and April."

—Doreen Dodgen-Magee
Tualatin



*"Over 28 years in the military — active and reserve — I served in Afghanistan, Bosnia, and the Middle East. Our military follows strict training and safety protocols for when service members are allowed to handle and fire weapons with high-capacity magazines.*

**Yet, here in Oregon, an 18-year-old can purchase a military-style gun from a sporting goods store and do harm to others.** Weapons with high-capacity magazines are not designed for hunting or to protect families from crime and violence; they are military-grade weapons designed to kill as many people as quickly as possible.

**Measure 114 will not restrict responsible Oregonians from owning a gun. It simply says military-grade weapons have no place on our streets, in our communities or our schools."**

—Marty Wilde
Colonel, United States Air Force (Reserve)

Marty Wilde is a member of the Air National Guard. Use of his military rank, job titles, and photographs in uniform does not imply endorsement by the Department of the Air Force or the Department of Defense.

Safe Schools, Safe Communities Oregon
PO Box 6536
Portland, OR 97228

PRSRT STD
US POSTAGE
PAID
CAMPAIGN MAIL

PAID FOR BY SAFE SCHOOLS, SAFE COMMUNITIES OREGON, PAC ID 22359.



"As a doctor who treated victims of the mass shooting at Thurston High School, I have seen the devastation of gun violence here in Oregon.

The research is clear: **Measure 114's approach to closing the background check loophole, permitting, and stopping the sale of large-capacity magazines will save Oregon lives.**

The question is whether we want to reduce gun violence in Oregon. **The answer must be Yes – on Measure 114."**

—Dan Hagengruber, M.D.
*Eugene*

**YES ON 114**
SAFE SCHOOLS
SAFE COMMUNITIES



"*As a prosecutor, it is my job to keep our community safe. But in Oregon, it is far too easy for guns to fall into the wrong hands.*

*Measure 114 will give law enforcement important, effective tools to reduce gun violence, deaths, and mass shootings. Please help us keep our communities, our schools, and Oregonians safe.* **Vote Yes on Measure 114.**"

—John Hummel
*Deschutes County District Attorney*

## The Facts on Measure 114

### Implementing Permits REDUCES GUN DEATHS

After Connecticut adopted its firearm permitting law, they saw a **28%** drop in gun homicides and a **33%** drop in gun suicides.

[2020 American Journal of Public Health, 2020]



**28%** DROP IN GUN HOMICIDES

**33%** DROP IN GUN SUICIDES

### Permits and Banning Large-Capacity Magazines HELP REDUCE MASS SHOOTING DEATHS

States with strong handgun purchaser permit laws were associated with **54%** lower rates of fatal mass shooting incidents. [Webster et al., 2020; Siegel et al., 2020] Researchers also found that laws banning large-capacity magazines were associated with significant reductions in the rate of fatal mass shootings with four or more fatalities. [Study: Johns Hopkins Center for Gun Policy and Research, Criminology & Public Policy, 2020] Large-capacity magazine bans were associated with **38%** fewer fatalities when a mass shooting occurs. [Siegel et al., 2020]



**54%** FEWER FATAL MASS SHOOTING INCIDENTS

**38%** FEWER FATAL MASS SHOOTING VICTIMS

## Measure 114 will make Oregon's schools and communities safer by:



YES ON 114
SAFE SCHOOLS
SAFE COMMUNITIES

 **Closing the background check loophole** and ensuring that everyone passes a background check when purchasing a gun.

 **Banning the future sale of large-capacity magazines** designed to kill as many people as quickly as possible.

 **Requiring hands-on safety training,** fingerprinting, and a permit to purchase a firearm.