Stephen J. Joncus, OSB #013072
JONCUS LAW PC
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
971.236.1200
steve@joncus.net

Leonard W. Williamson, OSB #910020
VAN NESS WILLIAMSON LLP
960 Liberty St. SE, Ste 100
Salem, Oregon 97302
503.365.8800
l.williamson@vwllp.com

*Attorneys for OFF Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KATE BROWN, et al.,<br><br>　　　　　　　　Defendants. | Civil No. 2:22-cv-01815-IM (*Lead Case*)<br>Civil No. 3:22-cv-01859-IM (*Trailing Case*)<br>Civil No. 3:22-cv-01862-IM (*Trailing Case*)<br>Civil No. 3:22-cv-01869-IM (*Trailing Case*)<br><br>CONSOLIDATED CASES<br><br>**OREGON FIREARMS FEDERATION PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| MARK FITZ, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>　　　　　　　　Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN F. ROSENBLUM, et al.,<br><br>　　　　　　　　Defendants. | |

| |
|---|
| DANIEL AZZOPARDI, et al., <br><br>      Plaintiffs, <br><br> v. <br><br>ELLEN F. ROSENBLUM, et al., <br><br>      Defendants. |

  Plaintiffs Oregon Firearms Federation ("OFF"), Sheriff Brad Lohrey, Adam Johnson, Sheriff Cody Bowen, Sheriff Brian Wolfe, Harold Richard Hadden, Jr., Sheriff Brian Pixley, Sheriff Terry Rowan, Kevin Starrett, and Damian Bunting (collectively "OFF Plaintiffs") through their counsel, move for a preliminary injunction order staying enforcement of Measure 114 in its entirety for the duration of this case.

  The OFF Plaintiffs rely on and incorporate by reference the Eyre Plaintiffs' Supplemental Memorandum in Support of Motion for Preliminary Injunction. (Doc. No. 84).

                Respectfully submitted,

DATED: January 6, 2023.  By: s/ *Stephen Joncus*
                 Stephen J. Joncus, OSB #013072
                 JONCUS LAW PC
                 13203 SE 172nd Ave Ste 166 #344
                 Happy Valley, Oregon 97086
                 971.236.1200
                 steve@joncus.net

                 Leonard W. Williamson, OSB #910020
                 VAN NESS WILLIAMSON LLP
                 960 Liberty St. SE, Ste 100
                 Salem, Oregon 97302
                 503.365.8800
                 l.williamson@vwllp.com

                 *Attorneys for OFF Plaintiffs*