Michael R McLane
mmclane@lynchmurphy.com
Lynch Murphy McLane LLP
1000 SW Disk Dr
Bend, OR 97702
Telephone: (541) 383-5857

Matthew A Wand
matt@wandlegal.com
Wand Legal LLC
1000 SW Disk Dr
Bend, OR 97702
Telephone: (503) 680-8180

*Attorneys for Amicus*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATE BROWN, et al., <br><br> Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)* <br> Case No. 3:22-cv-01859-IM *(Trailing Case)* <br> Case No. 3:22-cv-01862-IM *(Trailing Case)* <br> Case No. 3:22-cv-01869-IM *(Trailing Case)* <br><br> CONSOLIDATED CASES <br><br> ***AMICUS CURIAE* NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC.'S CORPORATE DISCLOSURE STATEMENT** <br><br> *(caption continued on next page)* |

Page 1 -    AMICUS CURIAE NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC.'S CORPORATE DISCLOSURE STATEMENT

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

| | |
|---|---|
| MARK FITZ, et al., | |
| | Plaintiffs, |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| | Defendants. |
| KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION, and OREGON STATE SHOOTING ASSOCIATION, | |
| | Plaintiffs, |
| v. | |
| ELLEN F. ROSENBLUM, Attorney General of Oregon, and TERRI DAVIE, Superintendent of the Oregon State Police, | |
| | Defendants. |
| DANIEL AZZOPARDI, et al., | |
| | Plaintiffs, |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| | Defendants. |

TO:    THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PENDLETON DIVISION:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC., a Georgia corporation, recognized under section 501(c)(4) of the Internal Revenue Code, states as follows:

NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC. is a non-profit, tax exempt, non-stock corporation formed and existing under the laws of Georgia.

Page 2 -    AMICUS CURIAE NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC.'S CORPORATE DISCLOSURE STATEMENT

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC. has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock, nor does it have any owners not disclosed.

Respectfully Submitted,

DATED this 11th day of January 2023.

          LYNCH MURPHY MCLANE LLP

          */s/ Michael R. McLane*
          Michael R McLane, OSB No. 904435
          1000 SW Disk Dr
          Bend, OR 97702
          (541) 383-5857
          mmclane@lynchmurphy.com

          WAND LEGAL LLC

          */s/ Matthew A. Wand*
          Matthew A Wand, OSB No. 004189
          1000 SW Disk Dr
          Bend, OR 97702
          (541) 383-5857
          matt@wandlegal.com

          *Attorneys for Amicus*

Page 3 -   AMICUS CURIAE NATIONAL AFRICAN AMERICAN GUN ASSOCIATION, INC.'S CORPORATE DISCLOSURE STATEMENT

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and LR5-1, I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

DATED this 11th day of January 2023.

LYNCH MURPHY MCLANE LLP

*/s/ Michael R. McLane*
Michael R McLane, OSB No. 904435
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
mmclane@lynchmurphy.com

WAND LEGAL LLC

*/s/ Matthew A. Wand*
Matthew A Wand, OSB No. 004189
1000 SW Disk Dr
Bend, OR 97702
(541) 383-5857
matt@wandlegal.com

*Attorneys for Amicus*

Page 1 -   CERTIFICATE OF SERVICE

LYNCH MURPHY MCLANE LLP
ATTORNEYS AT LAW
T: (541) 383-5857 | F: (541) 383-3968
1000 SW DISK DRIVE
BEND, OREGON 97702