Exhibit F. List of Gun Violence Archive Mass Shootings Resulting in Four or More Deaths, 2013-2022

## 2013

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 480366 | 16-Sep-13 | 13 |
| 2 | 491265 | 26-Jul-13 | 7 |
| 3 | 489581 | 7-Jun-13 | 6 |
| 4 | 485811 | 24-Apr-13 | 6 |
| 5 | 492914 | 29-Oct-13 | 5 |
| 6 | 480605 | 20-Sep-13 | 5 |
| 7 | 486142 | 11-May-13 | 5 |
| 8 | 484333 | 21-Apr-13 | 5 |
| 9 | 482856 | 13-Mar-13 | 5 |
| 10 | 479363 | 19-Jan-13 | 5 |
| 11 | 495332 | 1-Dec-13 | 4 |
| 12 | 494155 | 23-Nov-13 | 4 |
| 13 | 493882 | 11-Nov-13 | 4 |
| 14 | 493109 | 5-Nov-13 | 4 |
| 15 | 480981 | 9-Oct-13 | 4 |
| 16 | 479747 | 12-Sep-13 | 4 |
| 17 | 492276 | 25-Aug-13 | 4 |
| 18 | 492001 | 14-Aug-13 | 4 |
| 19 | 491698 | 7-Aug-13 | 4 |
| 20 | 491253 | 26-Jul-13 | 4 |
| 21 | 490245 | 1-Jul-13 | 4 |
| 22 | 484317 | 18-Apr-13 | 4 |
| 23 | 480358 | 19-Feb-13 | 4 |
| 24 | 480344 | 12-Feb-13 | 4 |
| 25 | 478948 | 7-Jan-13 | 4 |

## 2014

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 192851 | 18-Sep-14 | 8 |
| 2 | 263556 | 15-Dec-14 | 7 |
| 3 | 156670 | 9-Jul-14 | 6 |
| 4 | 210363 | 24-Oct-14 | 5 |
| 5 | 168844 | 3-Aug-14 | 5 |
| 6 | 164513 | 26-Jul-14 | 5 |
| 7 | 144524 | 8-Jun-14 | 5 |
| 8 | 97365 | 16-Jan-14 | 5 |
| 9 | 282186 | 22-Dec-14 | 4 |
| 10 | 266407 | 20-Dec-14 | 4 |
| 11 | 223651 | 22-Nov-14 | 4 |
| 12 | 223799 | 22-Nov-14 | 4 |
| 13 | 221347 | 15-Nov-14 | 4 |
| 14 | 211348 | 26-Oct-14 | 4 |
| 15 | 204254 | 8-Oct-14 | 4 |
| 16 | 180007 | 24-Aug-14 | 4 |
| 17 | 138282 | 23-May-14 | 4 |

1

**Ex. F - Klarevas Decl.**
**Page 1 of 7**

| | | | |
|---|---|---|---|
| 18 | 131998 | 3-May-14 | 4 |
| 19 | 121031 | 2-Apr-14 | 4 |
| 20 | 109957 | 25-Feb-14 | 4 |
| 21 | 108691 | 20-Feb-14 | 4 |
| 22 | 108649 | 20-Feb-14 | 4 |
| 23 | 140117 | 30-Jan-14 | 4 |

2015

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 456893 | 2-Dec-15 | 16 |
| 2 | 423223 | 1-Oct-15 | 10 |
| 3 | 359830 | 17-Jun-15 | 9 |
| 4 | 341622 | 17-May-15 | 9 |
| 5 | 390526 | 8-Aug-15 | 8 |
| 6 | 298122 | 26-Feb-15 | 8 |
| 7 | 418318 | 17-Sep-15 | 6 |
| 8 | 375022 | 16-Jul-15 | 6 |
| 9 | 448419 | 15-Nov-15 | 5 |
| 10 | 412040 | 7-Sep-15 | 5 |
| 11 | 379166 | 22-Jul-15 | 5 |
| 12 | 353854 | 7-Jun-15 | 5 |
| 13 | 339229 | 12-May-15 | 5 |
| 14 | 324424 | 16-Apr-15 | 5 |
| 15 | 289811 | 7-Feb-15 | 5 |
| 16 | 452007 | 23-Nov-15 | 4 |
| 17 | 446996 | 13-Nov-15 | 4 |
| 18 | 440743 | 2-Nov-15 | 4 |
| 19 | 390050 | 7-Aug-15 | 4 |
| 20 | 374630 | 15-Jul-15 | 4 |
| 21 | 357164 | 13-Jun-15 | 4 |
| 22 | 333750 | 3-May-15 | 4 |
| 23 | 312119 | 24-Mar-15 | 4 |
| 24 | 296215 | 22-Feb-15 | 4 |
| 25 | 286810 | 31-Jan-15 | 4 |
| 26 | 282956 | 24-Jan-15 | 4 |
| 27 | 276459 | 9-Jan-15 | 4 |

