# Exhibit G

## Annual Number of Mass Shootings Resulting in Four or More Deaths from Gun Violence Archive (GVA)

**Figure G1.  Annual Number of Incidents Using Kleck's Tallies (with Trendline), 2013-2021**



**Figure G2.  Annual Number of Incidents Using GVA Tallies (with Trendline), 2013-2021**



**Figure G3.  Annual Number of Incidents Using GVA Tallies (with Trendline), 2013-2022**

