# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

## EDUCATION

| | |
|---|---|
| **DOCTOR OF PHILOSOPHY** | 2000 |
| *University of Delaware, Newark, DE* | |

  Dissertation Topic "Unnatural Selection: Victorian Evolutionary Anthropology and the Civilizing Mission"

  Fellowship, Department of History (2/95-5/95)

| | |
|---|---|
| **MASTER'S DEGREE** | 1992 |
| *Villanova University, Villanova, PA* | |

  Graduate Assistantship, Department of History (9/90-5/92)

| | |
|---|---|
| **BACHELOR'S DEGREE** | 1988 |
| *St. Olaf College, Northfield, MN* | |

  Cum Laude

| | |
|---|---|
| *Aberdeen University, Scotland, UK* | 9/87-12/87 |

## TEACHING EXPERIENCE

**DEPARTMENT OF HISTORY**
*University of Central Arkansas, Conway, AR*

| | |
|---|---|
| ASSOCIATE PROFESSOR | 7/10-PRESENT |
| ASSISTANT PROFESSOR | 8/05-7/10 |
| VISITING ASSISTANT PROFESSOR | 8/01-7/05 |

**DEPARTMENT OF HISTORY**
*University of Arkansas at Little Rock, AR*

| | |
|---|---|
| ADJUNCT INSTRUCTOR | 7/08-8/18 |

**DEPARTMENTS OF HISTORY AND INTERNATIONAL PROGRAMS**
*Manlius Pebble Hill Preparatory School, DeWitt, NY*

| | |
|---|---|
| CHAIR, TEACHER, INTERNATIONAL PROGRAM COORDINATOR | 8/98-6/01 |

**DEPARTMENT OF HISTORY**
*University of Delaware, Newark, DE*

| | |
|---|---|
| ADJUNCT FACULTY | 1/95-8/98 |
| TEACHING ASSISTANT | 9/92-12/94 |

| | |
|---|---|
| GRADUATE ASSISTANT | 9/90-5/92 |
| *Villanova University, Villanova, PA* | |

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

## ACTIVITY AS A JUDICIAL EXPERT WITNESS IN HISTORY

*Hanson vs. the District of Columbia.* United States District Court for the District of Columbia, No. 1:22-cv-02256-RC. Witness Declaration submitted, 11/22/2022

## PUBLISHED WORKS

Pauly, Roger, "A Licensed Troubleshooter: James Bond as Assassin," in *The International Journal of James Bond Studies* 4 (May 2021) http://doi.org/10.24877/jbs.68

Pauly, Roger, "Paris to Pearl in Print: Arkansas's Experience of the March from the Armistice to the Second World War through the Newspaper Media." in *The War at Home: Perspectives on Arkansans' Experiences During World War I*, edited by Mark K. Christ, 191-214. Fayetteville: University of Arkansas Press, 2020.

Pauly, Roger, "The Portuguese Army of the Napoleonic Wars" Warlord Games, Nottingham, UK http://www.warlordgames.com/articles/, 2018

Pauly, Roger, Review of *Ruling Minds: Psychology and the British Empire* by Erik Linstrum. *History: Reviews of New Books,* 2017.

Pauly, Roger, "Locks, Stocks, and Barrels: the History of the American Firearms Industry" in *Guns and Contemporary Society: The Past, Present, and Future of Firearms and Firearm Policy*, Volume I, edited by Glenn H. Utter, 111-138. New York: ABC Clio, 2016.

Pauly, Roger and Sarah Charton, eds., *A Textual Journey of Modern History.* Plymouth: Hayden-McNeil, 2011.

Pauly, Roger and Chris Craun, eds., *A Textual Journey of Ancient and Medieval History.* Plymouth: Hayden-McNeil, 2011.

Pauly, Roger, *Historic Faulkner County: An Illustrated History.* San Antonio: Historical Publishing Network, 2011.

