Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
_____

OREGON FIREARMS FEDERATION,  )
INC., et al.,                )
                             )
          Plaintiffs,        )
                             ) Case Nos.
     v.                      ) 2:22-cv-01815-IM
                             ) 3:22-cv-01859-IM
KATE BROWN, et al.,          ) 3:22-cv-01862-IM
                             ) 3:22-CV-01869-IM
          Defendants.        )
_____)
                             )
                             )
         (Continued)         )
_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

STEPHEN C. HELSLEY
_____

Witness located in:

El Dorado Hills, California


* All participants appeared via videoconference *


DATE TAKEN:    January 19, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CSR #2798
                               Oregon #22-0001
_____

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Case 3:22-cv-01862-IM   Document 107-1   Filed 02/06/23   Page 2 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                     Stephen C. Helsley

Page 2

```
 1              (Continued)              )
                                         )
 2    MARK FITZ, et al.,                  )
                                         )
 3                    Plaintiffs,         )
           v.                            )
 4                                       )
      ELLEN F. ROSENBLUM, et al.,         )
 5                                       )
                      Defendants.         )
 6    _____)
      KATERINA B. EYRE, et al.,           )
 7                                       )
                      Plaintiffs,         )
 8         v.                            )
                                         )
 9    ELLEN F. ROSENBLUM, et al.,         )
                                         )
10                    Defendants.         )
      _____)
11    DANIEL AZZOPARDI, et al.,           )
                                         )
12                    Plaintiffs,         )
           v.                            )
13                                       )
      ELLEN F. ROSENBLUM, et al.,         )
14                                       )
                      Defendants.         )
15    _____
16
17
18
19
20
21
22
23
24
25
```

Case 3:22-cv-01862-IM   Document 107-1   Filed 02/06/23   Page 3 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 3

```
 1                        APPEARANCES

 2
    For Oregon Firearms Federation and the Witness:
 3
                 LEONARD WILLIAMSON
 4               VAN NESS WILLIAMSON
                 960 Liberty Street SE, Suite 100
 5               Salem, OR 97302
                 (503) 365-8800
 6               L.williamson@vwllp.com

 7
    For the State of Oregon Defendants:
 8
                 HARRY WILSON
 9               MARKOWITZ HERBOLD
                 1455 SW Broadway, Suite 1900
10               Portland, OR 97201
                 (503) 972-5076
11               HarryWilson@markowitzherbold.com

12
13  For the Proposed Intervenor-Defendant Oregon Alliance
    for Gun Safety:
14
                 ZACHARY J. PEKELIS
15               W. SCOTT FERRON
                 PACIFICA LAW GROUP
16               1191 Second Avenue, Suite 2000
                 Seattle, WA 98101
17               (206) 245-1700
                 Zach.Pekelis@PacificaLawGroup.com
18
19  Videographer:
                 CATHY ZAK
20               BUELL REALTIME REPORTING
                 1325 Fourth Avenue, Suite 1840
21               Seattle, WA 98101
                 (206) 287-9066
22               Info@buellrealtime.com

23                      *   *   *   *   *

24

25
```

Case 3:22-cv-01862-IM   Document 107-1   Filed 02/06/23   Page 4 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 47

1    A.   Yes.  Assuming it's the right one.
2    Q.   And can most popular handguns function with
3  10-round magazines?
4    A.   As long as the magazine is designed for that
5  particular firearm, yes.
6    Q.   In Paragraph 10 of your declaration -- so I'm
7  now on to page 6.
8    A.   Okay.
9    Q.   You discuss -- you discuss the AR rifle.
10        Do you see where I am in Paragraph 10?
11   A.   Yes.
12   Q.   Who is the original manufacturer of the AR
13 rifle?
14   A.   Well, it was the Armorlite Corporation, which
15 was -- was it Fairchild?  Well, it got sold to Colt,
16 but Colt was not the original.
17   Q.   So Colt -- Colt bought the trademark rights to
18 AR somewhere around 1959; correct?
19   A.   Approximately, yes.
20   Q.   And then isn't it correct that Colt
21 manufactured what they called an AR-15 rifle that came
22 standard with a five-round magazine in the 1960s?
23   A.   Five-round.  If they did, I'm unaware of it.
24 I don't know that I've seen such a magazine.  It's
25 certainly not inconceivable that they did, but it's not

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

2d2d2168-0c87-408d-8a37-17183014be83

Ex. 1 - Dodd Decl.
Page 4 of 5

Case 3:22-cv-01862-IM   Document 107-1   Filed 02/06/23   Page 5 of 5
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Stephen C. Helsley

Page 106

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of STEPHEN C. HELSLEY, having been duly sworn, on January 19, 2023, is true and accurate to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26th day of January, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CSR Oregon #22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.