Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

───────────────────────────────────────────────

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) Case Nos. |
| | ) 2:22-cv-01815-IM |
| v. | ) 3:22-cv-01859-IM |
| | ) 3:22-cv-01862-IM |
| KATE BROWN, et al., | ) 3:22-CV-01869-IM |
| | ) |
| Defendants. | ) |
| ─────────────────────── | ) |
| | ) |
| | ) |
| (Continued) | ) |

───────────────────────────────────────────────

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

MASSAD F. AYOOB

───────────────────────────────────────────────

Witness located in:
Live Oak, Florida

\* All participants appeared via videoconference \*

DATE TAKEN:   January 16, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CCR 2798
              Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

492877f8-20cf-4df5-986a-2e6907f00627

Ex. 4 - Dodd Decl.
Page 1 of 8

Case 3:22-cv-01862-IM   Document 107-4   Filed 02/06/23   Page 2 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 2

```
            (Continued)          )
                                 )
MARK FITZ, et al.,               )
                                 )
            Plaintiffs,          )
     v.                          )
                                 )
ELLEN F. ROSENBLUM, et al.,      )
                                 )
            Defendants.          )
_____  )
KATERINA B. EYRE, et al.,        )
                                 )
            Plaintiffs,          )
     v.                          )
                                 )
ELLEN F. ROSENBLUM, et al.,      )
                                 )
            Defendants.          )
_____  )
DANIEL AZZOPARDI, et al.,        )
                                 )
            Plaintiffs,          )
     v.                          )
                                 )
ELLEN F. ROSENBLUM, et al.,      )
                                 )
            Defendants.          )
                                 )
```

Page 3

1              APPEARANCES

2  For the Plaintiffs:

3            HANNAH HOFFMAN
4            HARRY WILSON
             MARKOWITZ HERBOLD
5            1455 SW Broadway, Suite 1900
             Portland, OR 97201
6            (503) 972-5076
             Hannahhoffman@markowitzherbold.com

8  For Fitz and Azzopardi plaintiffs:

9            JAMES L. BUCHAL
             MURPHY & BUCHAL, LLP
10           P.O. Bos 86620
             Portland, OR 97286
11           (503) 227-1011
             Jbuchal@mbllp.com

13 For the Proposed Intervenor-Defendant Oregon Alliance
   for Gun Safety:

             ZACHARY J. PEKELIS
15           PACIFICA LAW GROUP
             1191 Second Avenue, Suite 2000
16           Seattle, WA 98101
             (206) 245-1700
17           Zach.Pekelis@PacificaLawGroup.com

18 For Oregon Firearms Federation:

             LEONARD WILLIAMSON
20           VAN NESS WILLIAMSON
             960 Liberty Street SE, Suite 100
21           Salem, OR 97302
             (503) 365-8800
22           L.williamson@vwllp.com

Case 3:22-cv-01862-IM   Document 107-4   Filed 02/06/23   Page 4 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Massad F. Ayoob

Page 4

1          APPEARANCES CONTINUED
2  Videographer:
3               JASON NEUERBURG
                BUELL REALTIME REPORTING
4               1325 Fourth Avenue, Suite 1840
                Seattle, WA 98101
5               (206) 287-9066
                Info@buellrealtime.com
6
7  Also present:
8  Mr. Massad Ayoob's wife

Case 3:22-cv-01862-IM   Document 107-4   Filed 02/06/23   Page 5 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 23

1    A.   Involved?

2    Q.   What percentage of the incidents you have
3 researched involved law enforcement rather than a
4 civilian?

5    A.   I've never broken it down.  Probably the
6 majority would be law enforcement.  I don't see a whole
7 lot of difference in this context for the simple reason
8 that the citizen who chooses to be lawfully armed does
9 so to defend themselves and their family from the exact
10 same criminals the police are armed to defend them and
11 you and me from.

12    Q.   I want to ask you a little bit more about that
13 idea, but first, can you give me a sense of how common
14 this type of situation you're describing would be
15 for -- just for a civilian person, not a law
16 enforcement officer on duty?

17    A.   For the private -- how often does a private
18 citizen need more?

19    Q.   Yes.

20    A.   We don't have real stats on that because there
21 is no empirical database that is following all armed
22 citizen shootings and collecting and analyzing them.

23         For that matter, we really don't have a true
24 empirical database on all of the police shootings.
25 Some departments like the New York City Police

Case 3:22-cv-01862-IM   Document 107-4   Filed 02/06/23   Page 6 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                              Massad F. Ayoob

Page 24

Department keep very careful records of how many incidents in a year, how many shots were fired by each officer and that sort of thing.

But some departments don't even report them to the FBI for statistics gathering. So it would be a minority, but a significant minority. And as I said in the declaration, it's not about the odds so much as it's about the stakes.

The saying in the business is, It's better to have the ammunition and not need it than to need the ammunition and not have it.

Q. Over the course of your research, do you have any sense of how often a civilian fires more than 10 rounds?

A. Again, without the empirical database, I can't say anything with confirmation. Yes. Do I have a feeling or a sense of it? Yeah. It would be in the minority. The great majority that's -- what we call DGUs, defensive gun usages, no shots are fired at all.

The criminal realizes they bit off more than they could chew. They have a victim who's not a victim anymore and about to shoot back, and they surrender or most often leave -- leave the scene. So the incidents with armed citizens where it actually comes to shooting are entirely on the fire end of the bell curve.

Case 3:22-cv-01862-IM   Document 107-4   Filed 02/06/23   Page 7 of 8
Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Massad F. Ayoob

Page 76

1  Q.  How about education or training on how to
2  conduct a statistical survey?
3  A.  No.  Again I'm not a statistician, and I don't
4  do surveys, which is why it's so difficult for me to
5  give you answers to some of your questions.
6  Q.  In the course of your years of research, have
7  you ever conducted any survey?
8  A.  I did a survey of Illinois troopers in 1976 or
9  '77.  I referenced their sidearms that I did for the
10 bargaining organization, the Troopers Lodge.  I must,
11 at some point, have done some survey with a magazine
12 article where readers write in about this, that or the
13 other, but nothing I would consider formally statistics
14 nor would present statistics.
15 Q.  Do you have any medical education?
16 A.  EMT, emergency medical technician, but that
17 has long since lapsed.
18 Q.  What kind of training did you receive for
19 that?
20 A.  Basically resuscitation, use of
21 administrating -- administering oxygen, what they call
22 today stop the bleed, putting traction on broken limbs
23 that, sort of thing.
24     We were shown how to perform a tracheostomy,
25 if we had to, but told we hadn't been trained to do it,

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

492877f8-20cf-4df5-986a-2e6907f00627
Ex. 4 - Dodd Decl.
Page 7 of 8

Page 140

1              C E R T I F I C A T E

3   STATE OF WASHINGTON
4   COUNTY OF PIERCE

6       I, Tia Reidt, a Certified Court Reporter in and
7   for the State of Washington, do hereby certify that the
8   foregoing transcript of the deposition of MASSAD F.
9   AYOOB, having been duly sworn, on January 16, 2023, is
10  true and accurate to the best of my knowledge, skill and
11  ability.
12      IN WITNESS WHEREOF, I have hereunto set my hand
13  and seal this 23rd day of January, 2023.

17  /S/ Tia B. Reidt
    Tia B. Reidt, RPR, CCR 22-0001
18  NOTARY PUBLIC, State of
    Washington.
19  My commission expires
    5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

492877f8-20cf-4df5-986a-2e6907f00627

Ex. 4 - Dodd Decl.
Page 8 of 8