Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

_____

OREGON FIREARMS FEDERATION,      )
INC., et al.,                    )
                                 )
            Plaintiffs,          )
                                 ) Case Nos.
      v.                         ) 2:22-cv-01815-IM
                                 ) 3:22-cv-01859-IM
KATE BROWN, et al.,              ) 3:22-cv-01862-IM
                                 ) 3:22-CV-01869-IM
            Defendants.          )
_____  )
                                 )
                                 )
        (Continued)              )
_____


* VIDEOCONFERENCE *
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF
KEVIN L. CAMPBELL
_____


Witness located in:

Lake Oswego, Oregon




* All participants appeared via videoconference *




DATE TAKEN:   January 17, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CSR #2798
                         Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

88511eb5-ab09-4f7a-94df-2dd3164b0c83

Page 2

```
 1  _____
 2             (Continued)              )
                                        )
 3  MARK FITZ, et al.,                  )
                                        )
 4             Plaintiffs,              )
         v.                             )
 5                                      )
    ELLEN F. ROSENBLUM, et al.,         )
 6                                      )
               Defendants.              )
 7  _____     )
    KATERINA B. EYRE, et al.,           )
 8                                      )
               Plaintiffs,              )
 9         v.                           )
                                        )
10  ELLEN F. ROSENBLUM, et al.,         )
                                        )
11             Defendants.              )
    _____     )
12  DANIEL AZZOPARDI, et al.,           )
                                        )
13             Plaintiffs,              )
         v.                             )
14                                      )
    ELLEN F. ROSENBLUM, et al.,         )
15                                      )
               Defendants.              )
16  _____
17
18
19
20
21
22
23
24
25
```

88511eb5-ab09-4f7a-94df-2dd3164b0c83

**Ex. 7 - Dodd Decl.**

**Page 2 of 10**

Page 3

1                          APPEARANCES

2

  For the Eyre Plaintiffs:

3

                     SHAWN M. LINDSAY
4                    JURISLAW, LLP
                     Three Centerpointe Drive, Suite 160
5                    Lake Oswego, OR 97035
                     (503) 968-1475
6                    Shawn@jurislawyer.com

7

  For the Defendants:

8

                     HARRY WILSON
9                    MARKOWITZ HERBOLD
                     1455 SW Broadway, Suite 1900
10                   Portland, OR 97201
                     (503) 972-5076
11                   Harrywilson@markowitzherbold.com

12

  For the Proposed Intervenor-Defendant Oregon Alliance
13  for Gun Safety:

14                   ZACHARY J. PEKELIS
                     PACIFICA LAW GROUP
15                   1191 Second Avenue, Suite 2000
                     Seattle, WA 98101
16                   (206) 245-1700
                     Zach.Pekelis@PacificaLawGroup.com

17

18

19

20

21

22

23

24

25

88511eb5-ab09-4f7a-94df-2dd3164b0c83

**Ex. 7 - Dodd Decl.**

**Page 3 of 10**

Page 4

1                   APPEARANCES CONTINUED

2   For Counsel to Oregon Association Chiefs of Police:

3                    AKIN BLITZ
                     BULLARD LAW
4                    200 SW Broadway, Suite 1950
                     Portland, OR 97225
5                    (503) 784-1766
                     Ablitz@bullardlaw.com

6

7   Videographer:

8                    ED BURKE
                     BUELL REALTIME REPORTING
9                    1325 Fourth Avenue, Suite 1840
                     Seattle, WA 98101
10                   (206) 287-9066
                     Info@buellrealtime.com

11

12                        *   *   *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25

88511eb5-ab09-4f7a-94df-2dd3164b0c83

**Ex. 7 - Dodd Decl.**
**Page 4 of 10**

Page 15

1      A.   That's correct.

2      Q.   Okay.

3           MR. WILSON:  I would like to mark two

4  exhibits, that's the declaration and your second

5  declaration.  I have emailed copies of those to the

6  court reporter.

7           Mr. Campbell, do you have copies of those in

8  front of you?

9           THE WITNESS:  I do.

10          MR. WILSON:  Okay.

11          THE COURT REPORTER:  One moment.  I'll get

12 those marked.

13          (Exhibit 6 marked for identification.)

14          (Exhibit 7 marked for identification.)

15          THE COURT REPORTER:  Exhibit 6 and Exhibit

16 7 have been marked.

17 BY MR. WILSON:

18     Q.   I believe -- just so we're clear on the

19 record, I'm going to consider Exhibit 6 to be your

20 first declaration, Mr. Campbell, and Exhibit 7 to be

21 your second declaration.

22     A.   Great.  Thank you.

23     Q.   So Mr. Campbell, can you tell me in a general

24 way why you submitted these declarations?

25     A.   Yes, I will.  So let me -- let me say to be

88511eb5-ab09-4f7a-94df-2dd3164b0c83

Ex. 7 - Dodd Decl.

Page 5 of 10

Page 16

1   begin with, and I think we've made this clear all

2   along, that we believe it's the court's exclusive

3   jurisdiction to determine issues of constitutionality.

4          When a law is passed, we implement the law.

5   That's our responsibility.  We enforce the law to the

6   greatest ability.

