**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

  Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

  Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>KATE BROWN, et al.,<br><br>         Defendants.<br>MARK FITZ, et al.,<br><br>         Plaintiffs, | Case No. 2:22-cv-01815-IM (lead case)<br>   3:22-cv-01859-IM (trailing case)<br>   3:22-cv-01862-IM (trailing case)<br>   3:22-cv-01869-IM (trailing case)<br><br>**NOTICE OF APPEARANCE OF ANIT K. JINDAL** |

Page 1 -   NOTICE OF APPEARANCE OF ANIT K. JINDAL

|  |
|---|
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |
| KATERINA B. EYRE, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |
| DANIEL AZZOPARDI, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |

Anit K. Jindal of Markowitz Herbold PC hereby enters his appearance as an attorney for defendants Kate Brown, Ellen Rosenblum, and Terri Davie in their official and personal capacities.  Brian Simmonds Marshall, Harry Wilson, Hannah Hoffman, and Erin Dawson remain as counsel of record for defendants.  Defendants' attorneys' contact information is as follows:

>Harry B. Wilson, OSB #077214
>HarryWilson@MarkowitzHerbold.com
>Hannah K. Hoffman, OSB #183641
>HannahHoffman@MarkowitzHerbold.com
>Anit K. Jindal, OSB #171086
>AnitJindal@MarkowitzHerbold.com
>Erin N. Dawson, OSB #116334
>ErinDawson@MarkowitzHerbold.com
>MARKOWITZ HERBOLD PC
>1455 SW Broadway, Suite 1900
>Portland, OR  97201
>Telephone: (503) 295-3085

      Brian Simmonds Marshall
      brian.s.marshall@doj.state.or.us
      OREGON DEPARTMENT OF JUSTICE
      Trial Division, Special Litigation Unit
      100 SW Market Street
      Portland, OR 97201
      Telephone: (971) 673-1880

DATED this 10th day of May, 2023.

                MARKOWITZ HERBOLD PC

            By:  *s/ Anit K. Jindal*
                  Harry B. Wilson, OSB #077214
                  HarryWilson@MarkowitzHerbold.com
                  Hannah K. Hoffman, OSB #183641
                  HannahHoffman@MarkowitzHerbold.com
                    *Special Assistant Attorney General for Defendants*

                  Anit K. Jindal, OSB #171086
                  AnitJindal@MarkowitzHerbold.com
                  Erin N. Dawson, OSB #116334
                  ErinDawson@MarkowitzHerbold.com
                    *Of Attorney for Defendants*

                  Brian Simmonds Marshall
                  brian.s.marshall@doj.state.or.us
                    *Of Attorney for Defendants*

1447794