**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>                              Plaintiffs,<br><br>    v.<br><br>TINA KOTEK, et al.,<br><br>                              Defendants,<br><br>    and | Case No. 2:22-cv-01815-IM (lead case)<br>            3:22-cv-01859-IM (trailing case)<br>            3:22-cv-01862-IM (trailing case)<br>            3:22-cv-01869-IM (trailing case)<br><br>**SECOND DECLARATION OF REBECCA DODD** |

| | |
|---|---|
| OREGON ALLIANCE FOR GUN SAFETY, | |
| Intervenor-Defendant. | |
| MARK FITZ, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |
| KATERINA B. EYRE, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants, | |
| DANIEL AZZOPARDI, et al., | |
| Plaintiffs, | |
| v. | |
| ELLEN F. ROSENBLUM, et al., | |
| Defendants. | |

I, Rebecca Dodd, declare:

1. I am a paralegal with Markowitz Herbold PC in the above-captioned matter. I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Attached as Exhibit 1 is a true and accurate excerpt of the transcript of the deposition of Brian Pixley, taken on April 26, 2023.

Page 2 -   SECOND DECLARATION OF REBECCA DODD

3. Attached as Exhibit 2 is a true and accurate excerpt of the transcript of the deposition of Terry Rowan, taken on April 26, 2023.

4. Attached as Exhibit 3 is a true and accurate copy of the Guidelines and Recommendations for Administering the "In-Person Demonstration" Requirement of Oregon Ballot Measure 114.

5. Attached as Exhibit 4 is a true and accurate excerpt of the transcript of the deposition of Cody Bowen, taken on April 25, 2023.

6. Attached as Exhibit 5 is a true and accurate copy of Defendants' Response to Plaintiffs' First Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2023.

*s/ Rebecca Dodd*  
Rebecca Dodd

1449618

**Page 3 -   SECOND DECLARATION OF REBECCA DODD**