Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) |
| | ) |
| | ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) |
| | ) |
| TINA KOTEK, et al., | ) Civil No. |
| | ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) |
| _____ | ) |
| | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM |
| | ) (Trailing Case) |
| | ) |
| | ) Civil No. |
| | ) 3:22-cv-01869-IM |
| | ) (Trailing Case) |
| | ) |

_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF

BRIAN E. PIXLEY

_____

Witness located in:

Scappoose, Oregon

* All participants appeared via videoconference *

DATE TAKEN:   April 26, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR #2798
                        Oregon #22-0001

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                          Brian E. Pixley

Page 2

```
 1   _____
 2    (continued)                        )
                                         )
 3   MARK FITZ, et al.,                  )
                                         )
 4              Plaintiffs,              )
          v.                             )
 5                                       )
     ELLEN F. ROSENBLUM, et al.,         )
 6                                       )
                Defendants.              )
 7   _____        )
                                         )
 8   KATERINA B. EYRE, et al.,           )
                                         )
 9              Plaintiffs,              )
                                         )
10        v.                             )
                                         )
11   ELLEN F. ROSENBLUM, et al.,         )
                                         )
12              Defendants,              )
                                         )
13        and                            )
                                         )
14   OREGON ALLIANCE FOR GUN             )
     SAFETY,                             )
15                                       )
                Intervenor-              )
16              Defendant.               )
     _____        )
17   DANIEL AZZOPARDI, et al.,           )
                                         )
18              Plaintiffs,              )
          v.                             )
19                                       )
     ELLEN F. ROSENBLUM, et al.,         )
20                                       )
                Defendants.              )
21
     _____
22
23
24
25
```

Page 3

```
 1                      APPEARANCES

 2      * All participants appeared via videoconference *
      For Oregon Firearms Federation:
 3
                LEONARD WILLIAMSON
 4              VAN NESS WILLIAMSON
                960 Liberty Street SE, Suite 100
 5              Salem, OR 97302
                (503) 365-8800
 6              L.williamson@vwllp.com

 7
      For the State of Oregon Defendants:
 8
                HARRY WILSON
 9              MARKOWITZ HERBOLD
                1455 SW Broadway, Suite 1900
10              Portland, OR 97201
                (503) 972-5076
11              HarryWilson@markowitzherbold.com

12

13    Videographer:

14              MELODY SORENSEN
                BUELL REALTIME REPORTING
15              1325 Fourth Avenue, Suite 1840
                Seattle, WA 98101
16              (206) 287-9066
                Info@buellrealtime.com

17

18    Also Present:

19    Sarah Hanson

20

21                      *   *   *   *   *

22

23

24

25
```

Ex. 1 - Dodd Decl.

Page 3 of 7

f5950d9c-8c39-4b58-ab19-e6513dd666bb

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                        Brian E. Pixley

Page 37

1          A.   I would continue to allocate my resources to

2     the crimes that we can -- we can enforce with that,

3     yes.  So I wouldn't -- I would not issue an order to

4     not enforce it, but we would have to allocate resources

5     appropriately.

6          Q.   Okay.

7               And if I understand -- well, let me ask you

8     this:

9               As your responsibilities and duties and your

10    authority as the sheriff of the county, do you have the

11    discretion to kind of determine what are the law

12    enforcement priorities of your office over your

13    jurisdiction?

14         A.   Yes.

15         Q.   And so if I'm understanding you correctly, you

16    wouldn't issue an order to not enforce Measure 114.

17    But under your authority as sheriff, you would exercise

18    your discretion to -- to have priorities that -- this

19    would not be a priority for your enforcement; correct?

20         A.   Correct.

21         Q.   If the courts ultimately rule that Measure 114

22    is constitutional, is it your intention to implement a

23    permit-to-purchase process in Columbia County?

24         A.   Yes.  I would not want to be a hindrance to

25    people legally buying firearms.

Ex. 1 - Dodd Decl.
Page 4 of 7
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Page 59

1        Q.   Yeah.  That's -- that's good.

2             Have you received any advice from OSSA about

3    the in-person demonstration component of Measure 114?

4        A.   I believe I remember seeing a document from

5    them not too long ago that I forwarded on to my county

6    counsel.  But that would be it.  So, yeah, I believe

7    so, yes.

8        Q.   That may be -- if you could go back to kind of

9    the beginning here, the first email Mr. Williamson

10   forwarded you this morning, that would be about

11   9:02 a.m.  So right after we got started.  There's a

12   Word document attached to that labeled "in-person demo

13   procedures and FAQs, 2-4-23."

14       A.   Yes, sir.  I have that up.

15            MR. WILSON:  And, Tia, could you mark that

16   as Exhibit 113.

17            (Exhibit 113 marked for identification.)

18       THE COURT REPORTER:  Exhibit 113 has been

19   marked.

20   BY MR. WILSON:

21       Q.   Sheriff, is that the document we were just

22   discussing that you believe you may have seen?

23       A.   I believe so, yes.

24       Q.   Sheriff, would you rely on and trust

25   information provided by OSSA regarding the

Page 60

1    certification of instructors for the in-person

2    demonstration component?

3         A.   I would trust, but not rely on.  You know,

4    every county is different, and every county's needs

5    are -- and requirements are different.  So I would

6    share this with my county counsel, and we would have

7    separate discussions as to what that meant for Columbia

8    County.

9         Q.   Got it.

10        Is your office presently making any plans to

11   certify in-person demonstration instructors?

12        A.   No.

13        Q.   If Measure 114 is allowed to be enforced by

14   the courts, do you intend to certify in-person

15   demonstration instructors?

16        A.   Once I found out what those -- what those --

17   yes.  Once I found out what the requirements were, I

18   would begin taking -- yes.  Short answer, yes.  Sorry.

19        Q.   No, that's okay.

20        And just to make sure the record is clear, to

21   find out what the requirements are, that would be a

22   discussion between you and county counsel; correct?

23        A.   Yes.

24        Q.   Sheriff, is there -- is the reason you haven't

25   taken action to certify instructors yet because

Page 80

1                    C E R T I F I C A T E

2

3    STATE OF WASHINGTON

4    COUNTY OF PIERCE

5

6         I, Tia Reidt, a Certified Court Reporter in and

7    for the State of Washington, do hereby certify that the

8    foregoing transcript of the deposition of BRIAN E.

9    PIXLEY, having been duly sworn, on April 26, 2023, is

10   true and accurate to the best of my knowledge, skill and

11   ability.

12        IN WITNESS WHEREOF, I have hereunto set my hand

13   and seal this 2nd day of May, 2023.

14

15

16

17

18   _____

19   /S/ Tia B. Reidt
     Tia B. Reidt,
20   NOTARY PUBLIC, State of
     Washington.
21   My commission expires
     5/15/2026.

22

23

24

25

f5950d9c-8c39-4b58-ab19-e6513dd666bb