Case 3:22-cv-01862-IM   Document 139-2   Filed 05/12/23   Page 1 of 5

EXCERPT

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                Terry L. Rowan

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| TINA KOTEK, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| _____ | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM ) (Trailing Case) ) |
| | ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) ) |

_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF

TERRY L. ROWAN
_____

Witness located in:

Hermiston, Oregon


* All participants appeared via videoconference *

DATE TAKEN:   April 26, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR #2798
              Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 2 - Dodd Decl.
Page 1 of 5
13f8239e-a4b0-458a-a2b5-fce4056bbdd0

Case 3:22-cv-01862-IM   Document 139-2   Filed 05/12/23   Page 2 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Terry L. Rowan

Page 2

```
 1   _____
 2    (continued)                      )
                                       )
 3   MARK FITZ, et al.,                )
                                       )
 4              Plaintiffs,            )
          v.                           )
 5                                     )
     ELLEN F. ROSENBLUM, et al.,       )
 6                                     )
                Defendants.            )
 7   _____    )
                                       )
 8   KATERINA B. EYRE, et al.,         )
                                       )
 9              Plaintiffs,            )
                                       )
10        v.                           )
                                       )
11   ELLEN F. ROSENBLUM, et al.,       )
                                       )
12              Defendants,            )
                                       )
13        and                          )
                                       )
14   OREGON ALLIANCE FOR GUN           )
     SAFETY,                           )
15                                     )
                Intervenor-            )
16              Defendant.             )
     _____    )
17   DANIEL AZZOPARDI, et al.,         )
                                       )
18              Plaintiffs,            )
          v.                           )
19                                     )
     ELLEN F. ROSENBLUM, et al.,       )
20                                     )
                Defendants.            )
21
     _____
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 2 - Dodd Decl.
Page 2 of 5
13f8239e-a4b0-458a-a2b5-fce4056bbdd0

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                   Terry L. Rowan

Page 3

```
 1                      APPEARANCES
 2     * All participants appeared via videoconference *
       For Oregon Firearms Federation:
 3
                        LEONARD WILLIAMSON
 4                      VAN NESS WILLIAMSON
                        960 Liberty Street SE, Suite 100
 5                      Salem, OR 97302
                        (503) 365-8800
 6                      L.williamson@vwllp.com

 7
       For the State of Oregon Defendants:
 8
                        ERIN DAWSON
 9                      MARKOWITZ HERBOLD
                        1455 SW Broadway, Suite 1900
10                      Portland, OR 97201
                        (503) 972-5076
11                      ErinDawson@markowitzherbold.com

12     Videographer:

13
                        MELODY SORENSEN
14                      BUELL REALTIME REPORTING
                        1325 Fourth Avenue, Suite 1840
15                      Seattle, WA 98101
                        (206) 287-9066
16                      Info@buellrealtime.com

17
18                    *   *   *   *   *
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 2 - Dodd Decl.
Page 3 of 5
13f8239e-a4b0-458a-a2b5-fce4056bbdd0

Case 3:22-cv-01862-IM   Document 139-2   Filed 05/12/23   Page 4 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Terry L. Rowan

Page 85

1  Can I certify that they're going to do it the same way
2  each and every time?  That's where I have a hangup.
3       Q.  Understood.
4           But the question is more:  Are you capable of
5  performing what the statute would require you to do?
6  And I think I'm hearing from you "yes," although you
7  may not like to do it.  Is that accurate?
8       A.  Yes.
9       Q.  Okay.
10          I just want to make certain we're on the same
11 page.
12          Okay.
13          I think we spoke some time ago about the
14 outline you have put together that I think you would --
15 it sounds like you would prefer for your in-house folks
16 to take on simply from the perspective of you're more
17 comfortable certifying them.
18          Is there a reason you haven't taken final
19 steps to turn that into a plan in the event that, you
20 know, the court turns around and says, "Yes, you need
21 to implement this permit system"?
22      A.  Yes.  I think we'll be ready to go if that --
23 if that were to happen.
24      Q.  Okay.
25          So you would be capable of moving forward with

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 2 - Dodd Decl.
Page 4 of 5
13f8239e-a4b0-458a-a2b5-fce4056bbdd0

Case 3:22-cv-01862-IM   Document 139-2   Filed 05/12/23   Page 5 of 5

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Terry L. Rowan

Page 120

1              C E R T I F I C A T E

3  STATE OF WASHINGTON
4  COUNTY OF PIERCE

6     I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of TERRY L.
9  ROWAN, having been duly sworn, on April 26, 2023, is
10 true and accurate to the best of my knowledge, skill and
11 ability.
12     IN WITNESS WHEREOF, I have hereunto set my hand
13 and seal this 2nd day of May, 2023.

19     /S/ Tia B. Reidt
       Tia B. Reidt,
20     NOTARY PUBLIC, State of
       Washington.
21     My commission expires
       5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989