Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                                    Brian DeLay

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) Civil No. ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| KATE BROWN, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM ) (Trailing Case) |
| | ) ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) |

_____

* VIDEOCONFERENCE *

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

EXPERT BRIAN DELAY

_____

Witness located in:
Berkeley, California


* All participants appeared via videoconference *


DATE TAKEN:    March 14, 2023

REPORTED BY:   Tia B. Reidt, Washington RPR, CCR 2798
               Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 1 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.  Brian DeLay

Page 2

```
                                      )
 (continued)                          )
                                      )
 MARK FITZ, et al.,                   )
                                      )
            Plaintiffs,               )
       v.                             )
                                      )
 ELLEN F. ROSENBLUM, et al.,          )
                                      )
            Defendants.               )
 _____         )
                                      )
 KATERINA B. EYRE, et al.,            )
                                      )
            Plaintiffs,               )
                                      )
       v.                             )
                                      )
 ELLEN F. ROSENBLUM, et al.,          )
                                      )
            Defendants.               )
 _____         )
 DANIEL AZZOPARDI, et al.,            )
                                      )
            Plaintiffs,               )
       v.                             )
                                      )
 ELLEN F. ROSENBLUM, et al.,          )
                                      )
            Defendants.               )
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 3

```
 1                    APPEARANCES

 2   For Oregon Firearms Federation:

 3          LEONARD WILLIAMSON
            VAN NESS WILLIAMSON
 4          960 Liberty Street SE, Suite 100
            Salem, OR 97302
 5          (503) 365-8800
            L.williamson@vwllp.com
 6

 7   For the State of Oregon Defendants:

 8          HANNAH HOFFMAN
            ERIN DAWSON
 9          MARKOWITZ HERBOLD
            1455 SW Broadway, Suite 1900
10          Portland, OR 97201
            (503) 972-5076
11          HannahHoffman@markowitzherbold.com

12
     Videographer:
13
            MICHAEL TAKOS
14          BUELL REALTIME REPORTING
            1325 Fourth Avenue, Suite 1840
15          Seattle, WA 98101
            (206) 287-9066
16          Info@buellrealtime.com

17

18                  *   *   *   *   *

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 3 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Case 3:22-cv-01862-IM   Document 141-5   Filed 05/12/23   Page 4 of 5

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                           Brian DeLay

Page 10

1  Q. Okay.
2     And just -- can you describe the scope of what
3  the defense asked you to provide in terms of an
4  opinion?
5  A. I was asked to offer my opinion about the
6  history of high-capacity firearms, most especially in
7  and around the time of the ratification of the Second
8  Amendment and the Fourteenth Amendment, but more
9  generally insofar as I needed to establish a broader
10 context.
11 Q. So were you asked to comment at all about the
12 portion of Measure 114 that involves the permitting
13 system?
14 A. No, I was not.
15 Q. Okay.
16    And when you use the term "high-capacity
17 magazine" or "high-capacity firearm," can you give me
18 some kind of a definition of that? I see it in your
19 declaration, but it might be helpful for this context.
20 A. Sure. So for the purposes of my declaration,
21 I defined a high-capacity firearm as a firearm capable
22 of firing ten or more rounds without needing to be
23 reloaded.
24 Q. And in other venues or in other contexts, is
25 that also called a large-capacity magazine?

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 4 of 5
61edbad1-e689-4bba-b2dc-771242daf575

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                                                Brian DeLay

Page 68

1                     C E R T I F I C A T E

2

3 STATE OF WASHINGTON

4 COUNTY OF PIERCE

5

6       I, Tia Reidt, a Certified Court Reporter in and
7 for the State of Washington, do hereby certify that the
8 foregoing transcript of the deposition of Brian DeLay,
9 having been duly sworn, on March 14, 2023, is true and
10 accurate to the best of my knowledge, skill and ability.
11       IN WITNESS WHEREOF, I have hereunto set my hand
12 and seal this 17th day of March, 2023.

13

14

15                     _____

16                     /S/ Tia B. Reidt
                     Tia B. Reidt, # 22-0001
17                     NOTARY PUBLIC, State of
                     Washington.
18                     My commission expires
                     5/15/2026.

19

20

21

22

23

24

25

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. E - Lindsay Decl. (DeLay Depo)
Page 5 of 5
61edbad1-e689-4bba-b2dc-771242daf575