Case 3:22-cv-01862-IM   Document 141-7   Filed 05/12/23   Page 1 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Robert J. Spitzer

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| TINA KOTEK, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| _____ | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM ) (Trailing Case) ) |
| | ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) ) |

_____

\* VIDEOCONFERENCE \*

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

ROBERT J. SPITZER

_____

Witness located in:

Williamsburg, Virginia

\* All participants appeared via videoconference \*

DATE TAKEN:   April 5, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR #2798
              Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. G - Lindsay Decl. (Spitzer Depo)
Page 1 of 6
236489c1-6606-4839-96a8-7868dcb09163

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Robert J. Spitzer

Page 2

```
 1  _____
 2    (continued)                          )
                                           )
 3    MARK FITZ, et al.,                   )
                                           )
 4              Plaintiffs,                )
          v.                               )
 5                                         )
      ELLEN F. ROSENBLUM, et al.,          )
 6                                         )
                Defendants.                )
 7  _____        )
                                           )
 8    KATERINA B. EYRE, et al.,            )
                                           )
 9              Plaintiffs,                )
                                           )
10        v.                               )
                                           )
11    ELLEN F. ROSENBLUM, et al.,          )
                                           )
12              Defendants.                )
    _____        )
13    DANIEL AZZOPARDI, et al.,            )
                                           )
14              Plaintiffs,                )
          v.                               )
15                                         )
      ELLEN F. ROSENBLUM, et al.,          )
16                                         )
                Defendants.                )
17                                         )
    _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. G - Lindsay Decl. (Spitzer Depo)
Page 2 of 6
236489c1-6606-4839-96a8-7868dcb09163

Case 3:22-cv-01862-IM   Document 141-7   Filed 05/12/23   Page 3 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Robert J. Spitzer

Page 3

```
 1                        APPEARANCES

 2
     For Oregon Firearms Federation:
 3
                    LEONARD WILLIAMSON
 4                  VAN NESS WILLIAMSON
                    960 Liberty Street SE, Suite 100
 5                  Salem, OR 97302
                    (503) 365-8800
 6                  L.williamson@vwllp.com

 7
     For the State of Oregon Defendants:
 8
                    ANIT JINDAL
 9                  MARKOWITZ HERBOLD
                    1455 SW Broadway, Suite 1900
10                  Portland, OR 97201
                    (503) 972-5076
11                  AnitJindal@markowitzherbold.com

12

13

14                    *   *   *   *   *

15

16

17

18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. G - Lindsay Decl. (Spitzer Depo)
Page 3 of 6
236489c1-6606-4839-96a8-7868dcb09163

Case 3:22-cv-01862-IM   Document 141-7   Filed 05/12/23   Page 4 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Robert J. Spitzer

Page 55

1  question.
2         Go ahead.  You can answer.
3             THE WITNESS:  Yeah, I wouldn't call it an
4  opinion, exactly, but as I'm sure you know, there are
5  competing estimates about how many firearms there are
6  in America in civilian hands.  There is no
7  authoritative source of information because the
8  government does not collect that.  And it's generally
9  determined through public opinion polls, and polling
10 results vary.  There probably are something like 350
11 million -- 350 million guns in America.  Some number in
12 that ballpark.
13 BY MR. WILLIAMSON:
14     Q.  Yes.  I've heard a similar estimate, and one
15 as high as, I think, 413 million.  Something like that.
16     A.  Yes.
17     Q.  That's based on, like, National Shooting
18 Sports Foundation's sales records and things as opposed
19 to survey results.
20     A.  Right.
21     Q.  Have you examined as part of your work state
22 requirements for obtaining a permit to purchase?
23     A.  I have not examined them systematically.  Of
24 course, different states have different standards.  I
25 am acquainted with the New York state permitting

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. G - Lindsay Decl. (Spitzer Depo)
Page 4 of 6
236489c1-6606-4839-96a8-7868dcb09163

Case 3:22-cv-01862-IM   Document 141-7   Filed 05/12/23   Page 5 of 6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)    Robert J. Spitzer

Page 56

1  standard because I went through that process about ten
2  years ago.
3      Q.   And I think you testified about that.
4           So let me see if I can find an exhibit here
5  really quickly.
6           Do you have access to Exhibit Number 22?
7      A.   Oh, 22.  Yes.  Let's see.
8           Oregon State Police?
9      Q.   Yes.
10     A.   2022.
11     Q.   Yes.
12     A.   Got it.
13     Q.   I'm having a similar problem with mine loading
14 the document.
15     A.   I'm glad it's not just me.
16     Q.   Okay.  So on page 16, it's referenced as
17 appendix number C.
18     A.   Okay.
19          Page 16, Appendix C.
20     Q.   Yes.
21              MR. WILLIAMSON:  Was everybody else able
22 to open that?
23          (No response.)
24 BY MR. WILLIAMSON:
25     Q.   So Appendix C lists the disqualifiers for

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. G - Lindsay Decl. (Spitzer Depo)
Page 5 of 6
236489c1-6606-4839-96a8-7868dcb09163

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)　　　　　　　　　　　　　　　Robert J. Spitzer

Page 71

1　　　　　　　　　　C E R T I F I C A T E

2

3　STATE OF WASHINGTON

4　COUNTY OF PIERCE

5

6　　　　　I, Tia Reidt, a Certified Court Reporter in

7　and for the State of Washington, do hereby certify that

8　the foregoing transcript of the deposition of ROBERT J.

9　SPITZER, having been duly sworn, on April 5, 2023, is

10　true and accurate to the best of my knowledge, skill

11　and ability.  Reading and signing was requested pursuant

12　to FRCP Rule 30(e).

13　　　　　IN WITNESS WHEREOF, I have hereunto set my

14　hand and seal this 11th day of April, 2023.

15

16

17

18　　　　　　　　　　　_____

19　　　　　　　　　　　/S/ Tia B. Reidt
　　　　　　　　　　　　Tia B. Reidt, RPR, CCR #22-0001
20　　　　　　　　　　　NOTARY PUBLIC, State of
　　　　　　　　　　　　Washington.
21　　　　　　　　　　　My commission expires
　　　　　　　　　　　　5/15/2026.

22

23

24

25

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. G - Lindsay Decl. (Spitzer Depo)
Page 6 of 6
236489c1-6606-4839-96a8-7868dcb09163