Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

*Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | Case No. 2:22-cv-01815-IM *(Lead Case)* |
|      Plaintiffs, | Case No. 3:22-cv-01859-IM *(Trailing Case)* |
|   v. | Case No. 3:22-cv-01862-IM *(Trailing Case)* |
| TINA KOTEK, et al., | Case No. 3:22-cv-01869-IM *(Trailing Case)* |
|      Defendants. | CONSOLIDATED CASES |
| MARK FITZ, et al., | **PLAINTIFFS' TRIAL EXHIBIT LIST** |
|      Plaintiffs, | |
|   v. | |
| ELLEN F. ROSENBLUM, et al., | |
|      Defendants. | |
| KATERINA B. EYRE, et al., | |
|      Plaintiffs, | |
|   v. | |
| ELLEN F. ROSENBLUM, et al., | |
|      Defendants. | |
| DANIEL AZZOPARDI, et al., | |
|      Plaintiffs, | |
|   v. | |
| ELLEN F. ROSENBLUM, et al., | |
|      Defendants. | |

|     | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|-----|------------|-----------|-------------|--------------|--------------|--------------|
| 1. | Text of Measure 114 (Plaintiffs' Depo. Ex. 7) | | | | | |
| 2. | Patent No. 27,393 (1860) | | | | | |
| 3. | Patent No. 30,446 (1860) | | | | | |
| 4. | News from Washington, The New York Times (1864) | | | | | |
| 5. | Patent No. 55,012 (1866) | | | | | |
| 6. | Patent No. 57,808 (1866) | | | | | |
| 7. | Hearings Before the Committee on Ways and Means House of Representatives, 73rd Congress, H.R. 9066 (1934) | | | | | |
| 8. | Rebels & Loyalists: The Revolutionary Soldier in Philadelphia, Katcher (1976) | | | | | |
| 9. | Report of the Subcommittee on the Constitution, U.S. Senate, 97th Congress, "The Right to Keep and Bear Arms" (1982) | | | | | |
| 10. | Guns Used in Crime, Marianne W. Zawitz, U.S. Bureau of Justice Statistics (July 1995) | | | | | |
| 11. | The Racist Roots of Gun Control, Clayton E. Cramer (1995) | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 12. | Guns in America: National Survey on Private Ownership and Use of Firearms, National Institute of Justice (May 1997) | | | | | |
| 13. | Concealed Weapon Laws of the Early Republic, Clayton E. Cramer (1999) | | | | | |
| 14. | The Deadliest Men: The World's Deadliest Combatants Throughout the Ages, Paul Kirchner (Sep. 1, 2001), Excerpt re Lance Thomas | | | | | |
| 15. | An Urban Gunfight: The Lessons of Lance Thomas, Massad Ayoob, American Handgunner (Mar. 1, 2002) | | | | | |
| 16. | Meriwether Lewis's Air Gun, Michael F. Carrick, We Proceeded On, Lewis and Clark Trail Heritage Foundation (Nov. 2002), p. 15 (Carrick Ex. 2) | | | | | |
| 17. | Lead and Diamonds: the Richmond Jewelry Store Shootout, Massad Ayoob (2003) | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 18. | Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003, Christopher S. Koper (July 2004) | | | | | |
| 19. | Mass Shootings at Virginia Tech, Report of the Review Panel (Apr. 16, 2007) | | | | | |
| 20. | Firearm Examiner Training (2008), Glossary, Magazine | | | | | |
| 21. | What Did Bear Arms Mean in the Second Amendment?, Clayton E. Cramer, et al., Georgetown Journal of Law & Policy (2008) | | | | | |
| 22. | Pistols, Crimes, and Public: Safety in Early America, Clayton E. Cramer, Joseph Olson (2008) | | | | | |
| 23. | This Right Is Not Allowed by Governments That are Afraid of the People, Clayton E. Cramer, et al. (2009) | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 24. | The Keystone of the Second Amendment: the Quakers, the Pennsylvania Constitution, and the Flawed Scholarship of Nathan Kozuskanich, David Kopel, Clayton Cramer (2010) | | | | | |
| 25. | The History of Firearm Magazines and Magazine Prohibitions, David B. Kopel (2014/2015) | | | | | |
| 26. | Disarming Mass Murderes, Massad Ayoob (Ayoob Ex. 3) (2015) | | | | | |
| 27. | The Ayoob Files: The Brunswick Massacre, Massad Ayoob, The American Handgunner (Sep/Oct 2015) | | | | | |
