**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Hannah K. Hoffman, OSB #183641**
HannahHoffman@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201-3412
(503) 295-3085

    Special Assistant Attorneys General for Defendants

**Ellen F. Rosenblum, OSB #753239**
Attorney General
**Brian Simmonds Marshall, OSB #196129**
Senior Assistant Attorney General
Brian.S.Marshall@doj.state.or.us
**DEPARTMENT OF JUSTICE**
100 SW Market Street
Portland, OR 97201
(971) 673-1880

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TINA KOTEK, et al.,<br><br>    Defendants,<br><br>and<br><br>OREGON ALLIANCE FOR GUN SAFETY,<br><br>    Intervenor-Defendant. | Case No. 2:22-cv-01815-IM (lead case)<br>          3:22-cv-01859-IM (trailing case)<br>          3:22-cv-01862-IM (trailing case)<br>          3:22-cv-01869-IM (trailing case)<br><br>**DECLARATION OF HARRY B. WILSON** |

Page 1 -   DECLARATION OF HARRY B. WILSON

| |
|---|
| MARK FITZ, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |
| KATERINA B. EYRE, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants, |
| and |
| OREGON ALLIANCE FOR GUN SAFETY, |
| Intervenor-Defendant. |
| DANIEL AZZOPARDI, et al., |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, et al., |
| Defendants. |

## DECLARATION OF HARRY B. WILSON

I, Harry B. Wilson, declare the following:

1. I am a Special Assistant Attorney General representing defendants in the above-captioned matter. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Listed below and attached are true and accurate copies of defendants' exhibits:

| Exhibit | Date | Description |
|---|---|---|
| 1 | 1/16/23 | Deposition Transcript Excerpt of Massad F. Ayoob |
| 2 | 1/17/23 | Deposition Transcript Excerpt of Adam Ralph Braatz |
| 3 | 3/22/23 | Deposition Transcript Excerpt of Michael Carrick |
| 4 | 1/19/23 | Deposition Transcript Excerpt of Clayton Cramer |
| 5 | 1/13/23 | Deposition Transcript Excerpt of Mark T. Hanish |
| 6 | 1/20/23 | Deposition Transcript Excerpt of Ashley Hlebinsky |
| 7 | 1/25/23 | Deposition Transcript Excerpt of Gary Kleck |
| 8 | 4/25/23 | Deposition Transcript Excerpt of Brad Lohrey |
| 9 | 4/7/23 | Deposition Transcript Excerpt of David McDowall |
| 10 | 4/26/23 | Deposition Transcript Excerpt of Brian Pixley |
| 11 | 2/3/23 | Expert Witness Rebuttal Report of Gary Kleck, dated 2/3/2023, in *Rupp v. Becerra*, Case No. 8:17-cv-00746-JLS-JDE (C.D. Cal.) |

I declare under penalty of perjury that the foregoing is true and correct.

DATE: May 15, 2023.

*s/Harry B. Wilson*
Harry B. Wilson, OSB #077214

1450136