# Deposition of Adam Ralph Braatz

# Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# January 17, 2023



**206.287.9066  |  800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                        Adam Ralph Braatz

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

```
OREGON FIREARMS FEDERATION,     )
INC., et al.,                   )
                Plaintiffs,     )
                                )
       v.                       )  Nos. 2:22-cv-01815-IM
                                )       3:22-cv-01859-IM
KATE BROWN, et al.,             )       3:22-cv-01862-IM
                Defendants.     )       3:22-cv-01869-IM
--------------------------------)
MARK FITZ, et al.,              )
                Plaintiffs,     )
                                )
       v.                       )
                                )
ELLEN F. ROSENBLUM, et al.,     )
                Defendants.     )
--------------------------------)
KATERINA B. EYRE, et al.,       )
                Plaintiffs,     )
                                )
       v.                       )
                                )
ELLEN F. ROSENBLUM, et al.,     )
                Defendants.     )
--------------------------------)
DANIEL AZZOPARDI, et al.,       )
                Plaintiffs,     )
                                )
       v.                       )
                                )
ELLEN F. ROSENBLUM, et al.,     )
                Defendants.     )
```

VIDEOTAPED DEPOSITION OF ADAM RALPH BRAATZ

Taken on behalf of Defendants

January 17, 2023

REPORTED BY:  Robin L. Nodland, Oregon CSR No. 90-0056

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 2 - Wilson Decl.
Page 2 of 7
b23198ab-d08a-4972-8b70-4e594e67dca6

Page 2

1  VIDEO DEPOSITION OF ADAM RALPH BRAATZ
2  Taken on behalf of Defendants
3  * * *
4  BE IT REMEMBERED THAT, pursuant to the Federal
5  Rules of Civil Procedure, the video-recorded deposition
6  of ADAM RALPH BRAATZ was taken before Robin L. Nodland,
7  an Oregon Certified Shorthand Reporter, a Registered
8  Diplomate Reporter, and a Certified Realtime Reporter,
9  on Tuesday, January 17, 2023, commencing at the hour of
10 2:05 p.m., in the law offices of JURISLAW LLP, Three
11 Centerpointe Drive, Suite 160, Lake Oswego, Oregon.
12 * * *

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 2 - Wilson Decl.
Page 3 of 7
b23198ab-d08a-4972-8b70-4e594e67dca6

Case 3:22-cv-01862-IM   Document 150-2   Filed 05/15/23   Page 4 of 7

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                           Adam Ralph Braatz

```
                                                          Page 3
 1                       APPEARANCES:

 2
         JURISLAW LLP
 3            BY MR. SHAWN M. LINDSAY
              Three Centerpointe Drive
 4            Suite 160
              Lake Oswego, OR   97035
 5            503-968-1475
              shawn@jurislawyer.com
 6            Attorney for Eyre Plaintiffs

 7

 8
         MARKOWITZ HERBOLD PC
 9            BY MS. HANNAH K. HOFFMAN
              1455 SW Broadway
10            Suite 1900
              Portland, OR   97201-3412
11            503-295-3085
              HannahHoffman@MarkowitzHerbold.com
12            Attorney for Defendants

13

14
         Mr. Rick Majewski, Videographer
15

16
                              * * *
17

18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 2 - Wilson Decl.
Page 4 of 7
b23198ab-d08a-4972-8b70-4e594e67dca6

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                           Adam Ralph Braatz

Page 4

```
 1                        EXAMINATION INDEX
 2                                                              Page
 3      Examination by Ms. Hoffman                                 6
 4      Examination by Mr. Lindsay                                62
 5      Further Examination by Ms. Hoffman                        73
 6                              * * *
 7
 8
 9
10                          EXHIBIT INDEX
11      No.                   Item                              Page
12      Exhibit 10   Declaration of Adam Braatz                   10
13
14      (Attached hereto.)
15                              * * *
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 2 - Wilson Decl.
Page 5 of 7
b23198ab-d08a-4972-8b70-4e594e67dca6

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                              Adam Ralph Braatz

Page 43

| | | |
|---|---|---|
| 1 | 02:58:44 | toaster ovens and clothes and stuff like that. |
| 2 | | Q    How much revenue do you typically bring in on a -- |
| 3 | | just a normal Black Friday weekend? |
| 4 | | A    A normal Black Friday weekend, I believe 65,000 was |
| 5 | 02:59:04 | one of our better years. |
| 6 | | Q    How much revenue did you bring in this past 2022 |
| 7 | | Black Friday weekend? |
| 8 | | A    I believe we beat that by several thousand dollars, |
| 9 | | just because of the timing. |
| 10 | 02:59:22 | Q    What do you mean by "the timing"? |
| 11 | | A    With the -- the Measure 114 going into effect, |
| 12 | | people were trying to get the stuff that they wanted to |
| 13 | | buy before the measure took effect on December 8th. |
| 14 | | Q    So demand increased? |
| 15 | 02:59:37 | A    Demand increased because of Measure 114. |
| 16 | | Q    Going back to some of the comments you heard about |
| 17 | | the permit-to-purchase program, many of your customers |
| 18 | | have a concealed carry permit; right? |
| 19 | | A    Right. |
| 20 | 02:59:52 | Q    Do you ever hear similar comments about concealed |
| 21 | | carry permits? |
| 22 | | A    Like what? |
| 23 | | Q    Do you ever hear a customer say that they don't |
| 24 | | think they should be required to have a concealed carry |
| 25 | 03:00:06 | permit? |

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

CERTIFICATE

I, Robin L. Nodland, an Oregon Certified Shorthand Reporter, a Washington Certified Court Reporter, a Registered Diplomate Reporter, and a Certified Realtime Reporter, hereby certify that said witness personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were transcribed through computer-aided transcription, under my direction; and that the foregoing pages constitute a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

I further certify that review of the transcript was requested.

Witness my hand at Portland, Oregon, this 23rd day of January, 2023.

_____
Robin L. Nodland
Oregon CSR No. 90-0056
Expires 3/31/23
Washington CCR No. 2530
Expires 11/11/23