# Deposition of Michael Carrick

# Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

# March 22, 2023



**206.287.9066  |  800.846.6989**

1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Case 3:22-cv-01862-IM   Document 150-3   Filed 05/15/23   Page 2 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Michael Carrick

Page 1

IN THE UNITED DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

```
OREGON FIREARMS FEDERATION,   ) No. 2:22-cv-01815-IM
INC., et al.,                 )     3:22-cv-01859-IM
                              )     3:22-cv-01862-IM
      Plaintiffs,             )     3:22-cv-01869-IM
                              )
v.                            )
                              )
TINA KOTEK, et al.,           )
                              )
      Defendants.             )
                              )
      and                     )
                              )
OREGON ALLIANCE FOR GUN SAFETY,)
                              )
      Intervenor-Defendant.   )
                              )
Caption continues....         )
```

VIDEOTAPED VIDEOCONFERENCE DEPOSITION

OF

MICHAEL CARRICK


9:03 a.m.

(All participants appeared via videoconference.)




DATE TAKEN:   MARCH 22, 2023

REPORTED BY:  CRYSTAL R. McAULIFFE, RPR, CCR 2121

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)　　　　　　　　　　　　　　Michael Carrick

Page 2

```
 1   Caption continued...                )
                                         )
 2   MARK FITZ, et al.,                  )
                                         )
 3          Plaintiffs,                  )
                                         )
 4    v.                                 )
                                         )
 5   ELLEN F. ROSENBLUM, et al.,         )
                                         )
 6          Defendants.                  )
     _____)
 7                                       )
     KATERINA B. EYRE, et al.,           )
 8                                       )
            Plaintiffs,                  )
 9                                       )
      v.                                 )
10                                       )
     ELLEN F. ROSENBLUM, et al.,         )
11                                       )
            Defendants.                  )
12   _____)
                                         )
13   DANIEL AZZOPARDI, et al.,           )
                                         )
14          Plaintiffs,                  )
                                         )
15    v.                                 )
                                         )
16   ELLEN F. ROSENBLUM, et al.,         )
                                         )
17          Defendants.                  )
     _____)
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 3 - Wilson Decl.
Page 3 of 8
47d1a2da-7fda-4638-880d-29748bbaa77d

Case 3:22-cv-01862-IM   Document 150-3   Filed 05/15/23   Page 4 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Michael Carrick

Page 3

```
 1                  A P P E A R A N C E S
 2
 3   FOR PLAINTIFF OREGON FIREARMS FEDERATION, INC.:
 4                   LEONARD W. WILLIAMSON
                     VAN NESS, WILLIAMSON LLP
 5                   960 Liberty Street SE
                     Suite 100
 6                   Salem, Oregon 97302
                     503.365.8800
 7                   I.williamson@vwllp.com
 8
 9   FOR THE DEFENDANTS:
10                   ANIT JINDAL
                     ERIN DAWSON
11                   MARKOWITZ HERBOLD PC
                     1455 SW Broadway
12                   Suite 1900
                     Portland, Oregon 97201
13                   503.295.3085
                     AnitJindal@MarkowitzHerbold.com
14                   ErinDawson@MarkowitzHerbold.com
15
16   THE VIDEOGRAPHER:   Coleman J. Andersen
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 3 - Wilson Decl.
Page 4 of 8
47d1a2da-7fda-4638-880d-29748bbaa77d

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) — Michael Carrick

Page 4

```
 1            VIDEOCONFERENCE DEPOSITION OF MICHAEL CARRICK
 2                           EXAMINATION INDEX
 3                           MARCH 22, 2023
 4   EXAMINATION BY                                          PAGE
 5   Mr. Jindal              . . . . . . . . . . . . . .      6
 6   Mr. Williamson          . . . . . . . . . . . . . .     91
 7   Mr. Jindal              . . . . . . . . . . . . . .     95
 8
 9
10                             EXHIBIT INDEX
11   EXHIBITS FOR IDENTIFICATION                             PAGE
12   55        Declaration of Michael Carrick                 8
13   56        American Society of Arms Collectors           83
               website printout
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)   Michael Carrick

Page 10

1  America because I haven't looked into that.
2     Q.   When you say there were repeating rifles known
3  in America in 1791, what do you mean by that?
4     A.   I didn't say that they were known in America.
5          They were known to collectors back to the --
6  about the 1740s, there existed repeating rifles at least
7  in England.  As far as -- all I know about America is
8  the one I'm familiar with as the Girardoni.
9     Q.   So the only repeating rifle that you know of
10 being in existence in America, in say -- let's say, the
11 10-year period around 1791 is the single Girardoni rifle
12 that we're here to discuss today?
13    A.   Yes.
14    Q.   Do you think that repeating guns were
15 commonplace in America in 1791?
16    A.   No.
17    Q.   Is it safe to say that most Americans wouldn't
18 have ever seen a repeating gun in 1791?
19    A.   That's correct.
20    Q.   And in your declaration on paragraph 18, on
21 page 7, you describe Meriwether Lewis using the
22 Girardoni rifle to astonish Indians and conclude -- and
23 I'm just going to quote it here.
24         "Anyone in America in 1803 would be astonished
25 to see a rifle that could fire 20 projectiles in

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 3 - Wilson Decl.
Page 6 of 8
47d1a2da-7fda-4638-880d-29748bbaa77d

Case 3:22-cv-01862-IM   Document 150-3   Filed 05/15/23   Page 7 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Michael Carrick

Page 11

```
 1    one minute without reloading."
 2            Why would a repeating rifle be astonishing to
 3    anyone in America in 1803?
 4       A.   Because there are very few people that know they
 5    exist.
 6       Q.   And do very few people know they exist in large
 7    part because they just aren't readily available in
 8    America at that time?
 9       A.   Due to the scarcity of it, I would say, yes,
10    they were not readily available.
11       Q.   You said due to scarcity?
12       A.   Yes.  Due to the scarcity in the world.
13       Q.   Understood.
14            To the best of your knowledge, was the
15    Girardoni-style air rifle sold commercially in America
16    in 1791?
17       A.   It was not.
18       Q.   Would it be fair to estimate not more than 10
19    repeating guns of thereabouts existed in America in
20    1791?
21       A.   Well, I have no specific knowledge on that, but
22    I would suspect you're correct.
23       Q.   Yeah.  Do you think that the number would be
24    significantly lower than ten, maybe even single digits?
25       A.   I don't know.
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 3 - Wilson Decl.
Page 7 of 8
47d1a2da-7fda-4638-880d-29748bbaa77d

Page 99

C E R T I F I C A T E

STATE OF WASHINGTON   )
                     ) ss.
COUNTY OF KITSAP     )

    I, CRYSTAL R. McAULIFFE, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the videoconference deposition of MICHAEL CARRICK, having been duly sworn on MARCH 22, 2023, is true and accurate to the best of my knowledge, skill and ability.

    Reading and signing was not requested pursuant to FRCP Rule 30(e).

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 3rd day of April, 2023.

_____

CRYSTAL R. McAULIFFE, RPR, CCR #2121

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989