# Deposition of Clayton Cramer

# Oregon Firearms Federation, Inc., et al. v. Brown, et al.

# January 19, 2023



**206.287.9066 | 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Clayton Cramer

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

---

OREGON FIREARMS FEDERATION,       )
INC., et al.,                     )
                                  )
            Plaintiffs,           )
                                  ) Case Nos.
      v.                          ) 2:22-cv-01815-IM
                                  ) 3:22-cv-01859-IM
KATE BROWN, et al.,               ) 3:22-cv-01862-IM
                                  ) 3:22-CV-01869-IM
            Defendants.           )
_____    )
                                  )
                                  )
         (Continued)               )

---

\* VIDEOCONFERENCE \*
VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
OF EXPERT
CLAYTON CRAMER

---

Witness located in:

Middleton, Idaho


\* All participants appeared via videoconference \*


DATE TAKEN:     January 19, 2023

REPORTED BY:    Tia B. Reidt, Washington RPR, CSR #2798
                          Oregon #22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 4 - Wilson Decl.
Page 2 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Clayton Cramer

Page 2

```
                    (Continued)              )
                                             )
   MARK FITZ, et al.,                        )
                                             )
                    Plaintiffs,              )
         v.                                  )
                                             )
   ELLEN F. ROSENBLUM, et al.,               )
                                             )
                    Defendants.              )
   _____           )
   KATERINA B. EYRE, et al.,                 )
                                             )
                    Plaintiffs,              )
         v.                                  )
                                             )
   ELLEN F. ROSENBLUM, et al.,               )
                                             )
                    Defendants.              )
   _____           )
   DANIEL AZZOPARDI, et al.,                 )
                                             )
                    Plaintiffs,              )
         v.                                  )
                                             )
   ELLEN F. ROSENBLUM, et al.,               )
                                             )
                    Defendants.              )
```

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Ex. 4 - Wilson Decl.
Page 3 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 4 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Clayton Cramer

                                                                Page 3

1                           APPEARANCES
2
    For Oregon Firearms Federation and the Witness:
3
                    LEONARD WILLIAMSON
4                   VAN NESS WILLIAMSON
                    960 Liberty Street SE, Suite 100
5                   Salem, OR 97302
                    (503) 365-8800
6                   L.williamson@vwllp.com
7
    For the State of Oregon Defendants:
8
                    ERIN DAWSON
9                   HARRY WILSON
                    MARKOWITZ HERBOLD
10                  1455 SW Broadway, Suite 1900
                    Portland, OR 97201
11                  (503) 972-5076
                    ErinDawson@markowitzherbold.com
12                  HarryWilson@markowitzherbold.com
13
    For the Proposed Intervenor-Defendant Oregon Alliance
14  for Gun Safety:
15                  ZACHARY J. PEKELIS
                    W. SCOTT FERRON
16                  PACIFICA LAW GROUP
                    1191 Second Avenue, Suite 2000
17                  Seattle, WA 98101
                    (206) 245-1700
18                  Zach.Pekelis@PacificaLawGroup.com
19
    Videographer:
20                  CATHY ZAK
                    BUELL REALTIME REPORTING
21                  1325 Fourth Avenue, Suite 1840
                    Seattle, WA 98101
22                  (206) 287-9066
                    Info@buellrealtime.com
23
                         *   *   *   *   *
24
25

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 4 - Wilson Decl.
Page 4 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Clayton Cramer

