# Deposition of Brad A. Lohrey

# Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

# April 25, 2023



**206.287.9066 | 800.846.6989**

1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| TINA KOTEK, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| (Continued) | ) Civil No. ) 3:22-cv-01862-IM ) (Trailing Case) ) ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) ) |

_____

\* VIDEOCONFERENCE \*

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

BRAD A. LOHREY
_____

Witness located in:

Moro, Oregon


\* All participants appeared via videoconference \*

DATE TAKEN:  April 25, 2023
REPORTED BY: Tia B. Reidt, Washington RPR, CCR #2798
                        Oregon # 22-0001

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated) — Brad A. Lohrey

Page 2

```
 1  _____
 2   (continued)                          )
                                          )
 3   MARK FITZ, et al.,                   )
                                          )
 4              Plaintiffs,               )
          v.                              )
 5                                        )
     ELLEN F. ROSENBLUM, et al.,          )
 6                                        )
                Defendants.               )
 7  _____)
                                          )
 8   KATERINA B. EYRE, et al.,            )
                                          )
 9              Plaintiffs,               )
                                          )
10        v.                              )
                                          )
11   ELLEN F. ROSENBLUM, et al.,          )
                                          )
12              Defendants,               )
                                          )
13        and                             )
                                          )
14   OREGON ALLIANCE FOR GUN              )
     SAFETY,                              )
15                                        )
                Intervenor-               )
16              Defendant.                )
    _____)
17   DANIEL AZZOPARDI, et al.,            )
                                          )
18              Plaintiffs,               )
          v.                              )
19                                        )
     ELLEN F. ROSENBLUM, et al.,          )
20                                        )
                Defendants.               )
21  _____
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 8 - Wilson Decl.
Page 3 of 8
2bc708b0-2e1d-4511-b7f8-34ebd09cba89

Page 3

```
 1                    APPEARANCES

 2
    For Oregon Firearms Federation:
 3
              LEONARD WILLIAMSON
 4            VAN NESS WILLIAMSON
              960 Liberty Street SE, Suite 100
 5            Salem, OR 97302
              (503) 365-8800
 6            L.williamson@vwllp.com

 7
    For the State of Oregon Defendants:
 8
              ANIT JINDAL
 9            MARKOWITZ HERBOLD
              1455 SW Broadway, Suite 1900
10            Portland, OR 97201
              (503) 972-5076
11            AnitJindal@markowitzherbold.com

12
    Videographer:
13
              COLEMAN ANDERSON
14            BUELL REALTIME REPORTING
              1325 Fourth Avenue, Suite 1840
15            Seattle, WA 98101
              (206) 287-9066
16            Info@buellrealtime.com

17

18
                    *   *   *   *   *
19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Ex. 8 - Wilson Decl.
Page 4 of 8
2bc708b0-2e1d-4511-b7f8-34ebd09cba89

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Brad A. Lohrey

Page 4

1                           EXAMINATION INDEX

2    EXAMINATION BY:                              PAGE

3    Mr. Jindal                                     6

4

5                             EXHIBIT INDEX

6

     EXHIBIT          DESCRIPTION                          PAGE

7
     EXHIBIT 106      Declaration of Plaintiff              59
8                    Sheriff Brad Lohrey in Support
                     of Plaintiffs' Emergency
9                    Motion For Preliminary
                     Injunction.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Brad A. Lohrey

Page 67

1       We are back on the record.
2  BY MR. JINDAL:
3       Q.  And Sheriff Lohrey, do you understand that
4  you're still under oath?
5       A.  Yes.
6       Q.  And earlier in the day we had been discussing
7  some of the requirements of Measure 114.  And one of
8  those requirements is that the permit agent must
9  determine that a person isn't a danger to themselves or
10 to others; isn't that correct?
11      A.  Yes.
12      Q.  And do you agree that this determination is
13 identical to the determination that's made for CHL
14 licenses?
15      A.  Yes.
16      Q.  Is there any additional work that your office
17 needs to do or any other additional work that OSP needs
18 to do in order to implement this component of
19 Measure 114?
20      A.  We're just doubly doing it.
21      Q.  But other than sort of the act of doing it, is
22 there any sort of impediment to your office being able
23 to complete this requirement?
24      A.  No.
25      Q.  When administering the CHLs, how does your

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 8 - Wilson Decl.
Page 6 of 8
2bc708b0-2e1d-4511-b7f8-34ebd09cba89

Case 3:22-cv-01862-IM   Document 150-8   Filed 05/15/23   Page 7 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                     Brad A. Lohrey

Page 68

1  office make a determination that a person is not a
2  danger to themselves or others?
3      A.  We run them through LEDS, which LEDS also does
4  NCIC, III, NICS, which is the National Institute
5  Criminal System inlets.  And then everybody applies in
6  person, and, you know, we talk to them.
7      Q.  And so other than this initial -- or the
8  interviewing the person and reviewing these databases,
9  do you review any other information when making the
10 determination?
11     A.  Oregon eCourts.
12     Q.  I'm sorry.  Can you say that one more time?
13     A.  I call it Oregon eCourts, but OJCIN, I guess.
14     Q.  Oh.
15     A.  Yeah.
16     Q.  Understood.
17         And what is OJCIN?
18     A.  That's all the current court cases that are
19 going on.
20     Q.  Understood.
21         And does your office believe it is able to
22 make a determination effectively, given the information
23 that it has?
24     A.  Yes.
25     Q.  And one other requirement of the

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 8 - Wilson Decl.
Page 7 of 8
2bc708b0-2e1d-4511-b7f8-34ebd09cba89

Page 75

1                 C E R T I F I C A T E

3  STATE OF WASHINGTON

4  COUNTY OF PIERCE

6      I, Tia Reidt, a Certified Court Reporter in and
7  for the State of Washington, do hereby certify that the
8  foregoing transcript of the deposition of BRAD A.
9  LOHREY, having been duly sworn, on April 25, 2023, is
10  true and accurate to the best of my knowledge, skill and
11  ability.
12      Reading and signing was requested pursuant to
13  FRCP Rule 30(e).
14      IN WITNESS WHEREOF, I have hereunto set my hand
15  and seal this 1st day of May, 2023.

17                  _____

18                  /S/ Tia B. Reidt
                     Tia B. Reidt, RPR, CCR 22-0001
19                  NOTARY PUBLIC, State of
                     Washington.
20                  My commission expires
                     5/15/2026.