# Deposition of Brian E. Pixley

# Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)

# April 26, 2023



**206.287.9066 | 800.846.6989**

1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) )  )  Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| TINA KOTEK, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| _____ | ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM ) (Trailing Case) ) |
| | ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) ) |

_____

* VIDEOCONFERENCE *

DEPOSITION UPON ORAL EXAMINATION

OF

BRIAN E. PIXLEY

_____

Witness located in:
Scappoose, Oregon

* All participants appeared via videoconference *

DATE TAKEN:   April 26, 2023
REPORTED BY:  Tia B. Reidt, Washington RPR, CCR #2798
                Oregon #22-0001

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brian E. Pixley

Page 2

```
 1  _____
 2   (continued)                      )
                                      )
 3  MARK FITZ, et al.,                )
                                      )
 4              Plaintiffs,           )
         v.                           )
 5                                    )
    ELLEN F. ROSENBLUM, et al.,       )
 6                                    )
                Defendants.           )
 7  _____    )
                                      )
 8  KATERINA B. EYRE, et al.,         )
                                      )
 9              Plaintiffs,           )
                                      )
10       v.                           )
                                      )
11  ELLEN F. ROSENBLUM, et al.,       )
                                      )
12              Defendants,           )
                                      )
13       and                          )
                                      )
14  OREGON ALLIANCE FOR GUN           )
    SAFETY,                           )
15                                    )
                Intervenor-           )
16              Defendant.            )
    _____    )
17  DANIEL AZZOPARDI, et al.,         )
                                      )
18              Plaintiffs,           )
         v.                           )
19                                    )
    ELLEN F. ROSENBLUM, et al.,       )
20                                    )
                Defendants.           )
21
    _____
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 10 - Wilson Decl.
Page 3 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                   Brian E. Pixley

Page 3

```
1                      APPEARANCES
     * All participants appeared via videoconference *
2    For Oregon Firearms Federation:

3            LEONARD WILLIAMSON
             VAN NESS WILLIAMSON
4            960 Liberty Street SE, Suite 100
             Salem, OR 97302
5            (503) 365-8800
             L.williamson@vwllp.com
6

7    For the State of Oregon Defendants:

8            HARRY WILSON
             MARKOWITZ HERBOLD
9            1455 SW Broadway, Suite 1900
             Portland, OR 97201
10           (503) 972-5076
             HarryWilson@markowitzherbold.com
11

12
     Videographer:
13
             MELODY SORENSEN
14           BUELL REALTIME REPORTING
             1325 Fourth Avenue, Suite 1840
15           Seattle, WA 98101
             (206) 287-9066
16           Info@buellrealtime.com

17
     Also Present:
18
     Sarah Hanson
19

20
                     *  *  *  *  *
21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 10 - Wilson Decl.
Page 4 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brian E. Pixley

Page 4

```
 1                    EXAMINATION INDEX
 2   EXAMINATION BY:                          PAGE
 3   Mr. Wilson                               6, 77
 4   Mr. Williamson                           73
 5
 6                      EXHIBIT INDEX
 7
     EXHIBIT      DESCRIPTION                          PAGE
 8
     EXHIBIT 107  Oregon Firearms Federation            25
 9                Plaintiffs' Second Amended
                  Complaint For Declaratory and
10                Injunctive Relief.

11   EXHIBIT 108  Columbia County Oregon Sheriff        44
                  Concealed Handgun Licensing.
12
     EXHIBIT 109  Columbia County Oregon Sheriff's      44
13                office Concealed Handgun License
                  Application.
14
     EXHIBIT 110  Measure 114                           47
15
     EXHIBIT 111  Oregon State Sheriffs'                54
16                Association CHL & Purchase
                  Permit Course.
17
     EXHIBIT 112  Oregon Concealed Handgun              54
18                Licensing.

19   EXHIBIT 113  Guidelines and Recommendations        59
                  for Administering the
20                "In-Person Demonstration"
                  Requirement of Oregon Ballot
21                Measure 114 (BM114).
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Ex. 10 - Wilson Decl.
Page 5 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Brian E. Pixley

Page 64

1  whatsoever of any concern raised by any of your
2  insurers about Measure 114?
3       A.  They always have concerns.  But, no, nothing
4  specific.
5       Q.  Fair enough.
6           Okay.  The sixth -- I don't remember what
7  number I'm on.
8           One of the other components of Measure 114 is
9  that your office must make a determination about
10 whether a person is a danger to themselves or others.
11 And just for reference, this is found on page 2 of the
12 Measure 114 handout.  And it's what is labeled as big C
13 --
14      A.  Page 2, you said?
15      Q.  The first big C on page 2.
16      A.  Okay.
17          Yes, sir.
18      Q.  Okay.
19          "Does not present reasonable grounds for a
20 permit agent to conclude that the applicant has been or
21 is reasonably likely to be a danger to self or others.
22          Sheriff, is that provision similar to the CHL
23 requirement?
24      A.  Yeah, I believe so, yes.
25      Q.  In the CHL context, your office makes a

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Case 3:22-cv-01862-IM   Document 150-10   Filed 05/15/23   Page 7 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Brian E. Pixley

Page 65

1   determination as to whether an individual may present a
2   danger to themselves or others; correct?
3       A.  Yes.
4       Q.  Sheriff, how does -- how do you -- how are
5   your employees trained to make that determination?
6       A.  Well, they attend CHL schools, which help
7   identify some of those things.  But, ultimately, when
8   they have any questions, they bring it to my attention,
9   and I make the determination.
10      Q.  My understanding is there's also some --
11  there's an OSSA civil manual that has some guidance on
12  CHL; is that correct?
13      A.  Yes.
14      Q.  And do your employees have the ability to look
15  at and reference that manual?
16      A.  Yes.
17      Q.  To your knowledge, do they use that manual to
18  assist in issuing and determining whether CHLs should
19  be issued?
20      A.  Yes.
21      Q.  When it comes to making a determination about
22  whether an individual presents reasonable grounds to
23  conclude that they may be a danger to themselves or
24  others, do you believe that you have the resources,
25  ability, and authority to do that?

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Ex. 10 - Wilson Decl.
Page 7 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Case 3:22-cv-01862-IM    Document 150-10    Filed 05/15/23    Page 8 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)    Brian E. Pixley

Page 66

1   A.   Yes.  Not all contained within my office.  I
2   rely on several outside sources before I make that
3   determination, but yes.
4       Q.   What outside sources do you find to be of
5   assistance?
6       A.   Court documents, family -- statements from
7   family, statements from doctors or medical providers.
8   I typically run a -- have a conversation with my county
9   counsel, and I kind of use -- get all -- take all of
10  that information in and make a determination based on
11  that.
12      Q.   Do you see any substantive difference between
13  the CHL requirement that you and your office determine
14  whether someone is a danger to self or others and the
15  Measure 114 requirement that you or your office make a
16  determination as to someone -- whether someone presents
17  a danger to self or others?
18      A.   No.
19      Q.   One of the other things that Measure 114
20  allows is for your office to collect a fee to process
21  the application?
22      A.   Yes.
23      Q.   And that fee is, under the measure, capped at
24  $65.
25           Do you understand that -- at least to your

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Ex. 10 - Wilson Decl.
Page 8 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb

Page 80

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of BRIAN E. PIXLEY, having been duly sworn, on April 26, 2023, is true and accurate to the best of my knowledge, skill and ability.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 2nd day of May, 2023.

/S/ Tia B. Reidt
Tia B. Reidt,
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Ex. 10 - Wilson Decl.
Page 9 of 9
f5950d9c-8c39-4b58-ab19-e6513dd666bb