Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) ) ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) ) |
| TINA KOTEK, et al., | ) Civil No. ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) ) |
| (Continued) | ) Civil No. ) 3:22-cv-01862-IM ) (Trailing Case) ) |
| | ) Civil No. ) 3:22-cv-01869-IM ) (Trailing Case) ) |

_____

\* VIDEOCONFERENCE \*

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

BRENNAN N. RIVAS
_____

Witness located in:
Fort Worth, Texas


\* All participants appeared via videoconference \*

```
DATE TAKEN:    March 22, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR 2798
                              Oregon # 22-0001
```

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)     Brennan N. Rivas

Page 2

```
 (continued)                          )
                                      )
 MARK FITZ, et al.,                   )
                                      )
             Plaintiffs,              )
      v.                              )
                                      )
 ELLEN F. ROSENBLUM, et al.,          )
                                      )
             Defendants.              )
 _____        )
                                      )
 KATERINA B. EYRE, et al.,            )
                                      )
             Plaintiffs,              )
                                      )
      v.                              )
                                      )
 ELLEN F. ROSENBLUM, et al.,          )
                                      )
             Defendants.              )
 _____        )
 DANIEL AZZOPARDI, et al.,            )
                                      )
             Plaintiffs,              )
      v.                              )
                                      )
 ELLEN F. ROSENBLUM, et al.,          )
                                      )
             Defendants.              )
                                      )
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 2 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)  Brennan N. Rivas

Page 3

```
 1                      APPEARANCES

 2   For Oregon Firearms Federation:

 3            LEONARD WILLIAMSON
              VAN NESS WILLIAMSON
 4            960 Liberty Street SE, Suite 100
              Salem, OR 97302
 5            (503) 365-8800
              L.williamson@vwllp.com
 6

 7   For the State of Oregon Defendants:

 8            HARRY WILSON
              MARKOWITZ HERBOLD
 9            1455 SW Broadway, Suite 1900
              Portland, OR 97201
10            (503) 972-5076
              HarryWilson@markowitzherbold.com
11

12
                        *   *   *   *   *
13

14

15

16

17

18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 3 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01862-IM   Document 153-1   Filed 05/15/23   Page 4 of 11

