Page 1

IN THE UNITED DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

```
OREGON FIREARMS FEDERATION,    ) No. 2:22-cv-01815-IM
INC., et al.,                  )       3:22-cv-01859-IM
                               )       3:22-cv-01862-IM
      Plaintiffs,              )       3:22-cv-01869-IM
                               )
v.                             )
                               )
TINA KOTEK, et al.,            )
                               )
      Defendants.              )
                               )
      and                      )
                               )
OREGON ALLIANCE FOR GUN SAFETY,)
                               )
      Intervenor-Defendant.    )
                               )
Caption continues....          )
```

VIDEOCONFERENCE DEPOSITION

OF

MACKENZIE R. COOK, M.D.


8:38 a.m.

(All participants appeared via videoconference.)



DATE TAKEN:    April 4, 2023

REPORTED BY:   CRYSTAL R. McAULIFFE, RPR, CCR 2121,

               Oregon No. 22-0002

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 1 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Mackenzie R. Cook, M.D.

Page 2

```
 1   Caption continued...            )
                                     )
 2   MARK FITZ, et al.,              )
                                     )
 3          Plaintiffs,              )
                                     )
 4    v.                             )
                                     )
 5   ELLEN F. ROSENBLUM, et al.,     )
                                     )
 6          Defendants.              )
     _____)
 7                                   )
     KATERINA B. EYRE, et al.,       )
 8                                   )
            Plaintiffs,              )
 9                                   )
      v.                             )
10                                   )
     ELLEN F. ROSENBLUM, et al.,     )
11                                   )
            Defendants.              )
12   _____)
                                     )
13   DANIEL AZZOPARDI, et al.,       )
                                     )
14          Plaintiffs,              )
                                     )
15    v.                             )
                                     )
16   ELLEN F. ROSENBLUM, et al.,     )
                                     )
17          Defendants.              )
     _____)
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 2 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01862-IM   Document 153-7   Filed 05/15/23   Page 3 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Mackenzie R. Cook, M.D.

Page 3

```
 1                    A P P E A R A N C E S

 2   FOR PLAINTIFF OREGON FIREARMS FEDERATION, INC.:

 3              ZACH J. PEKELIS
                PACIFICA LAW GROUP LLP
 4              1191 Second Avenue
                Suite 2000
 5              Seattle, Washington 98101
                206.245.1700
 6              Zach.pekelis@pacificalawgroup.com

 7

 8   FOR EYRE PLAINTIFFS:

 9              DAN NICHOLS
                JURISLAW LLP
10              3 Centerpointe Drive
                Suite 160
11              Lake Oswego, Oregon 97201
                503.968.1475
12              dan@jurislawyer.com

13

14   FOR THE DEFENDANTS:

15              ERIN DAWSON
                MARKOWITZ HERBOLD PC
16              1455 SW Broadway
                Suite 1900
17              Portland, Oregon 97201
                503.295.3085
18              ErinDawson@MarkowitzHerbold.com

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 3 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01862-IM   Document 153-7   Filed 05/15/23   Page 4 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Mackenzie R. Cook, M.D.

Page 4

1  VIDEOCONFERENCE DEPOSITION OF MACKENZIE R. COOK, M.D.
2                     EXAMINATION INDEX
3                       April 4, 2023
4  EXAMINATION BY                                          PAGE
5  Mr. Nichols              . . . . . . . . . . . . . .      5
6  Mr. Pekelis              . . . . . . . . . . . . . .     66
7
8                        EXHIBIT INDEX
9  EXHIBITS FOR IDENTIFICATION                             PAGE
10  69     Declaration of Dr. Mackenzie Cook in              7
         Support of Oregon Alliance for Gun Safety's
11       Response to Plaintiffs' Motions for
         Preliminary Injunction (22 pages)
12
    70     a multi-decade joinpoint analysis of             30
13       firearm injury severity (7 pages)
14  71     changes in patterns of mortality rates and       30
         years of lost life due to firearms in the
15       United States, 1999 to 2016:  A joinpoint
         analysis (18 pages)
16
    72     assessment of Case Fatality Rates and            30
17       Overall Prevalence of Firearm Violence in
         California, 2005 to 2019 (6 pages)
18
    73     Shooting Incident Statistics, January 2020       31
19       to February 2023 (1 page)
20
21
22
23
24
25

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 4 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01862-IM   Document 153-7   Filed 05/15/23   Page 5 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Mackenzie R. Cook, M.D.

Page 36

1  over two decades may now permit new analyses and a new
2  understanding of previously unreported long-term trends
3  and changes in firearm hospitalization.
4         "We broadly know that national firearm
5  hospitalization rates per one hundred thousand
6  hospitalizations declined after the year 2000 and there
7  has been little change in assault-related firearm
8  hospitalizations in that same time period."
9         Did I read that right?
10     A.   That's correct.
11     Q.   So from 2000, the time period they're talking
12  about, there was -- there were fewer hospitalizations
13  due to firearm injuries; am I reading that correctly?
14     A.   That's what -- that's what their paper says.
15  And it was published at the end of 2017.
16     Q.   So this paper is saying from 2000 to 2017, the
17  number of firearm-related hospitalizations declined; is
18  that correct?
19     A.   That's what they're stating there.
20     Q.   Do you have any reason to disagree with that?
21     A.   Not in particular, no.
22     Q.   Do you have any opinions as to why that
23  hospitalization -- number of hospitalizations declined?
24         Did we lose the doctor?  Sorry.
25     A.   My screen blinked for a second.  Yeah.

