# NEWS FROM WASHINGTON.

**Special Despatches to the New-York Times.**

WASHINGTON, Thursday, Dec. 22.

**UNEMPLOYED GENERALS.**

The Senate Military Committee, after conference with the War Department, decided to report adversely upon the House bill dismissing all general officers not on duty within the last three months. The committee hold that the President and Secretary of War have all authority that is necessary on this subject, and that any additional legislation is useless.

**FINANCE MATTERS POSTPONED.**

The Senate Finance Committee met to-day, and after informally considering several matters, decided to postpone exercising until after the holidays. In the Ways and Means Committee, similar resolutions were adopted.

**A VACANCY FILLED.**

Hon. AUGUSTUS FRANK has been chosen Chairman of the New-York Union Congressional Delegation, vice Gov. FENTON, resigned.

**APPOINTMENTS IN HANCOCK'S CORPS.**

The following officers having passed the examination, are appointed to positions in Gen. HANCOCK's corps: Charles B. Witte, Colonel; Charles Bird, Lieutenant-Colonel; Iram Sphoff, Major; Charles F. Johnson, Major; C. F. Middleton, Major; Lyman G. Wilcox, Major; W. H. Harries, Captain; S. W. Benast, Captain; William McConihe, Captain; S. Binet, Captain; J. Marr, Captain; John H. Root, Captain; L. Farr, Captain; Wm. Simpson, Captain; A. H. Daggans, Captain; Rollin C. Ward, Captain; C. J. Isley, Captain; Geo. R. Connor, Captain; H. N. Smith, Captain; W. C. Pennywell, Captain; P. P. Moriarty, Captain; E. F. Warren, Captain; Gustavus A. Von Crauser, First Lieutenant; David C. Stoddard, First Lieutenant; B. F. Wickersham, First Lieutenant; Patrick O. Kane, First Lieutenant; J. Ellerdorf, Second Lieutenant; Jon. Klempfield, Second Lieutenant; Jas. Smith, Second Lieutenant; Fred. K. Jackson, Second Lieutenant; John H. Bonham, Second Lieutenant; Simpson D. Stiles, Second Lieutenant; John W. Eckles, Second Lieutenant; W. McLaughlin, Second Lieutenant. These officers are ordered to report by letter to Gen. HANCOCK for instructions. They will be required to furnish veterans for their regiments as follows: Captains 40, First Lieutenants 25, and Second Lieutenants 20. No appointments have been made to this corps from Pennsylvania or Massachusetts, owing to the fact that neither of the Governors of those States have applied to have the officers who might be appointed in the corps from those States sent home to recruit, which has been made by the Secretary of War a pre-requisite of all these appointments.

**THE CASE OF COL. BAKER.**

Judge WYLIE refused to-day to admit the plea of Col. BAKER'S counsel, that he made the arrest of Dr. GWYNNE under the authority of the President, and instructed the jury accordingly. A verdict of guilty was rendered, but the case will be carried to the court above by the defendant, where, it is said, the decision will be reversed.

**CANADIAN AFFAIRS.**

Two Canadian merchants arrived here to-night, to engineer against the abrogation of the Reciprocity Treaty. They are delighted to learn that the joint resolution has not passed, and declare that Canadians will spare no expense to preserve the treaty.

**Despatches to the Associated Press.**

WASHINGTON, Thursday, Dec. 22.

**BLOCKADE-RUNNER CAPTURED.**

The Navy Department has received information of the capture of the schooner *Madeira*, in Mississippi Sound, on the 8th, by the steamers *Jackson* and *Stockdale*. The *Madeira* was loaded with 105 bales of cotton.

Admiral PENNING, commanding the East Gulf Blockading Squadron, writing to the Department from Key West, reports the capture on the 16th of the British schooner *Soris*, with 78 bales of cotton, and the schooner *Pep-a-Day*, with seven or eight bales of cotton. The *Soris* was captured while endeavoring to run the blockade at Auclote Keys.

**AN ORDNANCE EXAMINING BOARD.**

By special order of the War Department, a board of officers, to consist of Maj. Theodore T. L. Ladley, Ordnance Department; Maj. Henry Maynarder, Twelfth United States Infantry; Capt. John D. O'Connell, Fourteenth United States Infantry; Capt. Joseph Kellogg, First United States Cavalry; Capt. Frederick T. Rodenbaugh, Second United States Cavalry; First-Lieut. J. R. Edie, Ordnance Department, will convene at the Springfield armory on the 4th of January, 1865, or as soon thereafter as practicable, and at such other place or places, and at such time as the Chief of Ordnance or the senior officer of the board may direct, for the purpose of examining, testing and recommending for adoption a suitable breech-loader for muskets and carbines, and a repeater or magazine carbine.

**SWISS CONSUL AT CHICAGO.**

The President has recognized HARAM ENDRIS as Consul of the Swiss Confederation at Chicago, for the States of Michigan, Wisconsin, Iowa, Minnesota and the northern part of Illinois.

**THE ST. ALBAN'S RAIDERS.**

The statement that the Governor-General of Canada had given up, or was about to give up, without further judicial proceedings, the St. Alban's raiders, who have again been arrested, must be erroneous, as it is presumed in official quarters that the Governor-General has no such power.

**THE DOCK-YARDS OF GREAT BRITAIN.**

The Secretary of the Navy to-day transmitted to the House Chief Engineer KING's report on the dock-yards and iron works of Great Britain and France, accompanied with drawings. It appears that the armored ships of Great Britain, built and building, number twenty. Of these, ten are heavy iron vessels and two wooden, cased in iron, besides one iron and one wooden cupola vessel.

**MAILS FOR SHERMAN'S ARMY.**

The Postmaster-General has issued an order to Postmasters, directing that all mail matter intended for SHERMAN's army be sent by way of New-York. Col. MARKLAND, special agent of the Post-Office Department, will leave New-York on Saturday, with the mails for that army.

**THE LOANS.**

The subscriptions to the Seven-thirty Loan for the week ending Dec. 17 were $4,625,000, and to the Ten-forty Loan nearly $2,500,000. The subscriptions to the former on the 19th, 20th and 21st amounted to $2,550,000, and the latter, $22,596,000. The Ten-forty loan is to be continued in the market.

**THE HOLIDAYS' ADJOURNMENT.**

Additional members of Congress have left Washington for their homes, but a few remain here meanwhile.

**ICE IN THE POTOMAC.**

The steamer *Webster*, from City Point, with mails and passengers, due here early this morning, has not yet arrived, being clogged with ice several miles below the city. Tug-boats have been ineffectively engaged to-day in efforts to afford relief. A ferry-boat in the Government employ, not far off, is in a similar condition. The ice has formed since last night.

Exhibit 3 - Lindsay Decl. (Baron Depo. Ex. 12)