James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel: 503-227-1011

Derek Angus Lee, OSB No. 213139
Email: angus@angusleelaw.com
ANGUS LEE LAW FIRM, PLLC
9105a NE Hwy 99, Ste. 200
Vancouver, WA  98665
Tel:  360-635-6464

Adam Kraut, *Pro Hac Vice*
Email: akraut@saf.org
SECOND AMENDMENT FOUNDATION
12500 NE Tenth Place
Bellevue, WA 98005

William Sack, *Pro Hac Vice*
Email: Wsack@FPClaw.org
FIREARMS POLICY COALITION, INC.
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149

*Attorneys for Plaintiffs Azzopardi et al.*

THE HONORABLE KARIN J. IMMERGUT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>TINA KOTEK, *et al.,*<br><br>Defendants. | Case No. 2:22-cv-01815-IM (Lead Case)<br>         3:22-cv-01859-IM (Trailing Case)<br>         3:22-cv-01862-IM (Trailing Case)<br>         3:22-cv-01869-IM (Trailing Case)<br><br>**THE *AZZOPARDI* PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT** |

| |
|---|
| MARK FITZ, *et al.*, |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, *et al.,* |
| Defendants. |
| KATERINA B. EYRE, *et al.*, |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, *et al.,* |
| Defendants, |
| and |
| OREGON ALLIANCE FOR GUN SAFETY, |
| Intervenor-Defendant. |
| DANIEL AZZOPARDI, *et al.*, |
| Plaintiffs, |
| v. |
| ELLEN F. ROSENBLUM, *et al.*, |
| Defendants. |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 8, 2023, the *Azzopardi* plaintiffs in Trailing Case No. 3:22-cv-01869-IM, filed their First Amended Complaint (Doc. 112). A true copy of the Amended Complaint is submitted herewith.

Dated:  May 18, 2023.                                      Respectfully submitted,

                <u>s/  James L. Buchal</u>
                James L. Buchal, OSB No. 921618
                E-mail:  jbuchal@mbllp.com
                MURPHY & BUCHAL LLP
                P.O. Box 86620
                Portland, OR  97286

                Derek Angus Lee, OSB No. 213139
                Email: angus@angusleelaw.com
                ANGUS LEE LAW FIRM, PLLC
                9105a NE Hwy 99, Ste. 200
                Vancouver, WA  98665

                William Sack, Pro Hac Vice
                Email: Wsack@FPClaw.org
                FIREARMS POLICY COALITION, INC.
                5550 Painted Mirage Road, Suite 320
                Las Vegas, NV 89149

                Adam Kraut, Pro Hac Vice
                Email: akraut@saf.org
                SECOND AMENDMENT FOUNDATION
                12500 NE Tenth Place
                Bellevue, WA 98005

                *Attorneys for Plaintiffs Azzopardi et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, the foregoing **THE *AZZOPARDI* PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT** will be electronically mailed to all parties enrolled to receive such notice in lead case no. 2:22-cv-01815-IM and in the trailing consolidated case nos. Case No. 3:22-cv-01859-IM, 3:22-cv-01862-IM, and 3:22-cv-01869-IM.

*s/ James L. Buchal*
James L. Buchal, OSB No. 921618
*Attorney for Plaintiffs Azzopardi et al.*
