# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PLAINTIFF(S) NAME,**<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>**DEFENDANT(S) NAME,**<br><br>　　　　　Defendant(s). | Case No.<br><br>**JOINT EXHIBIT LIST** |

| PLAINTIFF'S EXHIBITS ||||||||
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit.<br>*(Court Use Only)* | Ident.<br>*(Court Use Only)* | Admit.<br>*(Court Use Only)* |
| 1 | | | *Ex: FRE 403 (unfair prejudice); FRE 801 (hearsay)* | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| **DEFENDANT'S EXHIBITS** ||||||||
| No. | Description | Stipulated | Objection(s) | Pre-Admit.<br>*(Court Use Only)* | Ident.<br>*(Court Use Only)* | Admit.<br>*(Court Use Only)* |
| 101 | | | | | | |
| 102 | | | | | | |
| 103 | | | | | | |
| 104 | | | | | | |

PAGE 1 – JOINT EXHIBIT LIST