Shawn M. Lindsay
shawn@jurislawyer.com
Daniel J. Nichols
dan@jurislawyer.com
JurisLaw LLP
Three Centerpointe Drive, Suite 160
Lake Oswego, OR 97035
Telephone: (503) 968-1475

   *Attorneys for Eyre Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>TINA KOTEK, et al.,<br>　　　　　　Defendants. | Case No. 2:22-cv-01815-IM *(Lead Case)*<br>Case No. 3:22-cv-01859-IM *(Trailing Case)*<br>Case No. 3:22-cv-01862-IM *(Trailing Case)*<br>Case No. 3:22-cv-01869-IM *(Trailing Case)*<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF SHAWN M. LINDSAY, IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE** |
| MARK FITZ, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　　Defendants. | |
| KATERINA B. EYRE, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　　Defendants. | |
| DANIEL AZZOPARDI, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>ELLEN F. ROSENBLUM, et al.,<br>　　　　　　Defendants. | |

I, Shawn M. Lindsay, declare as follows:

1. I am a partner at JurisLaw LLP in the above-captioned matter and am one of the attorneys for the *Eyre Plaintiffs*. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Attached as **Exhibit 1** is a true and accurate copy of *2021 National Firearms Survey: Analysis of Magazine Ownership and Use*, dated May 4, 2023, by William English, PhD, Georgetown University.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 22, 2023

        JURISLAW LLP

        <u>s/Shawn M. Lindsay</u>
        Shawn M. Lindsay (OSB No.: 020695)
        Three Centerpointe Drive
        Suite 160
        Lake Oswego, OR 97035
        (503) 968-1475
        shawn@jurislawyer.com

        *Counsel for Eyre Plaintiffs*