2016

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 577157 | 12-Jun-16 | 50 |
| 2 | 545525 | 22-Apr-16 | 8 |
| 3 | 546022 | 22-Apr-16 | 6 |
| 4 | 519541 | 9-Mar-16 | 6 |
| 5 | 508640 | 20-Feb-16 | 6 |
| 6 | 494378 | 27-Jan-16 | 6 |
| 7 | 727759 | 17-Dec-16 | 5 |
| 8 | 661703 | 23-Sep-16 | 5 |

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 9 | 634819 | 20-Aug-16 | 5 |
| 10 | 623195 | 6-Aug-16 | 5 |
| 11 | 604762 | 17-Jul-16 | 5 |
| 12 | 597756 | 7-Jul-16 | 5 |
| 13 | 592207 | 29-Jun-16 | 5 |
| 14 | 577574 | 11-Jun-16 | 5 |
| 15 | 565244 | 15-May-16 | 5 |
| 16 | 518436 | 7-Mar-16 | 5 |
| 17 | 512073 | 26-Feb-16 | 5 |
| 18 | 509897 | 23-Feb-16 | 5 |
| 19 | 733176 | 24-Dec-16 | 4 |
| 20 | 725323 | 9-Dec-16 | 4 |
| 21 | 719128 | 5-Dec-16 | 4 |
| 22 | 686312 | 27-Oct-16 | 4 |
| 23 | 676663 | 15-Oct-16 | 4 |
| 24 | 668279 | 1-Oct-16 | 4 |
| 25 | 651957 | 8-Sep-16 | 4 |
| 26 | 610379 | 23-Jul-16 | 4 |
| 27 | 511436 | 25-Feb-16 | 4 |
| 28 | 590221 | 19-Feb-16 | 4 |

2017

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 946496 | 1-Oct-17 | 59 |
| 2 | 980577 | 5-Nov-17 | 27 |
| 3 | 930569 | 10-Sep-17 | 9 |
| 4 | 853756 | 27-May-17 | 8 |
| 5 | 987611 | 14-Nov-17 | 6 |
| 6 | 859875 | 5-Jun-17 | 6 |
| 7 | 868363 | 15-Jun-17 | 5 |
| 8 | 813821 | 7-Apr-17 | 5 |
| 9 | 800363 | 22-Mar-17 | 5 |
| 10 | 743995 | 6-Jan-17 | 5 |
| 11 | 1018118 | 31-Dec-17 | 4 |
| 12 | 957562 | 11-Oct-17 | 4 |
| 13 | 952720 | 5-Oct-17 | 4 |
| 14 | 933957 | 15-Sep-17 | 4 |
| 15 | 920513 | 24-Aug-17 | 4 |
| 16 | 917820 | 21-Aug-17 | 4 |
| 17 | 883058 | 5-Jul-17 | 4 |
| 18 | 866933 | 14-Jun-17 | 4 |
| 19 | 832528 | 30-Apr-17 | 4 |
| 20 | 813943 | 7-Apr-17 | 4 |
| 21 | 807618 | 30-Mar-17 | 4 |
| 22 | 779582 | 21-Feb-17 | 4 |
| 23 | 771826 | 9-Feb-17 | 4 |
| 24 | 768243 | 6-Feb-17 | 4 |

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 25 | 1025158     | 27-Jan-17     | 4        |

## 2018

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 1049217     | 14-Feb-18     | 17       |
| 2  | 1249561     | 7-Nov-18      | 13       |
| 3  | 1241819     | 27-Oct-18     | 11       |
| 4  | 1118785     | 18-May-18     | 10       |
| 5  | 1209006     | 12-Sep-18     | 6        |
| 6  | 1138324     | 11-Jun-18     | 6        |
| 7  | 1233663     | 15-Oct-18     | 5        |
| 8  | 1173476     | 27-Jul-18     | 5        |
| 9  | 1160253     | 9-Jul-18      | 5        |
| 10 | 1151584     | 28-Jun-18     | 5        |
| 11 | 1116705     | 16-May-18     | 5        |
| 12 | 1057518     | 26-Feb-18     | 5        |
| 13 | 1046961     | 10-Feb-18     | 5        |
| 14 | 1037529     | 28-Jan-18     | 5        |
| 15 | 1287286     | 28-Dec-18     | 4        |
| 16 | 1258804     | 19-Nov-18     | 4        |
| 17 | 1254225     | 13-Nov-18     | 4        |
| 18 | 1232288     | 13-Oct-18     | 4        |
| 19 | 1213926     | 20-Sep-18     | 4        |
| 20 | 1211659     | 17-Sep-18     | 4        |
| 21 | 1204538     | 6-Sep-18      | 4        |
| 22 | 1185520     | 12-Aug-18     | 4        |
| 23 | 1096826     | 22-Apr-18     | 4        |
| 24 | 1095043     | 18-Apr-18     | 4        |
| 25 | 1047761     | 11-Feb-18     | 4        |
| 26 | 1038429     | 28-Jan-18     | 4        |