Pauly, Roger, "Marcus Garvey" in R. Kent Rasmussen, ed., *Historical Encyclopedia of American Business* (Pasadena: Salem Press), 2009.

Pauly, Roger, Review of *Queen Victoria's Skull: George Combe and the Mid-Victorian Mind* by David Stack. *History: Reviews of New Books,* 2009

Pauly, Roger, "Mau Mau Revolt" in Tracy Irons-Georges, ed., *Great Events in History; Modern Scandals* (Pasadena: Salem Press), 2008.

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

Pauly, Roger, *Firearms: The Lifestory of a Technology.* Baltimore: Johns Hopkins University Press, 2008.   (Paperback Reprint of Same Title Below.)

Pauly, Roger, "Mugabe's Rise to Power in Zimbabwe," "The Australian Constitutional Crisis of 1975," and "The Death of Samora Machel and Succession of Jaoqium Chissano in Mozambique," Chris Moose, ed., in *Great Events from History: The Twentieth Century, 1971-2000* (Pasadena: Salem Press, 2008).

Pauly, Roger, Encyclopedic Entry, "Miami Vice," in Milton Berman, ed., *The Eighties in America*, (Pasadena: Salem Press, 2008).

Pauly, Roger, "The Colonial Imperative: Nineteenth Century British Anthropology and the Civilizing Mission." *Journal of Commonwealth Studies* special issue *Les Carnets du Cerpa*c, 2007.

Pauly, Roger, ed. *Voices of the Medieval and Ancient Worlds.* Dubuque: Kendall Hunt, 2006. (revision of *Pathways to the Past* below).

Pauly, Roger, Encyclopedic entries "Led Zeppelin," "Pink Floyd," and "The Who," in John Super, ed., *The Seventies in America,* from (Pasedena: Salem Press, 2005).

Pauly, Roger, *Firearms: The Lifestory of a Technology.* Westport: Greenwood Publishing Group 2004.

Pauly, Roger, ed. *Pathways to the Past: A World History Reader.* Dubuque: Kendall Hunt, 2003.

Pauly, Roger, Encyclopedic entries "Lord Liverpool," "Thomas Babington McCaulay," and "David Ricardo," in    Jeffrey Bell, ed., *Industrialization and Imperialism: A Biographical Dictionary* from Greenwood Publishing Group, 2002.

## FICTION WRITING

Pauly, Roger and Trevor Pauly, "Smoke and Bull," *Between These Shores.* 5 (2021) Sheffield, UK.

## PROFESSIONAL ON-LINE PUBLISHING

"Course Mate" on-line exercises for Chapters 1-20 of Adler and Pouwels, *World Civilizations,* 6th Edition. Cengage/Wadsworth, 2010.

## PAPERS DELIVERED AT PROFESSIONAL MEETINGS

"The Rise and Spread of Early Firearms Technology."  2nd Annual Symposium on the History of Chinese and Foreign Technology Exchange, Changsha, Hunan Province, China.  December 7, 2008

"A Scramble for Souls: The Victorian Church Missionary Society Militant in East Africa." Western Conference of British Studies, Albuquerque, New Mexico, November 2, 2007

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

"The Old Brown Bess is Just What She Used to Be." Western Conference of British Studies, Dallas Texas, October, 2006.

"How the Scales Fell *Into* Their Eyes: Evolutionary Anthropology and the Hierarchical Construction of Civilization" Western Conference of British Studies, Tucson, Arizona, November 1, 2003.

"Same Story, New Authors: The Repetition of Ethnological Motifs in Nineteenth-Century Anthropology." Western Conference of British Studies, Little Rock, Arkansas, October 4, 2002.

"A Superficial Divide: Racial Sentimentality in Victorian British Anthropology." Arkansas Association of College History Teachers, Hot Springs, Arkansas, October 3, 2002.

"A Savage Debate: Victorian Anthropology and the Periodical Press." Conference of The Research Society for Victorian Periodicals, Ann Arbor, Michigan, August 17, 2002.