7          So the purpose of submitting these was,

8   really, to be helpful to the court as the court is

9   trying to understand the impacts of specifically the

10  permit to purchase part of Ballot Measure 114 and the

11  challenges to implement that local police -- municipal

12  police department's face as we try to navigate that new

13  responsibility.  That was our exclusive reason for

14  submitting information to the court.

15      Q.  Got it.

16          Just a moment ago, we discussed that you had

17  submitted your declarations in connection with the case

18  filed by, among other plaintiffs, Katerina Eyre;

19  correct?

20      A.  Correct.

21      Q.  And were you asked by one of the plaintiffs in

22  that case to provide the declaration?

23      A.  I was not.  I was asked by Elmer Dickens.

24  Elmer is the legal counsel for the Oregon State

25  Sheriffs' Association.  I think he was trying to find a

88511eb5-ab09-4f7a-94df-2dd3164b0c83

**Ex. 7 - Dodd Decl.**
**Page 6 of 10**

Page 32

1   Personnel has to be put in place which don't currently

2   exist in the municipal side.  So we're really looking

3   at how quickly -- even if it's legally possible to do,

4   how quickly can we practically operationalize a permit

5   to purchase process.

6       Q.  So based on the two categories I just

7   identified, other than the fingerprint issue, are you

8   aware of any other obstacle to the implementation of

9   Measure 114 that would legally prohibit the issuance of

10  permits?

11      A.  I am not -- I am not aware or cannot remember

12  if there are any others that would represent a legal

13  obstacle to implementing this.

14      Q.  Okay.

15      A.  Other than whatever the courts decide on this.

16  Obviously, the courts have an impact.

17      Q.  Yeah.

18          And I guess we should just put that on the

19  record too.

20          You understand that the Federal Court has

21  stayed enforcement of the permit requirement until

22  March 8th; correct?

23      A.  Correct.

24      Q.  And that the State Court has stayed all of

25  Measure 114, at least on a preliminary basis; correct?

88511eb5-ab09-4f7a-94df-2dd3164b0c83

Ex. 7 - Dodd Decl.
Page 7 of 10

Page 103

1    for one in many of these agencies.  I would say yes.

2        Q.  So if Measure 114 were to go into effect, for

3    example, if the injunctions were lifted by the various

4    courts and the fingerprint issue was otherwise

5    resolved, agencies would make determinations about

6    implementation of Measure 114 by weighing that

7    implementation versus the other demands on their

8    resources.

9            Is that fair?

10       A.  I don't know if that's fair for me to say.  I

11   mean, every jurisdiction is going to make their own

12   determinations based on their priorities.  And I don't

13   know -- it's been my impression that agencies have, in

14   a resource-constrained environment, struggled just to

15   provide basic public safety services.

16           And so this is a new -- it's a new expectation

17   that's going to be in place.  I think the public who

18   are wanting to purchase a firearm are going to expect

19   that police agencies are able to process their permit.

20   So there's a public expectation, I think, out there.

21   And that will make -- that will put agencies in a very

22   difficult situation because of their resource

23   constraints.

24       Q.  Are you aware of any municipal police agency

25   that has stated that it would flat out refuse to

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

88511eb5-ab09-4f7a-94df-2dd3164b0c83

**Ex. 7 - Dodd Decl.**
**Page 8 of 10**

Page 104

1  implement Measure 114?

2      A.  No.  But I'm not -- I would not be surprised

3  if there are some out there.  I would -- and it may

4  just be because of -- they don't believe they can

5  actually manage it in terms of the administrative

6  burden.  There may be other reasons, but I have not

7  heard that.

8      Q.  Okay.

9          So you're not aware of --

10     A.  That doesn't mean there aren't folks out there

11  for sure.

12     Q.  Okay.

13         You're not aware of any particular agency?

14     A.  No.

15     Q.  Do you expect that there would be any date or

16  any time in the future when you would be able to

17  provide an estimate about how much time remains

18  necessary to implement Measure 114?

19     A.  I'd like to be able to give you a time, but

20  I'm just really not sure at this point.

21     Q.  And I'm sorry to keep asking this question

22  over and over --

23     A.  That's all right.

24     Q.  -- but I just want to get as best a sense as I

25  can.

88511eb5-ab09-4f7a-94df-2dd3164b0c83

**Ex. 7 - Dodd Decl.**
**Page 9 of 10**

Page 111

1               C E R T I F I C A T E

2

3    STATE OF WASHINGTON

4    COUNTY OF PIERCE

5

6         I, Tia Reidt, a Certified Court Reporter in and

7    for the State of Washington, do hereby certify that the

8    foregoing transcript of the deposition of Kevin L.

9    Campbell, having been duly sworn, on January 17, 2023,

10   is true and accurate to the best of my knowledge, skill

11   and ability.

12        IN WITNESS WHEREOF, I have hereunto set my hand

13   and seal this 24th day of January, 2023.

14

15

16   _____

17                    /S/ Tia B. Reidt
                      Tia B. Reidt, RPR, CSR #22-0001
18                    NOTARY PUBLIC, State of
                      Washington.
19                    My commission expires
                      5/15/2026.

20

21

22

23

24

25

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

88511eb5-ab09-4f7a-94df-2dd3164b0c83

**Ex. 7 - Dodd Decl.**
**Page 10 of 10**