| 28. | Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages, Gary Kleck (2016) | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 29. | Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: an Updated Examination of Local and National Sources, Christopher Koper, et al. (2017) | | | | | |
| 30. | Estimating Global Civilian-Held Firearms Numbers, Aaron Karp (June 2018) | | | | | |
| 31. | State and Federal Disqualifiers for Firearms Purchases in the State of Oregon, OSP (January 24, 2019) | | | | | |
| 32. | Field Test of Magazine Change Times on Two Semi-Automatic Pistols, Gary Kleck (Jan. 28, 2019) | | | | | |
| 33. | Firearm Production in the United States, NSSF (2020) | | | | | |
| 34. | 2018 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | | | | | |
| 35. | 2019 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 36. | 2020 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | | | | | |
| 37. | 2021 Annual Firearms Manufacturing and Export Report, US DOJ, US ATF | | | | | |
| 38. | 2018 FICS Program Overview, OSP (OREGON000756) | | | | | |
| 39. | 2019 FICS Program Overview, OSP (OREGON000771) | | | | | |
| 40. | 2020 FICS Program Overview, OSP (OREGON000786) | | | | | |
| 41. | 2021 FICS Program Overview, OSP (OREGON000801) | | | | | |
| 42. | Firearms Commerce in the United States, Annual Statistical Update 2021, US DOJ, US ATF | | | | | |
| 43. | Brief of Amici Curiae William English, Ph.D. and The Center for Human Liberty, Case No. 20-843, New York State Rifle & Pistol Association, Inc. v. Bruen (July 21, 2021) | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 44. | Do Mass Shooters Favor Using Large-Capacity Magazines?, Gary Kleck (2021) | | | | | |
| 45. | Active Shooter Incidents 20-Year Review, 2000-2019, US FBI (May 2021) | | | | | |
| 46. | 2021 National Firearms Survey: Updated Analysis Including Types of Firearms Owned, William English (May 13, 2022) | | | | | |
| 47. | Firearms Law and the Second Amendment: Regulation, Rights, and Policy, 3d Ed. (2022 Supplement), Nichols Johnson, et al. | | | | | |
| 48. | National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Vol. 2, US ATF (2023), Introduction | | | | | |
| 49. | National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Vol. 2, US ATF (2023), Part III | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 50. | National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Vol. 2, US ATF (2023), Part V | | | | | |
| 51. | National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Vol. 2, US ATF (2023), Part VII | | | | | |
| 52. | National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Gun Intelligence and Analysis, Vol. 2, US ATF (2023), References | | | | | |
| 53. | The History of Bans on Types of Arms Before 1900, Kopel and Greenlee (2023) | | | | | |
| 54. | Americans' Experiences with Gun-Related Violence, Injuries, and Deaths, KFF (April 11, 2023) | | | | | |
| 55. | Manual for the Safe Use of Reproduction Flintlock Weapons in Historic Weapons Demonstrations, National Park Service | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 56. | Wikipedia page for "Magazine (firearms)", https://en.wikipedia.org/wiki/Magazine_(firearms) Ex. 7 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)[1] 00242-249 | | | | | |
| 57. | Pages 33-36 of NRA Guide to the Basics of Pistol Shooting (2d ed. 2009) Ex. 8 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00250-255 | | | | | |
| 58. | Pages 22-36 of John Malloy, Complete Guide to Guns & Shooting (DBI Books, Inc. 1995) Ex. 9 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00256-273 | | | | | |

---

[1] Exhibits to the Declaration of Anna K. Barvir in Support of Plaintiffs' Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, *Virginia Duncan, et al. v. Xavier Becerra, et al.*, Case No. 3:17-cv-01017- BEN-JLB, ECF 50-8, et seq., March 5, 2018.