Page 4

```
 1                    EXAMINATION INDEX
 2   EXAMINATION BY:                           PAGE
 3   Ms. Dawson                                  8
 4   Mr. Pekelis                               105
 5   Mr. Williamson                            164
 6                      EXHIBIT INDEX
 7   EXHIBIT     DESCRIPTION                          PAGE
 8   EXHIBIT 11  Second Declaration of Clayton          15
                 Cramer.
 9
     EXHIBIT 12  First Declaration of Clayton           97
10               Cramer.
11   EXHIBIT 13  Navy Yard Shooting Leaves Gun         112
                 Control Crowd Out of Excuses -
12               Firearms News.
13   EXHIBIT 14  Early American Gunsmithing: A         115
                 Family Affair.
14
     EXHIBIT 15  Ninth Circuit Victory: The End        118
15               of the Beginning - Firearms News.
16   EXHIBIT 16  Clayton Cramer: A Victory in          122
                 California.
17
     EXHIBIT 17  Clayton Cramer: A Major Victory       127
18               in California.
19   EXHIBIT 18  An Unfavorable California             131
                 Decision that May Later Bear
20               Fruit | An Official Journal Of
                 The NRA.
21
     EXHIBIT 19  What is it Like to be a               134
22               California Gun Owner? | An
                 Official Journal Of The NRA.
23
     EXHIBIT 20  Why Oregon Ballot Measure 114         136
24               is Unconstitutional | An Official
                 Journal Of The NRA.
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 4 - Wilson Decl.
Page 5 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 6 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Clayton Cramer

Page 5

EXHIBIT INDEX CONTINUED

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 21 | Donor Lookup, OpenSecrets. | 138 |
| EXHIBIT 22 | Clayton Cramer: Federal Judge Temporarily Blocks California's New Magazine Ban. Blog. | 142 |
| EXHIBIT 23 | Clayton Cramer: Does Limiting Magazine Capacity Matter? Blog. | 144 |
| EXHIBIT 24 | Can Biden Take Your Rights With The Stroke of a Pen? \| An Official Journal Of The NRA. | 148 |
| EXHIBIT 25 | CRAMER: On the right side of the bullet - Washington Times. | 151 |
| EXHIBIT 26 | Tough Targets, When Criminals Face Armed Resistance from Citizens. | 154 |

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 4 - Wilson Decl.
Page 6 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 7 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Clayton Cramer

Page 45

1   probably trying to murder a lot more than two.
2       Q.   However, the Secret Service definition is of a
3   mass attack rather than a mass murder.  So it didn't
4   seem as if they were purporting to define mass murder
5   in the same way that when I read mass murder in your
6   definition you have kind of the word "murder" in there.
7   Is there a reason you elected not to go with the FBI's
8   definition, which I think you state is kind of what's
9   accepted in scholarly research and is what the FBI
10  employs?
11      A.   In fact, I'm not sure that there's any
12  agreement that it has to all be in one location or one
13  event.  Because in fact, quite a few of the mass
14  murders that have been reported over the last 20 or 30
15  years have involved attacks that took place in several
16  locations.  People commit murders in one place and move
17  on to commit murders in another place during the same
18  few hours.
19      Q.   And I may have mis- -- misheard.  I think your
20  definition of kind of what the scholarly -- scholarship
21  in the field accepts is just four or more dead.
22      A.   Right.
23      Q.   So setting aside the location, is there a
24  reason you didn't select that definition that you said
25  is pretty commonly accepted?

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 4 - Wilson Decl.
Page 7 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 8 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Clayton Cramer

Page 46

1  A.  Mostly because of the fact the Secret Service
2  had this other strange definition of three or more
3  harmed.  And that particular report was, in fact,
4  almost entirely related to firearms mass murders.  They
5  seem to have paid very little attention to other
6  categories of mass murder.
7  Q.  So it sounds like you have -- FBI, you have
8  the field of scholarship.  And then you happen to have
9  a mass attack definition kind of hanging out over here
10 with the Secret Service definition.  But you decided to
11 go with that one instead?
12 A.  Well, as I said, I sort of -- I used
13 components of both of those to come up with a
14 definition, which seemed to me to be pretty logical.
15 At least two people are dead, and a lot of other
16 people -- other people are injured, presumably because
17 the killer was intending to kill more than those two
18 people.
19 Q.  Okay.
20     So other than kind of the presence of the
21 Secret Service definition, was there anything else that
22 led you to base your decision to create your
23 definition?  Did you base it on anything else?
24 A.  Nope.
25 Q.  Okay.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 4 - Wilson Decl.
Page 8 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                  Clayton Cramer

Page 81

1  in this chart?  Because --
2      A.  Yes.
3      Q.  -- when I read it --
4      A.  It is.
5      Q.  Okay.
6          (Reporter asks parties to speak one at a
7  time.)
8          MS. DAWSON:  Sorry.
9          THE WITNESS:  Yes, that is a separate
10 query I did to find out which ones only involve