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)    Brennan N. Rivas

Page 4

```
 1                    EXAMINATION INDEX
 2   EXAMINATION BY:                              PAGE
 3   Mr. Williamson                                5
 4
 5                      EXHIBIT INDEX
 6
     EXHIBIT      DESCRIPTION                     PAGE
 7
     EXHIBIT 8    Declaration of Brennan G. Rivas,  6
 8                and Curriculum Vitae of
                  Brennan G. Rivas.
 9
     EXHIBIT 9    Opinion by Francis Wilkinson     37
10                titled "America's Long History of
                  Gun Regulation."
11
     EXHIBIT 10   Article titled "The Fugazi Second 38
12                Amendment: Bruen's Text, History,
                  and Tradition Problem and How to
13                Fix It" by Patrick J. Charles.

14   EXHIBIT 11   Wikipedia article titled ".44    31
                  Henry."
15
16
17
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 4 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01862-IM   Document 153-1   Filed 05/15/23   Page 5 of 11

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                           Brennan N. Rivas

Page 17

1  detail on the technological aspect of it.
2       Q.   Okay.
3            In terms of the resources that you rely on for
4  this kind of work, you describe some of them in your
5  declaration, and I just wanted to touch base on a
6  couple of them and ask some questions.
7            So you mentioned that you use Westlaw as a
8  resource; is that correct?
9       A.   Yes.
10      Q.   And how do you use that for this kind of work?
11      A.   It's useful for finding case law, pulling up
12 historic cases, and finding related cases.
13      Q.   And as part of this body of work, in not just
14 this declaration but I know you worked on a couple of
15 them, did you use Westlaw for those -- for that
16 purpose?
17      A.   Yes.
18      Q.   And the next resource is HeinOnline.  Did you
19 use that for this work too?
20      A.   I'm sorry.  Can you say the name of the
21 resource again?
22      Q.   H-E-I-N Online.
23      A.   Yes.  Yes, I used that also for finding cases.
24 Also that site has databases of state statutes and
25 session laws, and I use it to pull up those as well.

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 5 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                                                 Brennan N. Rivas

Page 18

1  Q. And that particular resource, does it show the
2  history and evolution of statutes over time?
3  A. Not in -- not in organized trees like some
4  others do. You -- you know, you can organize it by
5  state. But it's -- you have to sort of know what
6  you're looking for with that. It's not quite as -- not
7  quite as -- I don't know, it's not quite as well as
8  done as Westlaw, maybe.
9  Q. So if you were -- if you were researching in
10 Texas the history of regulations between Bowie knives,
11 how would you use that particular resource to see how
12 the law evolved over time?
13 A. Well, you could, let's say, pull up session
14 laws and just filter for Texas, and you could go
15 through the -- go through the different laws.
16 Although, I would say in my research on Texas, I've --
17 I use other resources that are -- that are even better,
18 and they're more targeted for Texas, but that's just
19 because that's where my research background is. If I
20 were to focus on another state, that would be a great
21 place to start was just -- would be just filtering what
22 are all of the laws from a particular state and start
23 to go through them.
24 Q. Okay.
25    And you also mentioned the Duke Repository For

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 6 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                              Brennan N. Rivas

Page 19

1   Historical Gun Laws?
2       A.   Yes.  I use that quite a bit.  That's a great
3   resource, a great first place to go.
4       Q.   And by "great first place to go," it sounds
5   like a qualifier.
6       A.   Well, number one, it's easy to use.  So if
7   you're looking for where can I very quickly get results
8   without having to log in, without having to wait for
9   some database that's going through thousands and
10  millions of records, it's very quick like that.
11  It's -- like I said, it's really easy.  You just type
12  in the search bar and go to the site and start pulling
13  things up.  It's a great place to go to start.
14      Q.   Okay.
15           And is it fair to say that the repository,
16  when you're looking at that resource, it may not
17  provide the entire body of the statute that you're
18  wanting to look at?
19      A.   Yes.  They often -- they often excerpt, you
20  know, to the relevant section or the relevant passage
21  of a section.  And so in order to get the full text,
22  you know, you can -- it gives you the citation.  You
23  can go somewhere else and find the full text of the law
24  in question.
25      Q.   So you might jump over to Westlaw to do that

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 7 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01862-IM    Document 153-1    Filed 05/15/23    Page 8 of 11

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Brennan N. Rivas

Page 20

1  or someplace else?
2       A.  Yeah.  And especially the HeinOnline, yeah.
3       Q.  Okay.
4           And you also mentioned the Cody Museum.
5           Did you do some work there?
6       A.  I did, yes.
7       Q.  And when was that?
8       A.  In October 2022.
9       Q.  Earlier in your testimony, you mentioned -- I
10  think you said you would have liked the curator let you
11  take a closer look at some of the stuff.  Is that the
12  museum you're talking about?
13      A.  Well, one of them.  I mean, I've been to --
14  I've been to several museums that have collections of
15  historic firearms, and it would be great to get an
16  all-access tour like that, where they could show you
17  some of the functionality of the gun.  Not necessarily
18  fire it, but at least be able to, you know, sort of
19  take you through how the mechanisms worked.  That would
20  be great.
21      Q.  What research did you do at the Cody Museum in
22  October?
23      A.  I was looking at the history and development
24  of mostly the lever-action rifles, especially looking
25  at the Winchester collections.

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 8 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01862-IM   Document 153-1   Filed 05/15/23   Page 9 of 11

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Brennan N. Rivas

Page 45

1  done reference to them at various times, yes.
2      Q.  Okay.
3          So if you could look at the article that
4  Mr. Charles wrote.  I think I've marked that
5  Exhibit 10.
6      A.  Okay.
7      Q.  And on page 2, about a third of the way down,
8  and it spills over onto the next page, I've highlighted
9  some text.
10     A.  Okay.
11     Q.  Can you read that highlighted text to
12 yourself?  And then I have a follow-up question.
13     A.  Okay.
14     Q.  As a general matter, do you agree with his
15 statement?
16     A.  Well, Patrick certainly knows more about law
17 than I do.  He went to law school.  So I would
18 certainly take what he has to say in that regard
19 seriously.  But I would be reticent about, you know,
20 claiming myself to be a legal expert in the same
21 capacity as, like, a constitutional lawyer or
22 something.
23     Q.  Well, this -- this particular section that
24 I've highlighted is really a criticism of the
25 historical approach to the Court's analysis of history.

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 9 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01862-IM   Document 153-1   Filed 05/15/23   Page 10 of 11

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Brennan N. Rivas

Page 46

1  And he says "To be blunt, Bruen fails to adhere to even
2  basic academic standards.  The length in which the
3  Court margin walks history and then claim that
4  virtually all the relevant evidence points in one
5  direction is particularly worrisome."
6          You're a historian.  Do you agree with that
7  statement?
8      A.  Insofar as it's a critique of the use and
9  analysis of historical evidence, yeah, I would agree.
10     Q.  Okay.
11         That's not the reason you cited to this
12 particular publication, is it?
13         You reference it for a different reason in
14 your declaration; correct?
15     A.  Yes.  From what I recall, I was scouring his
16 footnotes pertaining to the statute of North Hampton.
17     Q.  Okay.
18         Do you own any firearms yourself?
19     A.  Yes.  My husband and I have a firearm in our
20 home.
21     Q.  Can you tell me what it is?
22     A.  It's a shotgun.
23     Q.  And is it for hunting purposes or self-defense
24 purposes?
25     A.  Kind of both.  He uses it hunting and has done

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 10 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b

Case 3:22-cv-01862-IM   Document 153-1   Filed 05/15/23   Page 11 of 11

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                Brennan N. Rivas

Page 71

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of BRENNAN N. RIVAS, having been duly sworn, on March 21, 2023, is true and accurate to the best of my knowledge, skill and ability.  Reading and signing was requested pursuant to FRCP Rule 30(e).

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 27th day of March, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CCR # 22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 1 - Lindsay Decl. (Rivas Depo.)
Page 11 of 11
09877f98-39cd-4b79-bc06-0fd6f4a4c50b