BUELL REALTIME REPORTING, LLC
206.287.9066 l 800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 5 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01862-IM   Document 153-7   Filed 05/15/23   Page 6 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                              Mackenzie R. Cook, M.D.

Page 37

1   Q.   Okay.  Let's try that again.
2        Dr. Cook, can you hear me okay?
3   A.   I can, yeah.
4   Q.   So do you have any opinions as to why
5   hospitalizations due to firearm injuries from 2000 to
6   2017 declined?
7   A.   I do, based upon the findings of that paper.
8   That's consistent with my own clinical practice.
9   Q.   And what are those opinions?
10  A.   We are letting people go home or -- let me
11  rephrase that.
12       We are treating gunshot wounds on an outpatient
13  basis that previously would have required inpatient
14  hospitalization.
15       And so -- yeah.  So people who would have gotten
16  admitted are going home to get managed in the outpatient
17  setting.
18  Q.   And so in the conclusions in Exhibit 70, on the
19  first page, it says, "The severity of hospitalized
20  firearm injuries increased significantly from 1993 to
21  2014."
22       Do you see that?
23  A.   That's correct.  Yeah.
24  Q.   And it says, "This annual increase reflects a
25  move toward hospitalization of more serious injuries and

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 6 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Mackenzie R. Cook, M.D.

Page 38

1   outpatient management of less serious injuries across
2   the board."
3           Did I read that right?
4       A.  Yes.
5       Q.  So fewer hospitalizations, but the severity of
6   those hospitalized increased during that period; am I
7   reading that right?
8       A.  I don't remember if they make a comment as to
9   the number of hospitalizations, but the severity is
10  definitely higher.
11      Q.  Right.  And we looked at the number of
12  hospitalizations at least from 2000 on was lower;
13  correct?
14      A.  Correct.
15      Q.  So during that period, then, you had fewer
16  hospitalizations, but hospitalizations of more serious
17  injuries?
18      A.  Yes, we did.
19      Q.  And so how does this study, Exhibit 70, support
20  your opinions in this case?
21      A.  This study is saying, while the number of people
22  admitted to a hospital with a gunshot wound is stable,
23  what we are seeing is, actually, most -- more people
24  being shot in a worse way.
25          The -- as an example, in the past, there were

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 7 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01862-IM   Document 153-7   Filed 05/15/23   Page 8 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)          Mackenzie R. Cook, M.D.

Page 42

1    Would you agree with that?
2    A.   I would agree, yes.
3    Q.   And going back over to Exhibit 71, is that true
4    as well?
5         One I see is -- and statistics?
6    A.   Yes.  Looks like epidemiology and statistics and
7    Department of Medicine.
8    Q.   If you go to page 2 of Exhibit 71, starting with
9    the second sentence, it says, while -- under
10   "introduction," I should say.
11        Under "Introduction," second sentence, "While
12   national trends and firearm deaths have remained steady
13   from 1999 to 2014, at around 10.2 per hundred thousand
14   persons, data from 2015" onward show -- onwards show
15   increases in the numbers and rates of both fatal and
16   nonfatal firearm related injuries."
17        Did I read that right?
18   A.   Sorry.  Yes, you did.
19   Q.   So in other words, from 1999 to 2014, firearm
20   deaths remained about steady and that after 2015 there
21   was an increase in the number and rate of fatal and
22   nonfatal injuries from firearms; correct?
23   A.   That's what they say here, yeah.
24   Q.   And does that comport with your experience?
25   A.   It does, with a caveat that I -- I was not

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 7 - Lindsay Decl. (Cook Depo.)
Page 8 of 9
c3e59961-6160-41bb-ada5-3b288a4c44e6

Case 3:22-cv-01862-IM   Document 153-7   Filed 05/15/23   Page 9 of 9

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Mackenzie R. Cook, M.D.

Page 68

1               C E R T I F I C A T E

4  STATE OF WASHINGTON    )
                          ) ss.
5  COUNTY OF KITSAP       )

7       I, CRYSTAL R. McAULIFFE, a Certified Court
8  Reporter in and for the State of Washington, do hereby
9  certify that the foregoing transcript of the
10 videoconference deposition of MACKENZIE R. COOK, M.D.,
11 having been duly sworn on APRIL 4, 2023, is true and
12 accurate to the best of my knowledge, skill and ability.
13      Reading and signing was requested pursuant to
14 FRCP Rule 30(e).
15      IN WITNESS WHEREOF, I have hereunto set my hand
16 and seal this 13th day of April, 2023.

_____
20 CRYSTAL R. McAULIFFE, RPR, CCR 2121
   Oregon No. 22-0002

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989