## 2019

|    | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 1466705     | 3-Aug-19      | 23       |
| 2  | 1410442     | 31-May-19     | 13       |
| 3  | 1467828     | 4-Aug-19      | 10       |
| 4  | 1492441     | 31-Aug-19     | 8        |
| 5  | 1568230     | 10-Dec-19     | 6        |
| 6  | 1550546     | 16-Nov-19     | 6        |
| 7  | 1327321     | 15-Feb-19     | 6        |
| 8  | 1539347     | 31-Oct-19     | 5        |
| 9  | 1525476     | 12-Oct-19     | 5        |
| 10 | 1521226     | 7-Oct-19      | 5        |
| 11 | 1495192     | 2-Sep-19      | 5        |
| 12 | 1461352     | 28-Jul-19     | 5        |
| 13 | 1441721     | 6-Jul-19      | 5        |
| 14 | 1429810     | 23-Jun-19     | 5        |

4

Ex. F - Klarevas Decl.
Page 4 of 7

| #  | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 15 | 1428047 | 21-Jun-19 | 5 |
| 16 | 1418180 | 8-Jun-19 | 5 |
| 17 | 1328562 | 16-Feb-19 | 5 |
| 18 | 1324279 | 11-Feb-19 | 5 |
| 19 | 1312284 | 26-Jan-19 | 5 |
| 20 | 1309114 | 23-Jan-19 | 5 |
| 21 | 1573754 | 17-Dec-19 | 4 |
| 22 | 1565216 | 6-Dec-19 | 4 |
| 23 | 1551531 | 17-Nov-19 | 4 |
| 24 | 1537992 | 30-Oct-19 | 4 |
| 25 | 1525062 | 12-Oct-19 | 4 |
| 26 | 1520330 | 6-Oct-19 | 4 |
| 27 | 1515327 | 29-Sep-19 | 4 |
| 28 | 1512486 | 21-Sep-19 | 4 |
| 29 | 1503192 | 12-Sep-19 | 4 |
| 30 | 1460448 | 28-Jul-19 | 4 |
| 31 | 1457165 | 25-Jul-19 | 4 |
| 32 | 1394330 | 13-May-19 | 4 |
| 33 | 1382711 | 28-Apr-19 | 4 |
| 34 | 1320286 | 3-Feb-19 | 4 |
| 35 | 1310775 | 24-Jan-19 | 4 |
| 36 | 1310397 | 24-Jan-19 | 4 |

2020

| #  | Incident ID | Incident Date | # Killed |
|----|-------------|---------------|----------|
| 1  | 1788352 | 7-Sep-20 | 7 |
| 2  | 1697453 | 4-Jun-20 | 7 |
| 3  | 1640295 | 15-Mar-20 | 7 |
| 4  | 1908063 | 8-Dec-20 | 6 |
| 5  | 1703044 | 11-Jun-20 | 6 |
| 6  | 1629488 | 26-Feb-20 | 6 |
| 7  | 1886721 | 25-Dec-20 | 5 |
| 8  | 1885251 | 22-Dec-20 | 5 |
| 9  | 1749873 | 29-Jul-20 | 5 |
| 10 | 1666945 | 27-Apr-20 | 5 |
| 11 | 1640317 | 15-Mar-20 | 5 |
| 12 | 1606476 | 24-Jan-20 | 5 |
| 13 | 1876727 | 13-Dec-20 | 4 |
| 14 | 1866100 | 30-Nov-20 | 4 |
| 15 | 1842362 | 3-Nov-20 | 4 |
| 16 | 1765336 | 15-Aug-20 | 4 |
| 17 | 1739917 | 19-Jul-20 | 4 |
| 18 | 1728683 | 7-Jul-20 | 4 |
| 19 | 1725081 | 4-Jul-20 | 4 |
| 20 | 1712342 | 22-Jun-20 | 4 |
| 21 | 1682233 | 17-May-20 | 4 |
| 22 | 1615155 | 5-Feb-20 | 4 |