"Two Sides of the Same Ethnological Coin: Evolutionary Anthropology Versus Scientific Racism." 24th Annual Meeting of CHEIRON: The International Society for the History of the Behavioral and Social Sciences, Eugene, Oregon, June 30, 2002.

## COMMITTEES CHAIRED AT PROFESSIONAL MEETINGS

"Asia and the Far East" Arkansas Association of College History Teachers, Little Rock, Arkansas, October 6, 2005.

"Modernist Visions in Twentieth Century Britain" Western Conference of British Studies, San Antonio, Texas, October 9, 2004.

## TELEVISION APPEARANCES

*American Guns: A History of US Firearms*, Commentator, Amazon Prime, January 1, 2017.

"Old State House Museum Civil War Symposium" Co-Presentation with Drs. Lorien Foote and Buck Foster, Presenter, CSPAN, October 8, 2011.

"Ground War: Warrior Weapons" Commentator, PBS, May 20, 2010.

## TELEVISION SUPPORT PROJECT

"The Demystified Zone." A weekly blog for the Arkansas Educational Television Network's Vietnam History Project, June-October 2017.

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

## RADIO FEATURES

"Drinking Water," "Tuberculosis Sanatorium," "Malaria," "Hookworm," "Influenza," "Tobacco," "STDs," "Local Public Health," "Minority Health," "Food Safety," "Emergency Preparedness" Written by Roger Pauly, Narrated by Paul Halverson, Director of the Arkansas Department of Health, Arkansas Public Health Story, KUAR Public Radio Little Rock, Various Broadcast Times, April-December 2014.

## NON-TELEVISION DOCUMENTARY APPEARANCE

"The Art of Marriage" Commentator, SkyGate Studios, June 18, 2010.

## AWARDS

University of Central Arkansas College of Liberal Arts Outstanding Faculty of the Year, 2012

University of Central Arkansas Teaching Excellence Award Finalist 2012

## GRANTS

"Lilies of the Jungle: The Church Missionary Society and the Colonial Mission" University of Central Arkansas Research Council Grant, c. $3,500, March 2008.

University of Central Arkansas Title III Classroom Technology Grant, c. $20,000 used to equip two classrooms each with an Interactive Whiteboard ('Smartboard') and a document camera, May 2005.

## COURSES TAUGHT

University of Central Arkansas
  HIST 1310 (World History I)
  HIST 1320 (World History II)
  HIST 2301 (American Nation I)
  HIST 2320 (Research Methods)
  HIST 3381 (American Military)
  HIST 3385 (World Military)
  HIST 4344 (Special Topics World Wars I & II)
  HIST 4365/5365 (History of Imperialism)
  HIST 4369/5365 (Victorian Britain)
  HIST 4370/5370 (Europe 1815-1914)
  HIST 6305 Selected Topics in Non-Western History

# ROGER A. PAULY, PH.D.
*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

University of Arkansas at Little Rock
    HIST 1311 (History of Civilization I)
    HIST 1312 (History of Civilization II)
    HIST 3316 (Europe 1789-1914)
    HIST 3323 (The British Empire)
    HIST 4390 (Special Topics: The World Wars)

## ADMINISTRATIVE EXPERIENCE

DEPARTMENT OF HISTORY
    ASSISTANT CHAIR                                          08/06 -08/14

## DEPARTMENT LEVEL SERVICE ACTIVITIES

Mu Chapter, Phi Alpha Theta Advisor, Fall 2022-

Faculty Affairs Committee, August 15, 2017-Present

Personnel Action Committee, June 1, 2010-Present

Assistant Department Chair, 2009-2014

Chair, Department Personnel Action Committee, 2011-2012.

Chair, Undergraduate General Education Committee, 2006-2015.

Chair, African History Position Search Committee, 2010-2011.

Presenter, UCA History Concurrent Enrollment Seminar, Summer 2007

Student Activities Committee, 2006-2007.