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 59. | Pages 95-99 of John Malloy, Complete Guide to Guns & Shooting (DBI Books, Inc. 1995) Ex. 10 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00281-288 | | | | | |
| 60. | Rick Hacker, Magazine Disconnect, Am. Rifleman (Sept. 11, 2015) Ex. 11 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00289-292 | | | | | |
| 61. | Pages 168-70 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) Ex. 13 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00334-339 | | | | | |
| 62. | 16-Shot Wheel Lock, Am.'s 1st Freedom (May 10, 2014) Ex. 14 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB)00340-342 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 63. | "Defence" Rapid-Fire Gun Patented: 15 May 1718, History Channel Ex. 16 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00367-369 | | | | | |
| 64. | Pages 91-103 of Jim Garry, Weapons of the Lewis and Clark Expedition (2012) Ex. 17 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00370-385 | | | | | |
| 65. | Ex. 18 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) Pages 69-70 of John Plaster, The History of Sniping and Sharpshooting (2008) Ex. 17 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00386-390 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 66. | Page 31 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) Ex. 19 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00391-394 | | | | | |
| 67. | Wikipedia page for "Girandoni Air Rifle", https://en.wikipedia.org/wiki/Girandoni_air_rifle Ex. 20 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00402-405 | | | | | |
| 68. | Page 683 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 21 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00406-409 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 69. | Page 33 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) Ex. 22 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00410-413 | | | | | |
| 70. | Pages 16, 148-49 and 167 of Jack Dunlap, American British and Continental Pepperbox Firearms (1964) Ex. 23 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00414-420 | | | | | |
| 71. | Pages 249-50 of Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) Ex. 24 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00421-425 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 72. | Page 66 of Catalogue of Contents: Doe Run Lead Company's Museum (July 1, 1912) Ex. 25 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00426-428 | | | | | |
| 73. | Pages 711, 713, and 716 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 26 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00429-434 | | | | | |
| 74. | Pages 9-17, 19-44 of Harold F. Williamson, Winchester: The Gun That Won the West (1952) Ex. 27 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00442-479 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 75. | Pages 303-06 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 28 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00480-486 | | | | | |
| 76. | Joseph Bilby, The Guns of 1864, in Am. Rifleman (May 5, 2014) Ex. 29 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00487-497 | | | | | |
| 77. | Page 49 of Harold F. Williamson, Winchester: The Gun That Won the West (1952) Ex. 30 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00498-501 | | | | | |
| 78. | Pages 11 and 22-35 of R.L. Wilson, Winchester: An American Legend (1991) Ex. 31 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00509-526 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 79. | Pages 116-29 of Louis A. Garavaglia & Charles G. Worman, Firearms of the American West (1985) Ex. 32 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00527-543 | | | | | |
| 80. | Pages 307-12 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 33 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00551-559 | | | | | |
| 81. | Pages 137, 1240-41 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 34 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00560-565 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 82. | Pages 108-09 of Jim Supica, Doug Wicklund & Philip Shreier, Treasures of the NRA National Firearms Museum (2013) Ex. 35 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00566-570 | | | | | |
| 83. | Pages 122-23 of Norm Flayderman, Flayderman's Guide to Antique American Firearms and Their Values (9th ed. 2007) Ex. 36 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00571-575 | | | | | |
| 84. | Pages 60-63, 67-71, 204-208, 244-45 Lewis Winant, Firearms Curiosa (2009) (1st pub. 1954) Ex. 37 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00576-594 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 85. | Pages 708-09 of the 2014 Standard Catalog of Firearms Ex. 38 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00595-599 | | | | | |
| 86. | Pages 23, 30-32, 38-39, 54-55, and 272 of John W. Breathed, Jr. & Joseph J. Schroeder, Jr., System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol (1967) Ex. 39 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00600-611 | | | | | |
| 87. | John Elliot, A Sweeping History of the Mauser C96 Broomhandle Pistol, Guns.com (Jan. 26, 2012) Ex. 40 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00612-624 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 88. | Pages 191-92 of Jim Perkins, American Boys Rifles 1890-1945 (1976) Ex. 41 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00625-629 | | | | | |
| 89. | Page 84 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 42 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00630-633 | | | | | |
| 90. | Page 104 of Patrick Sweeney, Gun Digest Book of the AR-15 (2005) Ex. 43 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00641-644 | | | | | |
| 91. | Page 294 of Gun Digest 24th Anniversary Deluxe Edition (John T. Amber ed. 1969) Ex. 44 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00645-648 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 92. | Page 1102 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 45 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00649-652 | | | | | |
| 93. | Page 1173 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 46 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00653-656 | | | | | |
| 94. | Pages 182-83, 432-33 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 47 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00657-663 | | | | | |
| 95. | Pages 464-65 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 48 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00664-668 | | | | | |