11 non-firearms, which ones only used firearms.
12 BY MS. DAWSON:
13     Q.  Okay.
14         Is that number where you have 3,809 for
15 non-firearms, and you have 2,068 for firearms
16 reflective of the entire dataset of multiple weapon
17 incidents in your data?
18     A.  Yes.
19     Q.  So total, if I were to add those two numbers
20 together, that's everything that's not included in your
21 single-weapon-incident chart on page 20?
22     A.  Could you ask that question again?
23     Q.  If I added the -- the incidents listed on
24 page 20 in your chart, and I added the two numbers that
25 you have on the top of page 21, which is 3,809 and

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 4 - Wilson Decl.
Page 9 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 10 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Clayton Cramer

Page 86

1  Q.  And we have talked a little bit about numbers.
2  There's numbers elsewhere in your declaration, and I
3  just want to make certain that I understand what went
4  into each of them.
5  A.  Okay.
6  Q.  So I apologize in advance.  I'm going to hop
7  around just a little bit.  But I'll let you know which
8  pages I'm on.  So we have page 20 with this chart.
9       I have -- have you added up kind of these
10 columns to come to a total for your
11 single-weapon-incident chart?
12 A.  I have not added them up, no.
13 Q.  Does 10,032 seem about right?
14 A.  That seems a little on the high side just
15 because the largest single category here is 2,571, and
16 most the rest of these are quite a bit smaller.
17 Q.  So I can represent to you that we added the
18 numbers, and it's 10,032.  But for purposes of the
19 conversation, we can take a break if you want to add
20 them up yourself and come to kind of your own
21 conclusion.
22 A.  You know, that might not -- might not be a bad
23 idea to do that.
24          MS. DAWSON:  Okay.
25          Let's do that.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 4 - Wilson Decl.
Page 10 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 11 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Clayton Cramer

Page 87

1      Let's go ahead and take -- how long do you
2  think you'd like just to not feel pressured and be able
3  to run those numbers?
4          THE WITNESS:  I'd say about ten minutes.
5          MS. DAWSON:  Okay.
6      Let's go ahead and take a quick ten-minute
7  break, then.
8          THE VIDEOGRAPHER:  Going off the record.
9      The time is 11:15 a.m.
10         (Pause in the proceedings.)
11         THE VIDEOGRAPHER:  We are back on the
12 record.
13     The time is 11:19 a.m.
14 BY MS. DAWSON:
15   Q.  Mr. Cramer, during our break, did you have the
16 opportunity to calculate a total number for that chart
17 on page 20?
18   A.  Yes.  And you're right.  It is -- it is -- I'm
19 not sure exactly which query produced that data, but
20 it's clearly wrong.  I can tell you how many incidents
21 and dead there were by firearms before 1960 and how
22 many by non-firearm before 1960.
23   Q.  And can you explain to me when you say that
24 it's clearly wrong?
25   A.  Well, the query that I constructed to request

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Ex. 4 - Wilson Decl.
Page 11 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 12 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                              Clayton Cramer

Page 88

1  this information for the database was clearly not
2  properly constructed.  I will say that I -- SQL
3  database queries can be sometimes rather confusing.
4  And I will not say that I'm quite as expert perhaps as
5  I need to be, but I at least have numbers that make
6  some sense now.
7       Q.  So we have the -- we have the chart here,
8  which it sounds like you agree is likely incorrect.  We
9  have the numbers on page 21.  And just so that I am
10 clear, what do those numbers represent in the first
11 paragraph on page 21 where it says "When grouped by
12 incidents..."?
13      A.  Incidents where only a non-firearm item was
14 marked.  Because I've added a few entries in the
15 last -- in the last few days, incidents before 1960,
16 the non-firearms incidents are now 3,812 dead, a total
17 of 807 incidents.  And the incidents by firearm are now
18 866 incidents, 3,740 dead.  It definitely changes
19 things a bit.
20      Q.  Okay.
21          And so if you flip to -- I'll take you to --
22 let me take a look at my page number.  For my own
23 information, when we're looking at your non-firearm
24 data, were there any instances or incidents in that
25 dataset where more than 50 people were killed?

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 4 - Wilson Decl.
Page 12 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3

Case 3:22-cv-01862-IM   Document 150-4   Filed 05/15/23   Page 13 of 13

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Clayton Cramer

Page 170

1         C E R T I F I C A T E

3  STATE OF WASHINGTON
4  COUNTY OF PIERCE

6       I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of CLAYTON
9  CRAMER, having been duly sworn, on January 19, 2023, is
10 true and accurate to the best of my knowledge, skill and
11 ability.
12      IN WITNESS WHEREOF, I have hereunto set my hand
13 and seal this 26th day of January, 2023.

16 _____

17      /S/ Tia B. Reidt
        Tia B. Reidt, RPR, CSR Oregon #22-0001
18      NOTARY PUBLIC, State of
        Washington.
19      My commission expires
        5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 4 - Wilson Decl.
Page 13 of 13
c7729379-a7ba-4d7b-a41b-460b439ff5d3