5

**Ex. F - Klarevas Decl.**
**Page 5 of 7**

| | 23 | 1599331 | 17-Jan-20 | 4 |
|---|---|---|---|---|

2021

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 2015730 | 26-May-21 | 10 |
| 2 | 1958652 | 22-Mar-21 | 10 |
| 3 | 1978635 | 15-Apr-21 | 9 |
| 4 | 1954379 | 16-Mar-21 | 8 |
| 5 | 1999125 | 9-May-21 | 7 |
| 6 | 1971410 | 7-Apr-21 | 7 |
| 7 | 2198521 | 27-Dec-21 | 6 |
| 8 | 1969221 | 3-Apr-21 | 6 |
| 9 | 1917909 | 2-Feb-21 | 6 |
| 10 | 1898261 | 9-Jan-21 | 6 |
| 11 | 2177416 | 28-Nov-21 | 5 |
| 12 | 2074406 | 25-Jul-21 | 5 |
| 13 | 2035452 | 15-Jun-21 | 5 |
| 14 | 1989840 | 28-Apr-21 | 5 |
| 15 | 1963598 | 28-Mar-21 | 5 |
| 16 | 1910136 | 24-Jan-21 | 5 |
| 17 | 2201716 | 31-Dec-21 | 4 |
| 18 | 2178487 | 30-Nov-21 | 4 |
| 19 | 2179099 | 30-Nov-21 | 4 |
| 20 | 2166750 | 14-Nov-21 | 4 |
| 21 | 2147301 | 21-Oct-21 | 4 |
| 22 | 2147042 | 20-Oct-21 | 4 |
| 23 | 2125444 | 25-Sep-21 | 4 |
| 24 | 2124396 | 24-Sep-21 | 4 |
| 25 | 2115947 | 12-Sep-21 | 4 |
| 26 | 2108414 | 5-Sep-21 | 4 |
| 27 | 2108302 | 5-Sep-21 | 4 |
| 28 | 2068568 | 20-Jul-21 | 4 |
| 29 | 2066905 | 18-Jul-21 | 4 |
| 30 | 2014381 | 24-May-21 | 4 |
| 31 | 1998476 | 8-May-21 | 4 |
| 32 | 1966181 | 31-Mar-21 | 4 |
| 33 | 1954950 | 16-Mar-21 | 4 |
| 34 | 1952161 | 13-Mar-21 | 4 |

2022

| | Incident ID | Incident Date | # Killed |
|---|---|---|---|
| 1 | 2310278 | 24-May-22 | 22 |
| 2 | 2301751 | 14-May-22 | 10 |
| 3 | 2447217 | 27-Oct-22 | 8 |
| 4 | 2348384 | 4-Jul-22 | 8 |
| 5 | 2227058 | 5-Feb-22 | 8 |
| 6 | 2465761 | 22-Nov-22 | 7 |

6

**Ex. F - Klarevas Decl.**
**Page 6 of 7**

| | | | |
|---|---|---|---|
| 7 | 2444683 | 21-Oct-22 | 6 |
| 8 | 2319567 | 2-Jun-22 | 6 |
| 9 | 2269082 | 3-Apr-22 | 6 |
| 10 | 2218159 | 23-Jan-22 | 6 |
| 11 | 2463465 | 19-Nov-22 | 5 |
| 12 | 2452798 | 4-Nov-22 | 5 |
| 13 | 2436826 | 13-Oct-22 | 5 |
| 14 | 2434247 | 9-Oct-22 | 5 |
| 15 | 2431069 | 5-Oct-22 | 5 |
| 16 | 2426627 | 29-Sep-22 | 5 |
| 17 | 2410446 | 9-Sep-22 | 5 |
| 18 | 2377338 | 2-Aug-22 | 5 |
| 19 | 2318310 | 1-Jun-22 | 5 |
| 20 | 2283535 | 20-Apr-22 | 5 |
| 21 | 2243861 | 28-Feb-22 | 5 |
| 22 | 2464943 | 20-Nov-22 | 4 |
| 23 | 2462457 | 18-Nov-22 | 4 |
| 24 | 2452673 | 4-Nov-22 | 4 |
| 25 | 2448366 | 30-Oct-22 | 4 |
| 26 | 2439423 | 17-Oct-22 | 4 |
| 27 | 2439284 | 9-Oct-22 | 4 |
| 28 | 2432893 | 7-Oct-22 | 4 |
| 29 | 2399755 | 28-Aug-22 | 4 |
| 30 | 2379499 | 5-Aug-22 | 4 |
| 31 | 2379020 | 4-Aug-22 | 4 |
| 32 | 2362011 | 17-Jul-22 | 4 |
| 33 | 2361614 | 16-Jul-22 | 4 |
| 34 | 2323642 | 7-Jun-22 | 4 |
| 35 | 2313970 | 27-May-22 | 4 |
| 36 | 2288842 | 27-Apr-22 | 4 |
| 37 | 2285267 | 21-Apr-22 | 4 |
| 38 | 2217882 | 23-Jan-22 | 4 |

Source: https://www.gunviolencearchive.org/mass-shooting (downloaded February 3, 2023)