Chair, Asian History Position Search Committee, 2006-2007.

Schedule Assistant (Compensated 'Service' -Release Time Received) 2006-present.

General Education Coordinator (Compensated 'Service' -Release Time Received) 2005-present.

Faculty Co-Advisor, Phi Alpha Theta, Mu Chapter, 2002-2007.

University of Central Arkansas Bachelor of Education Majors Interview Committee, 2003-2006.

Presentation, "The Missionaries Positions" University of Central Arkansas, Department of History, October 3, 2006.

Department Representative, UCA Majors Fair, 2006.

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

Title III Grant Coordinator and Trainer 2005-2006 (Compensated 'Service' -Release Time Received).

Essay Evaluator, History Department Ophelia Fisher Award, March 2003.

## COLLEGE LEVEL SERVICE ACTIVITIES

Committee to Promote Liberal Arts, Fall 2015-Present

UAMS Liberal Arts Outreach Intiative (April 1, 2016-Present)

"A History of Faulkner County, Part I," Presentation to Conway Optimist Club, Fall 2015

"A History of Faulkner County, Part I," Presentation to Conway Morning Rotary, Fall 2015

Chair, College of Liberal Arts Curriculum Committee, 2008-2009.

Representative, College of Liberal Arts Curriculum Committee, 2006-2008.

Program Coordinator, Dr. Ken Hechler "Supermarine" Presentation, 10/23/2007

Spencer Family Scholarship Award Committee, Spring 2006.

## UNIVERSITY LEVEL SERVICE ACTIVITIES

President, UCA Chapter, American Association of University Professors, Spring 2022-

Faculty Senate Representative for the College of Liberal Arts, Fall 2017-2020.

"So You Want to Rule Your World?" Presentation on the value of a college education to three classes at Greenbrier Junior High School, 2/7/17

"So You Want to Rule Your World?" Presentation on the value of a college education to three classes at Conway Junior High School, 10/26/16

"So You Want to Rule Your World?" Presentation on the value of a college education to three classes at Conway Junior High School, 2/25/16

"So You Want to Rule Your World?" Seven presentations on the value of a college education to the entire Morrilton High School, 11/12/15

International Club Scholarly Series, "Anthropology and Empire", 11/27/13

Co-Presenter, "Exploring Our World: Understanding China," UCA Workshop, 10/11/11

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

Co-Presenter, UCA Professional Development Series, "Personal and Professional Goals," 4/9/10

General Education Council, 2008-2011

Faculty-Presenter, Teaching the Middle East Workshop, Fall 2009

Faculty-Presenter, Humanities Fair, Fall 2008.

Representative, Assessment and Planning Committee, 2008-2009.

Representative, General Education Council, 2008-2009.

Faculty-Presenter, Teaching Asia Workshop, Fall 2008

Presenter, Academic Outreach "Reaching Challenging Students" Seminar, Fall 2007

Faculty-Presenter, UCA Humanities Fair, Spring 2007, Fall 2008

University of Central Arkansas Junior University Program, June 2003, 2004, 2005, 2006.

Facilitator, University of Central Arkansas Welcome Week Small Group Discussions, 2006, 2007

University of Central Arkansas Faculty Senate Scholars Committee, 2003-2006.

Participant, University of Central Arkansas Alumni Association "Trading Places" program, March 2004.

Faculty Participant, UCA Careers Day, 2002, 2003, 2004, 2005.

Panelist, University of Central Arkansas Honors College Interdisciplinary Research Forum, Fall 2002, Spring and Fall 2003.

University of Central Arkansas Student Orientation Staff Interview Committee, 2003, 2004.