PLAINTIFFS' TRIAL EXHIBIT LIST

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 96. | Pages 72-73 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) and pages 216-17 of Joseph J. Schroeder, Jr., System Mauser: A Pictorial History of the Model 1896 Self-Loading Pistol (1967) Ex. 49 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00669-677 | | | | | |
| 97. | Page 121 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 50 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00678-681 | | | | | |
| 98. | Page 184 of the 2014 Standard Catalogue of Firearms (Jerry Lee ed. 2013) Ex. 51 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00682-685 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 99. | Pages 369-74, 377-78, 380-87, 391, 395-96, 398-99, 401-07, 409-11, 413-14, 438-47, and 454 from Gun Digest 2017 (Jerry Lee ed., 71st ed. 2016) Ex. 52 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00693-736, 00744-747 | | | | | |
| 100. | Pages from websites of firearm manufacturers advertising firearms Ex. 53 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00748-774 | | | | | |
| 101. | Pages 73-97 of The Complete Book of Autopistols: 2013 Buyer's Guide (2013) Ex. 54 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00775-800 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 102. | Robert A. Sadowski, The Evolution of Glock Pistols, Pistols, Handguns Buyer's Guide Mag. (Nov. 25, 2015) Ex. 55 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00801-811 | | | | | |
| 103. | Pages 87 and 89-90 of Massad Ayoob, The Complete Book of Handguns (2013) Ex. 56 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00819-823 | | | | | |
| 104. | Pages 183-87 NRA Guide to the Basics of Personal Protection in the Home (1st ed. 2000) Ex. 57 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00824-829 | | | | | |
| 105. | What Should America Do About Gun Violence? Full Comm. Hr'g Before U.S. Sen. Jud. Comm., 113th Cong. At 11 (2013) Ex. 59 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00867-903 | | | | | |