## COMMUNITY SERVICE ACTIVITIES AS AN ACADEMIC PROFESSIONAL

Guest Speaker, Daughters of the American Revolution, Conway, AR, 5/19/2018

Interviewer, Library of Congress Veteran's Project, Batesville, AR, 5/15/2018

"The History of Faulkner County: Part II" Presentation to the Conway Morning Rotary Club, 2/4/2016

"The History of Faulkner County: Part I" Presentation to the Conway Morning Rotary Club, 11/3/2015

"The History of Faulkner County" Presentation to the Conway Optimists Club, 10/13/2015

Consulting Historian, The Arkansas Department of Health Centennial, 2013.

# ROGER A. PAULY, PH.D.

*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

"The Army of the Potomac vs. The Army of the Tennessee: Musings on a Mystery" The Civil War Roundtable of Arkansas, 5/22/2012

"Popular Culture in Victorian Britain," Popular Culture in History Symposium, University of Central Arkansas, 10/15/2011

"Understanding China: Beyond the Economic Miracle of the Last Twenty Years," Co-Presentation with Dr. Jeff Allender, 10/11/2011

"Civil War Battles, The Dishonorable Men who Fought Them, and the Weapons They Used," Co-Presentation with Drs. Lorien Foote and Buck Foster, Arkansas Old Statehouse and the University of Central Arkansas, 8/20/2011 and 8/27/2011 respectively.

"The History of Faulkner County" Presentation, Conway PEO Meeting, 5/24/2011

"The History of Faulkner County" Presentation, Conway Lions Club Meeting, 3/8/2011

"The History of Faulkner County" Presentation, Faulkner County Retired Teachers Association Meeting, 2/15/2011

"From the Arquebuse to the Assault Rifle: The Evolution of Military Technology and the Interpretation of Warfare" UCA History Symposium, 8/9/2010

"The Frontline of the Cold War World: The Korean War and Its Place in History " Arkansas in the Forgotten War: The Korean War Remembered," The Butler Center for Arkansas Studies 5/22/2010

"Decolonization in the 20th Century" Presentation, Conway High School, 4/28/2010

"The History of Faulkner County" Presentation, Faulkner County Historical Society Open Meeting, 3/15/2010

Commentator, *Ground War: Firearms,* Granada/PBS Television, Post-production, Spring 2009

Scriptwriter, *Their Journey*, Arkansas Educational Television Network, 9/9/2007

Program Historian, "In Their Words" Program, Arkansas Educational Television Network, Spring 2006-Present.

Judge, Arkansas State History Day competitions, Spring 2002-2009

Judge, Central Arkansas Regional History Day competitions, 2002, 2003, 2004, 2005.

Co-Presenter, "Chemistry, Today and Yesterday" Conway High School East Class Presentation, 12/18/2006.

# ROGER A. PAULY, PH.D.
*University of Central Arkansas• Conway, AR 72035*
*Office: (501)450-3158, rpauly@uca.edu*

"The American Civil War," "Africa," and "Russia," Class Presentations, Jim Stone Elementary School, 2002, 2003, 2004.

## CONTRACTED TEXTBOOK REVIEWS

*World Civilizations* by Philip Adler and Randall Pouwels, reviewed for Cengage, April 2009.

*World History* by William Duiker and Jackson Spielvogel, reviewed for Thompon Wadsworth, September 2004.

*Patterns of World History,* authors unknown, reviewed for Longmans, March 2004.

*The World Since 1945: A View From the 21st Century* by David Fahey, reviewed for McGraw-Hill, June 2002.

*A Framework World History* by Kevin Reily and Robert Strayer, reviewed for McGraw-Hill, March 2002

## NON-ACADEMIC EMPLOYMENT

INDEPENDENCE BLUE CROSS
*Philadelphia, PA*

| | |
|---|---|
| AMERIHEALTH DE, PHYSICIAN REPRESENTATIVE | 1997-1998 |
| SUPERVISOR, QUALITY ASSURANCE PHYSICIAN CREDENTIALING | 1994-1997 |

KEYSTONE HEALTH PLAN EAST
*Bala Cynwyd, PA*

| | |
|---|---|
| MEMBER SERVICES REPRESENTATIVE | 1989-1991 |