PLAINTIFFS' TRIAL EXHIBIT LIST

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 106. | Gary Kleck, Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkage, 17 J. Research & Pol'y 28 (2016) Ex. 60 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00904-924 | | | | | |
| 107. | U.S. Dept. of Justice, Bureau of Justice Statistics, National Crime Victimization Survey, Criminal Victimization in the United States, 2008 Statistical Tables, Table 37 (Mar. 2009) Ex. 61 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00925-928 | | | | | |
| 108. | Massad Ayoob, Five Gunfighting Myths Debunked by Massad Ayoob, Personal Defense World (Oct. 14, 2014) Ex. 62 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00929-938 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 109. | Jacob Sullum, The Threat Posed by Gun Magazine Limits (Jan. 13, 2016) Ex. 63 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00939-941 | | | | | |
| 110. | Charles Remsberg, Why One Cop Carries 145 Rounds of Ammo on the Job, PoliceOne (Apr. 17, 2013) Ex. 64 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00942-946 | | | | | |
| 111. | Gus G. Sentementes & Julie Bykowicz, Documents Detail Cross Keys Shooting, Balt. Sun (Mar. 21, 2006) Ex. 65 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00947-949 | | | | | |
| 112. | Gun Shop Owner Shoots, Kills Man During Attempted Robbery, WIS TV (Aug. 9, 2012) Ex. 66 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00950-952 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 113. | Nieson Himmel, Police Say Watch Shop Owner Kills 4th, 5th Suspects, L.A. Times (Feb. 21, 1992) Ex. 67 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00953-955 | | | | | |
| 114. | Jewelry Store Burglarized, Scene of Deadly 1994 Robbery Attempt, nbc12.com (2012) Ex. 68 (*Duncan v. Becerra*, Case No. 3:17-CV-01017-BEN-JLB) 00956-958 | | | | | |
| 115. | Real Gunfighter Lance Thomas, Justice Files, https://www.youtube.com/watch?v=pkWgp2abM2w | | | | | |
| 116. | Turning Point Documentary | | | | | |
| 117. | Video demonstration of changing magazine, Massad Ayoob | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 118. | Podcast: Georgetown Professor on His Groundbreaking Survey of Gun Owners (Sep. 11, 2022) https://www.youtube.com/watch?v=Vq00p9N097U | | | | | |
| 119. | Image of Web portal for FFL dealers to submit data from form 4473 to OSP FICS unit. | | | | | |
| 120. | Make Model Sold in Oregon -PDF OREGON015644 | | | | | |
| 121. | Make Model Sold in Oregon - XLS OREGON015644 | | | | | |
| 122. | Make Model Sold in Oregon - Pivot Tables (derived from OREGON015644) | | | | | |
| 123. | Email from Lisa Fox to Craig A Prins et. al., Subject: OSP FICS POPs and Wellness POP (Dec. 6, 2022) OREGON000062 | | | | | |
| 124. | Email from Constantin Severe to Lisa Fox, Subject: RE: OSP FICS POPs and W Lisa Fox FICS Staffing and Wellness POP (Dec. 6, 2022) OREGON000064 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 125. | 2023-2025 Governor's Budget (2023) OREGON000113 | | | | | |
| 126. | George Naughton Memorandum to Terri Davie, Subject: 2023-2025 Budget: Post-Appeal Adjustments (Jan 25, 2023) OREGON000574 | | | | | |
| 127. | Letter from OSP to Legislative Fiscal Officer RE increase in Positions Services and Supplies for M114 (Feb. 9, 2023) OREGON000746 | | | | | |
| 128. | Statement of Need and Fiscal Impact OREGON003843 | | | | | |
| 129. | Impact if NOT approved – FICS OS2 OREGON005599 | | | | | |
| 130. | Supporting Statements for position/Why is this position needed at this time – FICS OS2 OREGON005600 | | | | | |
| 131. | OSP Position Description for Sup Srvcs Supv 3 (Sep. 1, 2023) OREGON005603 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 132. | Statement of Financial Impact on OSP from M114 (Nov. 30, 2022) OREGON006164 | | | | | |
| 133. | List of Prohibitors to Purchase of Firearm with Legal Authority (rev. June 22, 2022) OREGON005535 | | | | | |
| 134. | OSP FICS Training Manual OREGON005672 | | | | | |
| 135. | M114 slides outlining agency responsibilities and timelines OREGON000002 | | | | | |
| 136. | Email from Wendy Landers to Lori Bokey, et al., Subject: RE: Formal request to CJILO for review of Oregon Ballot Measure 114 (Nov. 30, 2022) OREGON000030 | | | | | |
| 137. | DOJ General Counsel Memorandum to Wendy Landers et. al., Subject: Measure 114 Permitting Implementation DOJ File No.: 257001-GG1126-22 (Nov. 29, 2022) OREGON000035 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 138. | Letter from Wendy Landers to Betsy Taylor RE FBI correspondence with OSP about CHRI and CJIS access (Nov. 23, 2022) OREGON000038 | | | | | |
| 139. | Letter from Richard McNally of the FBI Office of General Counsel RE Fingerprint-based national background checks pursuant to Public Law 92-544 (June 9, 2022) OREGON000040 | | | | | |
| 140. | Questions for DOJ regarding BM114 (Oct. 12, 2022) OREGON000850 | | | | | |
| 141. | Application Process for Oregon Permit to Purchase Firearms (2022 Ballot Measure 114) OREGON001967 | | | | | |
| 142. | Email from Jason Myers to Wendy Landers, Subject: Live Scan grant opportunity interest (Feb. 6, 2023) OREGON002012 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 143. | Email from Kyle Kennedy to Wendy Landers et. al., Subject: FW: Implementation of measure 114. (Feb. 13, 2023) OREGON002029 | | | | | |
| 144. | Email from Wendy Landers to Kyle Kennedy, Subject: RE: Implementation of measure 114 (Feb. 14, 2023) OREGON002031 | | | | | |
| 145. | Work Group Chart of M114 Sections with Issues, Solutions, and Comments OREGON002056 | | | | | |
| 146. | Work Group Chart Table of M114 Sections with Issues, Solutions, and Comments OREGON003084 | | | | | |
| 147. | Questions for OSP from OSSA workgroup meeting, redlined and with comments (Dec. 13, 2022) OREGON006330 | | | | | |
| 148. | Email from Rebecca David to Kevin Campbell, Subject: RE Update BM114 partner meetings (Jan. 6, 2023) OREGON001926 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 149. | BM114 - Oregon State Sheriffs' Association Language – Jason Myers OREGON002038 | | | | | |
| 150. | Email from Rebecca David to Kevin Campbell, Subject: SB348 items (Mar. 28, 2023) OREGON003082 | | | | | |
| 151. | Email from Terri Davie to Kevin Campbell et. al., Subject: OSP – BM114 Information concerning questions and OSP direction. (Dec. 1, 2022) OREGON003148 | | | | | |
| 152. | Email from Kristina Edmunson to Attorney General Rosenblum Press Office, Subject: State Will Ask for Postponement of Permit requirement for Gun Purchases (Dec. 4, 2022) OREGON000060 | | | | | |
| 153. | Gun Safety Executive Actions for Governor Tina Kotek - Everytown for Gun Safety's recommended policies to prevent gun violence in Oregon OREGON000090 | | | | | |

PLAINTIFFS' TRIAL EXHIBIT LIST                                            33

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 154. | Everytown Memorandum Subject: Oregon Measure 114: Legislative amendments to Implement and Improve the Permit-to-Purchase System OREGON000100 | | | | | |
| 155. | Email from L McKanna to Adrienne Anderson et. al., Subject Re: 114 (Mar. 10, 2023) OREGON002357 | | | | | |
| 156. | Email from Jon Eames to Adrienne Anderson et. al., Subject: Re: 114 (Mar. 14, 2023) OREGON002366 | | | | | |
| 157. | Public Safety Agencies: Public Safety Program Area Budget OREGON007440 | | | | | |
| 158. | Department of State Police: 2023-2025 Governor's Recommended Budget Talking Points (in order of priority) OREGON007452 | | | | | |
| 159. | Gun Data Codes As of March 31, 2021 OREGON006962 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 160. | Email from Greg Withers to Matthew Bass et. al., Subject: FICS Assistance – Ending January 31st (Jan. 26, 2023) OREGON00893 | | | | | |
| 161. | Email from Rebecca David to Casey Codding, Subject: Updated FICS backlog stats. (Feb. 7, 2023) OREGON00895 | | | | | |
| 162. | Email from Terri Davie to Casey Codding et. al., Subject: FW: Background Check Delay OREGON009163 | | | | | |
| 163. | Email from Casey Codding to Christopher Zohner et. al., Subject: FICS Priority assignment/assistance – December 19, 2022 through January 2, 2023 (Dec. 15, 2022) OREGON009284 | | | | | |
| 164. | 2022 ORS 166.412 Narrative Report on denials of firearm transactions OREGON009449 | | | | | |

|  | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 165. | Chart of AM Message Notifications - ORS 166.412 with Denial Categories OREGION009452 |  |  |  |  |  |
| 166. | Email from Wendy Landers to Rebecca David et. al., Subject: RE: SB 348 -3 (Apr. 4, 2023) OREGION009481 |  |  |  |  |  |
| 167. | Graph of FICS Background Requests (2018-2022) OREGON009512 |  |  |  |  |  |
| 168. | FICS Background Checks - Que Backlog (as of 11/14/2022) (graph) OREGON009513 |  |  |  |  |  |
| 169. | 2021 FICS Report Excel Sheet with background check denial data OREGON013057 |  |  |  |  |  |
| 170. | 2022 ORS 166.412 Narrative Report on denials of firearm transactions (DRAFT) OREGON013073 |  |  |  |  |  |
| 171. | Email from Steven Duke to FICS TEAM, Subject: 3-Day Release to a DENIED Person (Dec. 19, 2022) OREGON013800 |  |  |  |  |  |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 172. | State of Oregon Permit to Purchase Application Form OREGON009135 | | | | | |
| 173. | Email from Stephanie Bigman to Wendy Landers, Subject: BM 114 questions (Nov. 28, 2022) OREGON009180 | | | | | |
| 174. | Chart of differences between Permit to Purchase and FICS and implementation notes for the PTP regime OREGON009476 | | | | | |
| 175. | BM114 approved responses as of December 12, 2022 OREGON009809 | | | | | |
| 176. | State of Oregon Permit to Purchase Application (2022 Ballot Measure 114) (annotated) OREGON013726 | | | | | |
| 177. | Email from Wendy Landers to Rebecca David, Subject: FW: Sportsman BM114 Sales Notice (Nov. 16, 2022) OREGON009098 | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 178. | Email from Rebecca David to Jenny Cribbs et. al., Subject: RE: ASAP task from Gov's Office on BM114 positions (Nov. 30, 2022) OREGON009195 | | | | | |
| 179. | Email from Wendy Landers to Rebecca David et. al., Subject: RE: journalist inquiry (timely) updated reqs for background check? (Nov. 30, 2022) OREGON009199 | | | | | |
| 180. | Email from Kyle Kennedy to Rebecca David et. al., Subject: RE: journalist inquiry (timely) updated reqs for background check? (Nov. 30, 2022) OREGON009211 | | | | | |
| 181. | Email from Steven Duke to Karen Lejeune, Subject: FW: BM114/FICS questions/statistics due Wednesday 5pm (Feb. 13, 2023) OREGON008574 | | | | | |
| 182. | Defendants' Responses to Plaintiffs' Requests for Admission | | | | | |

| | Description | Stipulated | Objection(s) | Pre-Admit. (*Court Use Only*) | Ident. (*Court Use Only*) | Admit. (*Court Use Only*) |
|---|---|---|---|---|---|---|
| 183. | Defendants' Responses to Plaintiffs' Interrogatories | | | | | |
| 184. | OSP Web Statement on Transfers to Persons Under 21 and FICS call-in requirement (Screen capture taken May 14, 2023) | | | | | |
| 185. | Plaintiffs Sales Data (spreadsheet) | | | | | |
| 186. | Party A Sales Data (PARTYA 1-39) | | | | | |
| 187. | Party N Sales Data (PARTYN 1-20) | | | | | |
| 188. | Party X Sales Data (PARTYX 1-3) | | | | | |

DATED:  May 15, 2023

JURISLAW LLP

Paul D. Clement[*]
Erin E. Murphy[*]
Matthew D. Rowen[*]
Nicholas M. Gallagher[*]
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

[*] admitted *pro hac vice*

s/ Shawn M. Lindsay
Shawn M. Lindsay (OSB No.: 020695)
Daniel J. Nichols (OSB No.: 101304)
Three Centerpointe Drive
Suite 160
Lake Oswego, OR 97035
(503) 968-1475
shawn@jurislawyer.com

*Counsel for Eyre Plaintiffs*

s/ Stephen Joncus
Stephen J. Joncus, OSB #013072
JONCUS LAW PC
13203 SE 172nd Ave Ste 166 #344
Happy Valley, OR  97086
(971) 236-1200
steve@joncus.net

s/ Leonard W. Williamson
Leonard W. Williamson, OSB #910020
VAN NESS WILLIAMSON LLP
960 Liberty St. SE, Ste 100
Salem, OR 97302
(503) 365-8800
l.williamson@vwllp.com

*Counsel for OFF Plaintiffs*

s/ James L. Buchal
James L. Buchal, OSB #910020
MURPHY & BUCHAL LLP
PO Box 86620
Portland, OR 97286
(503) 227-1011
jbuchal@mbllp.com

*Counsel for Fitz and Azzopardi Plaintiffs*

**ATTORNEY CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, I have made service of the foregoing **PLAINTIFFS' TRIAL EXHIBIT LIST** of the party listed below in the manner indicated:

Matthew D. Rowen
Erin E. Murphy
Nicholas M. Gallagher
Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
*Attorney for Eyre Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
matthew.rowen@clementmurphy.com;
erin.murphy@clementmurphy.com;
nicholas.gallagher@clementmurphy.com;
paul.clement@clementmurphy.com
☒ Electronically via USDC CM/ECF system

Jessica A. Skelton
Zachary J. Pekelis
Kai Smith
W. Scott Ferron
Pacific Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
*Attorney for Proposed Intervenor-Defendant Oregon Alliance for Gun Safety*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
jessica.skelton@pacificlawgroup.com;
zach.pekelis@pacificalawgroup.com;
kai.smith@pacificlawgroup.com;
scott.ferron@pacificlawgroup.com
☒ Electronically via USDC CM/ECF system

James L. Buchal
Murphy & Buchal
PO Box 86620
Portland, OR 97286
*Attorney for Fitz Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: jbuchal@mbllp.com
☒ Electronically via USDC CM/ECF system

William Bergstrom
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
*Attorney for Fitz Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: wbergstrin@cooperkirk.com
☒ Electronically via USDC CM/ECF system

D. Angus Lee
Angus Lee Law Firm, PLLC
9105A NE HWY 99, Suite 200
Vancouver, WA
*Attorney for Fitz Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: Angus@AngusLeeLaw.com
☒ Electronically via USDC CM/ECF system

James L. Buchal
Murphy & Buchal
PO Box 86620
Portland, OR 97286
*Attorney for Azzopardi Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: jbuchal@mbllp.com
☒ Electronically via USDC CM/ECF system

William Sack
Firearms Policy Coalition, Inc.
5550 Painted Mirage Rd., Suite320
Las Vegas, NV 89149
*Attorney for Azzopardi Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: Wsack@FPClaw.org
☒ Electronically via USDC CM/ECF system

Adam Kraut
Second Amendment Foundation
12500 NE Tenth Place
Bellevue, WA 98665
*Attorney for Azzopardi Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: akraut@saf.org
☒ Electronically via USDC CM/ECF system

D. Angus Lee
Angus Lee Law Firm, PLLC
9105A NE HWY 99, Suite 200
Vancouver, WA
*Attorney for Azzopardi Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: Angus@AngusLeeLaw.com
☒ Electronically via USDC CM/ECF system

Stephen J. Joncus
Joncus Law LLC
13203 SE 172nd Ave, Ste 166 #344
Happy Valley, OR 97086
*Attorney for OFF Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: steve@joncus.net
☒ Electronically via USDC CM/ECF system

Leonard W. Williamson
Van Ness Williamson
960 Liberty Street S, Suite 100
Salem, OR 97302
*Attorney for OFF Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: 1.williamson@vwllp.com
☒ Electronically via USDC CM/ECF system

Pete Serrano
Silent Majority Foundation
5238 Outlet Drive
Pasco, WA 99301
*Attorney for OFF Plaintiffs*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: pete@silentmajorityfoundation.org
☒ Electronically via USDC CM/ECF system

CERTIFICATE OF SERVICE                                    42

Jessica A. Skelton
Zachary J. Pekelis
Kai Smith
W. Scott Ferron
Pacific Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101-3404
*Attorney for Proposed Intervenor-Defendant*
*Oregon Alliance for Gun Safety*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
jessica.skelton@pacificlawgroup.com;
zach.pekelis@pacificalawgroup.com;
kai.smith@pacificalawgroup.com;
scott.ferron@pacificlawgroup.com
☒ Electronically via USDC CM/ECF system

Brian Simmonds Marshall
Oregon Department of Justice
Trial Division
Special Litigation Unit
100 SW Market Street
Portland, OR 97201
*Attorney for Defendants*

☐U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: brain.s.marshal@doj.state.or.us
☒ Electronically via USDC CM/ECF system

Erin N. Dawson
Hannah Hoffman
Harry B. Wilson
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
*Attorney for Defendants*

☐ U.S Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email:
erindawson@markowitzherbold.com;
HannahHoffman@markowitzherbold.com;
harrywilson@markowitzherbold.com
☒ Electronically via USDC CM/ECF system

DATED:  May 15, 2023

JURISLAW LLP

  s/Daniel J. Nichols
  Daniel J. Nichols (OSB No.: 101304)
  Three Centerpointe Drive
  Suite 160
  Lake Oswego, OR 97035
  (503) 968-1475
  dan@jurislawyer.com

  *Counsel for Eyre Plaintiffs*

CERTIFICATE OF SERVICE                                                43