# 2021 National Firearms Survey: Analysis of Magazine Ownership and Use

William English, PhD

Georgetown University

May 4, 2023

### Abstract

This report extends analysis of the 2021 National Firearms Survey to examine magazine ownership and use in greater detail, reporting the distribution of magazine ownership and the types of magazines owned by state. The underlying survey data comes from the national survey of firearms ownership and use, which was conducted between February 17th and March 23rd, 2021 by the professional survey firm Centiment. This survey randomly polled a representative sample of approximately fifty-four thousand U.S. residents aged 18 and over, identifying over 16,000 gun owners who were asked detailed questions about their ownership and use of firearms. Previous reports described summary statistics of responses to the main survey questions. This report focuses on analyzing the ownership and use of magazines in greater depth across states and demographic groups. It finds that 31.9% of firearm owners (∼26 million individuals) have owned handgun magazines that hold 11-15 rounds, 21.6% (∼18 million) have owned handgun magazines that hold 16+ rounds, 14.5% (∼12 million) have owned handgun magazines that hold 21+ rounds, and 10.6% (∼9 Million), have owned handgun magazines that hold 31+ rounds. With regard to rifle magazines, 22.2% of firearm owners (∼18 million) have owned rifle magazines that hold 11-15 rounds, 24.8% (∼20 million) have owned rifle magazines that hold 16+ rounds, 20.2% (∼16 million) have owned rifle magazines that hold 21+ rounds, and 12.6% (∼10 Million), have owned rifle magazines that hold 31+ rounds. Ownership rates and numbers are further broken down by state and demographic categories. Overall, approximately 48% of gun owners (39 million individuals) have owned magazines that hold more than 10 rounds, and 71% of such owners indicate that they have owned such magazines for defensive purposes (Home Defense or Defense Outside the Home).

Ex. 1 - Lindsay Decl. (English 2023 Analysis)
Page 1 of 21

# 1    Introduction

This report examines magazine ownership and use data from the 2021 National Firearms Survey with a focus on analyzing the distribution of magazine ownership and the types of magazines owned by state. The data analyzed comes from a survey conducted between February 17th and March 23rd, 2021 by the professional survey firm Centiment, which randomly polled a representative sample of approximately fifty-four thousand U.S. residents aged 18 and over, identifying over 16,000 gun owners who were asked detailed questions about their ownership and use of firearms. To date, this remains the largest representative survey of firearms owners in the United States. Critically, this survey did not rely on a convenience sample or respondent self-selection, but rather reflected a representative sample of U.S. residents 18 and older. Moreover, its measure of the firearm ownership rate matches other recent scientific surveys of firearms ownership, corroborating the validity of the survey. For example, Gallup polls conducted in 2020, 2021, and 2022 found personal firearm ownership rates among U.S. adults to be 32%, 31%, and 33% respectively, averaging 32% overall (Gallup, 2022), which matched the 2021 National Firearms Survey finding of 31.9%.[1] Due to its size, the 2021 National Firearms Survey achieved excellent representation across demographic groups and geographic areas, enabling more detailed analysis of ownership patterns by state than had previously been possible. Prior reports highlighted summary statistics from the survey's main questions and provided details regarding the survey's methodology (English, 2022). This report examines magazine ownership and use with a particular focus on the distribution of ownership across states and demographic groups.

# 2    Survey Questions on Magazine Ownership and Use

Survey respondents who indicated that they own a firearm were asked the following question: "Have you ever owned a handgun or rifle magazine that holds more than 10 rounds? (You can count magazines that you may keep in another state if there are local restrictions against ownership.)" Those answering in the affirmative were then asked: "What are the purposes

---

[1]See https://news.gallup.com/poll/1645/guns.aspx

Ex. 1 - Lindsay Decl. (English 2023 Analysis)
Page 2 of 21

for which you have owned such magazines? (Check all that apply.)" The following response options were presented in a random order: Hunting, Recreational target shooting, Competitive shooting sports, Home defense, Defense outside the home (for example, concealed carry), and Other.

Respondents were then asked, "About how many handgun magazines of each type would you estimate you have owned?" and invited to enter a number for each of the following categories:

- Number of handgun magazines that hold up to 10 rounds
- Number of handgun magazines that hold 11 to 15 rounds
- Number of handgun magazines that hold 16 to 20 rounds
- Number of handgun magazines that hold 21 to 30 rounds
- Number of handgun magazines that hold 31 or more rounds

The identical question was then asked with regard to rifle magazines and the same categories:

- Number of rifle magazines that hold up to 10 rounds
- Number of rifle magazines that hold 11 to 15 rounds
- Number of rifle magazines that hold 16 to 20 rounds
- Number of rifle magazines that hold 21 to 30 rounds
- Number of rifle magazines that hold 31 or more rounds

Numerical responses were unbounded. Approximately 99.8% of respondents indicated owning fewer than 100 magazines of each type, and approximately 96.5% indicated owning fewer than 10 magazines of each type. In order to provide a conservative estimate of ownership rates and to ensure that estimates are not skewed by a small number of large outliers, we exclude the 0.2% of responses that indicated owning over 100 magazines in a category. Also, if a respondent did not answer the question by entering a particular number, the response was coded as zero. This characterized approximately 3% of respondents.

## 3   Results

Overall, 48.0% of gun owners (95% CI 47.2%-48.7%) indicated that they have owned a handgun or rifle magazine that holds more than 10 rounds. Based on 2020 Census data, this suggests that approximately 39 million adults in the U.S. have owned magazines that hold more than 10 rounds.



Percentage indicating each factor was a reason for ownership.

Figure 1: Purposes indicated for owning 11+ capacity magazines.

Figure 1 shows the percentage of respondents who indicated that they owned magazines that can hold more than 10 rounds for the following purposes: defense outside the home (41.7%), home defense (62.4%), competitive shooting sports (27.2%), recreational target shooting (64.3%), hunting (47.0%), and other (3.9%). Examining both forms of defensive use together (Home Defense or Defense Outside the Home), 71% of respondents indicate that they have owned such magazines for defensive purposes, making it the most common reason cited for ownership of 11+ round capacity magazines. Examining responses to this question for those who indicated having owned magazines that hold 16+ rounds, 75.6% of such owners indicate defensive purposes as a reason for ownership. 76.1% of those who have owned 21+ magazines indicate defensive purposes as a reason for ownership, and 76.6% of those who have owned 31+ magazines indicate defensive purposes as a reason for ownership.

Table 1 reports ownership rates of magazines of different capacities across demographic segments of firearms owners. Ownership of such magazines is common across those of differ-

4

| Demographic Group | Owned 11+ rd mags | Owned 11-15 rd handgun mags | Owned 16+ rd handgun mags | Owned 11-15 rd rifle mags | Owned 16+ rd rifle mags |
|---|---|---|---|---|---|
| White | 47.0% | 31.3% | 20.7% | 21.9% | 24.3% |
| Black | 55.2% | 35.0% | 29.7% | 23.6% | 26.4% |
| Asian | 50.0% | 33.4% | 22.2% | 23.6% | 24.7% |
| Native American | 52.6% | 36.9% | 25.8% | 25.3% | 28.7% |
| Pacific Islander | 59.1% | 31.0% | 32.4% | 25.4% | 36.6% |
| Other Ancestry | 59.6% | 40.4% | 27.9% | 27.9% | 32.9% |
| Hispanic | 61.6% | 38.3% | 31.0% | 26.6% | 29.9% |
| Male | 57.7% | 39.1% | 27.2% | 27.4% | 33.1% |
| Female | 34.1% | 21.6% | 13.8% | 14.9% | 13.1% |

Table 1: Magazine ownership rates among different firearms owner demographics. Percentages indicate the proportion of firearms owners of each type that own such magazines.

ent ethic ancestries, ranging from 47% of White firearms owners indicating that they have owned 11+ capacity magazines to 61.6% of Hispanic firearms owners indicating ownership of such magazines. Roughly a third of female firearms owners indicate having owned such magazines, while almost two-thirds of male firearms owners indicate having owned them.

Table 2 breaks down ownership rates across U.S. states,[2] accompanied by 95% confidence intervals and estimates of the number of individual owners in each category. Ownership numbers were calculated based on 2020 Census data. Note that earlier reports examining this survey data used 2019 Census data because it was the most current available at the time and provided general estimates that were rounded. This explains small discrepancies between those results and this analysis, which uses more recent population data and reports estimates to additional significant digits. Also, note that the wording of the underlying magazine questions asked respondents to indicate if they have ever owned the kinds of magazines in

[2]Vermont is not included in this survey data, as it was the subject of the pilot survey, which was collected and analyzed separately.

Ex. 1 - Lindsay Decl. (English 2023 Analysis)
Page 5 of 21

| State | % gun owners who have owned 11+ rd magazines | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 48.1% | 42.7% − 53.6% | 730,889 |
| Alaska | 52.7% | 39.6% − 65.4% | 97,287 |
| Arizona | 47.5% | 42.3% − 52.8% | 877,932 |
| Arkansas | 50.7% | 44.1% − 57.3% | 432,435 |
| California | 53.8% | 51.0% − 56.5% | 4,191,788 |
| Colorado | 51.4% | 45.3% − 57.4% | 786,385 |
| Connecticut | 42.6% | 34.4% − 51.3% | 244,425 |
| Delaware | 50.6% | 39.8% − 61.5% | 97,819 |
| District of Columbia | 69.2% | 49.5% − 83.8% | 96,502 |
| Florida | 46.9% | 43.9% − 49.8% | 2,483,223 |
| Georgia | 52.4% | 48.7% − 56.2% | 1,597,423 |
| Hawaii | 59.3% | 40.3% − 75.8% | 107,991 |
| Idaho | 45.4% | 36.7% − 54.4% | 340,268 |
| Illinois | 51.5% | 47.3% − 55.6% | 1,337,716 |
| Indiana | 46.5% | 41.8% − 51.2% | 971,512 |
| Iowa | 35.4% | 28.0% − 43.6% | 286,668 |
| Kansas | 42.2% | 35.4% − 49.4% | 400,873 |
| Kentucky | 43.7% | 38.5% − 49.0% | 709,162 |
| Louisiana | 47.4% | 41.1% − 53.8% | 554,269 |
| Maine | 37.9% | 28.7% − 48.0% | 149,915 |
| Maryland | 50.8% | 43.7% − 57.8% | 520,371 |
| Massachusetts | 53.3% | 45.7% − 60.8% | 467,853 |
| Michigan | 37.1% | 33.2% − 41.1% | 1,008,257 |
| Minnesota | 39.8% | 34.0% − 46.0% | 564,040 |
| Mississippi | 44.6% | 37.3% − 52.2% | 400,934 |
| Missouri | 50.6% | 45.8% − 55.5% | 960,510 |
| Montana | 52.6% | 39.8% − 65.1% | 216,754 |
| Nebraska | 45.5% | 35.9% − 55.3% | 247,302 |
| Nevada | 61.0% | 52.8% − 68.5% | 565,368 |
| New Hampshire | 43.9% | 31.6% − 56.9% | 117,661 |
| New Jersey | 52.2% | 46.5% − 57.8% | 699,423 |
| New Mexico | 49.2% | 36.9% − 61.5% | 271,590 |
| New York | 54.9% | 51.8% − 58.0% | 1,913,109 |
| North Carolina | 43.9% | 39.9% − 47.9% | 1,358,135 |
| North Dakota | 44.4% | 24.0% − 67.0% | 110,510 |
| Ohio | 42.0% | 38.4% − 45.7% | 1,291,226 |
| Oklahoma | 47.5% | 41.7% − 53.4% | 582,149 |
| Oregon | 49.8% | 42.9% − 56.6% | 644,189 |
| Pennsylvania | 39.6% | 36.0% − 43.2% | 1,218,592 |
| Rhode Island | 55.3% | 39.5% − 70.1% | 79,878 |
| South Carolina | 42.8% | 37.7% − 48.0% | 713,799 |
| South Dakota | 50.0% | 40.2% − 59.8% | 132,151 |
| Tennessee | 44.1% | 39.5% − 48.7% | 1,017,875 |
| Texas | 54.1% | 51.3% − 56.8% | 4,266,955 |
| Utah | 46.8% | 38.2% − 55.6% | 464,570 |
| Virginia | 47.5% | 42.7% − 52.4% | 977,863 |
| Washington | 53.1% | 47.8% − 58.4% | 1,050,164 |
| West Virginia | 44.8% | 37.7% − 52.1% | 338,820 |
| Wisconsin | 33.6% | 28.5% − 39.0% | 511,036 |
| Wyoming | 63.0% | 51.4% − 73.3% | 120,876 |
| Overall Proportion | 48.0% | 47.2% − 48.7% | Total 39,326,441 |

Table 2: Percent of gun owners who have indicated that they have ever owned magazines that hold over 10 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

6

question, including magazines kept in another state if there are local restrictions against ownership. This presumably explains why residents in states that have restrictions on the ownership of such magazines report having owned them at modest rates. These magazines may have been sold or simply held in other jurisdictions.

Table 3, Table 4, Table 5, Table 6 report the state by state breakdown of firearms owners who indicated having owned handgun magazines that hold 11-15 rounds, 16+ rounds, 21+ rounds, and 31+ rounds respectively. Table 7, Table 8, Table 9, and Table 10 report the same analysis for the same categories of rifle magazines.

The magazine ownership rates reported in these tables indicate the percentage of firearms owners in a given state who have own such magazines. The total number of owners is thus a function both of the magazine ownership rate and the firearms ownership rate. Note that some states with relatively low rates of firearms ownership (e.g. New York, Hawaii, D.C.) have relatively high rates of 11+ round magazine ownership. This implies that, while the proportion of those who own guns in these jurisdictions is smaller than the national average, those who do own guns in these states are more likely to be the types of gun owners who have owned 11+ round magazines.



Average number of handgun magazines owned by capacity.

Figure 2: Among the 48.0% of gun owners who have owned 11+ round magazines, average number of handgun magazines of different types owned.

Figure 2 shows the average number of handgun magazines of each type reported to

Ex. 1 - Lindsay Decl. (English 2023 Analysis)
Page 7 of 21

| State | Owned 11-15 rd handgun mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 31.4% | 26.5% − 36.6% | 476,257 |
| Alaska | 36.4% | 24.8% − 49.8% | 67,095 |
| Arizona | 34.3% | 29.5% − 39.5% | 634,062 |
| Arkansas | 30.9% | 25.1% − 37.3% | 263,392 |
| California | 34.8% | 32.3% − 37.5% | 2,716,328 |
| Colorado | 34.8% | 29.2% − 40.8% | 532,140 |
| Connecticut | 23.3% | 16.8% − 31.3% | 133,323 |
| Delaware | 32.9% | 23.5% − 44.0% | 63,582 |
| District of Columbia | 38.5% | 22.1% − 57.9% | 53,612 |
| Florida | 32.3% | 29.6% − 35.1% | 1,711,410 |
| Georgia | 36.7% | 33.2% − 40.5% | 1,119,099 |
| Hawaii | 40.7% | 24.2% − 59.7% | 74,244 |
| Idaho | 31.9% | 24.2% − 40.8% | 239,448 |
| Illinois | 35.8% | 31.9% − 39.9% | 929,760 |
| Indiana | 31.1% | 26.9% − 35.7% | 650,963 |
| Iowa | 22.2% | 16.2% − 29.7% | 179,870 |
| Kansas | 26.7% | 20.9% − 33.5% | 253,717 |
| Kentucky | 29.0% | 24.5% − 34.1% | 471,188 |
| Louisiana | 33.2% | 27.4% − 39.5% | 387,989 |
| Maine | 20.0% | 13.1% − 29.2% | 79,122 |
| Maryland | 35.6% | 29.1% − 42.6% | 364,796 |
| Massachusetts | 34.6% | 27.7% − 42.1% | 303,041 |
| Michigan | 23.8% | 20.5% − 27.4% | 646,806 |
| Minnesota | 26.3% | 21.2% − 32.1% | 372,266 |
| Mississippi | 27.4% | 21.2% − 34.6% | 245,906 |
| Missouri | 31.5% | 27.1% − 36.1% | 596,822 |
| Montana | 26.3% | 16.5% − 39.2% | 108,377 |
| Nebraska | 22.2% | 15.1% − 31.5% | 120,903 |
| Nevada | 45.2% | 37.3% − 53.3% | 419,262 |
| New Hampshire | 33.3% | 22.4% − 46.5% | 89,422 |
| New Jersey | 37.9% | 32.6% − 43.5% | 507,861 |
| New Mexico | 32.8% | 22.2% − 45.4% | 181,060 |
| New York | 39.0% | 36.0% − 42.0% | 1,358,028 |
| North Carolina | 27.6% | 24.2% − 31.4% | 854,733 |
| North Dakota | 27.8% | 12.1% − 51.9% | 69,069 |
| Ohio | 26.3% | 23.1% − 29.7% | 807,571 |
| Oklahoma | 31.3% | 26.1% − 37.0% | 383,689 |
| Oregon | 30.9% | 24.9% − 37.6% | 399,397 |
| Pennsylvania | 26.5% | 23.4% − 29.9% | 816,762 |
| Rhode Island | 34.2% | 21.0% − 50.4% | 49,448 |
| South Carolina | 27.8% | 23.3% − 32.7% | 463,005 |
| South Dakota | 42.9% | 33.5% − 52.8% | 113,272 |
| Tennessee | 28.6% | 24.7% − 33.0% | 661,619 |
| Texas | 36.3% | 33.6% − 39.0% | 2,863,857 |
| Utah | 29.0% | 21.7% − 37.6% | 288,354 |
| Virginia | 30.2% | 25.9% − 34.9% | 621,351 |
| Washington | 37.4% | 32.4% − 42.7% | 739,221 |
| West Virginia | 26.5% | 20.6% − 33.4% | 200,782 |
| Wisconsin | 20.2% | 16.1% − 25.1% | 307,614 |
| Wyoming | 39.7% | 29.2% − 51.3% | 76,204 |
| Overall Proportion | 31.9% | 31.2% - 32.6% | Total 26,067,100 |

Table 3: Percent of gun owners who indicated that they have ever owned handgun magazines that hold between 11 - 15 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions

.

8

| State | Owned 16+ rd handgun mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 17.7% | 13.9% − 22.3% | 268,778 |
| Alaska | 18.2% | 10.1% − 30.6% | 33,547 |
| Arizona | 22.3% | 18.2% − 27.0% | 411,869 |
| Arkansas | 22.1% | 17.1% − 28.1% | 188,699 |
| California | 25.3% | 23.0% − 27.8% | 1,975,511 |
| Colorado | 21.2% | 16.7% − 26.6% | 325,197 |
| Connecticut | 17.1% | 11.5% − 24.6% | 97,770 |
| Delaware | 11.4% | 6.0% − 20.5% | 22,009 |
| District of Columbia | 23.1% | 10.8% − 42.8% | 32,167 |
| Florida | 22.3% | 19.9% − 24.8% | 1,179,291 |
| Georgia | 26.1% | 22.9% − 29.5% | 794,199 |
| Hawaii | 29.6% | 15.6% − 49.0% | 53,996 |
| Idaho | 18.5% | 12.5% − 26.5% | 138,628 |
| Illinois | 23.0% | 19.7% − 26.7% | 597,703 |
| Indiana | 22.4% | 18.7% − 26.6% | 468,496 |
| Iowa | 12.5% | 8.0% − 19.0% | 101,177 |
| Kansas | 19.3% | 14.2% − 25.5% | 182,676 |
| Kentucky | 20.8% | 16.8% − 25.5% | 337,923 |
| Louisiana | 19.8% | 15.2% − 25.5% | 231,785 |
| Maine | 11.6% | 6.5% − 19.7% | 45,807 |
| Maryland | 23.6% | 18.1% − 30.1% | 241,409 |
| Massachusetts | 24.9% | 18.9% − 32.0% | 217,977 |
| Michigan | 17.0% | 14.1% − 20.3% | 461,325 |
| Minnesota | 18.3% | 14.0% − 23.6% | 259,458 |
| Mississippi | 20.8% | 15.4% − 27.6% | 187,103 |
| Missouri | 17.0% | 13.6% − 20.9% | 321,724 |
| Montana | 12.3% | 6.0% − 23.6% | 50,576 |
| Nebraska | 13.1% | 7.8% − 21.3% | 71,443 |
| Nevada | 24.7% | 18.3% − 32.3% | 228,688 |
| New Hampshire | 22.8% | 13.7% − 35.4% | 61,184 |
| New Jersey | 24.3% | 19.7% − 29.4% | 325,209 |
| New Mexico | 24.6% | 15.4% − 36.9% | 135,795 |
| New York | 30.3% | 27.5% − 33.2% | 1,054,304 |
| North Carolina | 19.0% | 16.0% − 22.4% | 587,301 |
| North Dakota | 16.7% | 5.5% − 40.9% | 41,441 |
| Ohio | 17.6% | 15.0% − 20.6% | 541,339 |
| Oklahoma | 21.2% | 16.8% − 26.4% | 260,203 |
| Oregon | 17.4% | 12.8% − 23.3% | 225,466 |
| Pennsylvania | 16.5% | 13.9% − 19.4% | 506,655 |
| Rhode Island | 29.0% | 16.8% − 45.1% | 41,841 |
| South Carolina | 19.9% | 16.1% − 24.5% | 332,785 |
| South Dakota | 19.4% | 12.7% − 28.4% | 51,242 |
| Tennessee | 17.8% | 14.6% − 21.6% | 412,239 |
| Texas | 26.0% | 23.6% − 28.5% | 2,050,189 |
| Utah | 19.4% | 13.3% − 27.3% | 192,236 |
| Virginia | 23.0% | 19.2% − 27.4% | 473,653 |
| Washington | 24.6% | 20.3% − 29.5% | 486,948 |
| West Virginia | 15.5% | 10.9% − 21.5% | 117,123 |
| Wisconsin | 14.0% | 10.6% − 18.4% | 213,345 |
| Wyoming | 34.3% | 24.3% − 45.8% | 65,693 |
| Overall Proportion | 21.6% | 21.0% − 22.3% | Total 17,703,123 |

Table 4: Percent of gun owners who indicated that they have ever owned handgun magazines that hold more than 15 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

| State | Owned 21+ rd handgun mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 13.0% | 9.8% − 17.2% | 198,047 |
| Alaska | 16.4% | 8.7% − 28.6% | 30,193 |
| Arizona | 14.7% | 11.3% − 18.8% | 270,967 |
| Arkansas | 15.7% | 11.4% − 21.1% | 133,662 |
| California | 20.1% | 18.0% − 22.4% | 1,568,062 |
| Colorado | 15.8% | 11.9% − 20.8% | 242,420 |
| Connecticut | 10.9% | 6.5% − 17.5% | 62,217 |
| Delaware | 10.1% | 5.2% − 19.0% | 19,564 |
| District of Columbia | 11.5% | 3.8% − 30.3% | 16,084 |
| Florida | 13.6% | 11.7% − 15.7% | 719,080 |
| Georgia | 18.4% | 15.6% − 21.5% | 559,550 |
| Hawaii | 25.9% | 12.9% − 45.3% | 47,246 |
| Idaho | 10.9% | 6.5% − 17.9% | 81,916 |
| Illinois | 14.6% | 11.9% − 17.8% | 379,494 |
| Indiana | 14.9% | 11.8% − 18.6% | 310,687 |
| Iowa | 6.9% | 3.8% − 12.4% | 56,209 |
| Kansas | 9.1% | 5.7% − 14.1% | 86,264 |
| Kentucky | 12.6% | 9.5% − 16.6% | 204,657 |
| Louisiana | 11.2% | 7.7% − 16.0% | 131,009 |
| Maine | 4.2% | 1.6% − 10.7% | 16,657 |
| Maryland | 16.2% | 11.7% − 22.2% | 166,304 |
| Massachusetts | 16.4% | 11.5% − 22.8% | 143,546 |
| Michigan | 10.3% | 8.1% − 13.1% | 280,600 |
| Minnesota | 10.8% | 7.5% − 15.2% | 152,291 |
| Mississippi | 16.7% | 11.8% − 23.1% | 149,682 |
| Missouri | 10.6% | 7.9% − 13.9% | 200,495 |
| Montana | 8.8% | 3.7% − 19.4% | 36,126 |
| Nebraska | 7.1% | 3.4% − 14.1% | 38,469 |
| Nevada | 15.8% | 10.7% − 22.6% | 146,106 |
| New Hampshire | 14.0% | 7.2% − 25.6% | 37,652 |
| New Jersey | 16.3% | 12.5% − 20.9% | 218,291 |
| New Mexico | 13.1% | 6.7% − 24.1% | 72,424 |
| New York | 24.7% | 22.1% − 27.4% | 858,804 |
| North Carolina | 11.5% | 9.2% − 14.4% | 356,576 |
| North Dakota | 11.1% | 2.8% − 35.2% | 27,628 |
| Ohio | 10.3% | 8.2% − 12.7% | 315,041 |
| Oklahoma | 12.2% | 8.9% − 16.6% | 149,948 |
| Oregon | 10.0% | 6.5% − 14.9% | 128,838 |
| Pennsylvania | 11.2% | 9.1% − 13.8% | 345,049 |
| Rhode Island | 23.7% | 12.8% − 39.6% | 34,234 |
| South Carolina | 13.6% | 10.4% − 17.6% | 226,680 |
| South Dakota | 16.3% | 10.3% − 25.0% | 43,151 |
| Tennessee | 9.7% | 7.3% − 12.8% | 223,932 |
| Texas | 17.4% | 15.4% − 19.6% | 1,371,064 |
| Utah | 11.3% | 6.8% − 18.2% | 112,137 |
| Virginia | 13.6% | 10.6% − 17.3% | 280,117 |
| Washington | 17.2% | 13.5% − 21.6% | 340,277 |
| West Virginia | 8.8% | 5.5% − 13.9% | 66,927 |
| Wisconsin | 9.1% | 6.4% − 12.9% | 138,922 |
| Wyoming | 27.4% | 18.4% − 38.7% | 52,555 |
| Overall Proportion | 14.5% | 14.0% - 15.1% | Total 11,847,849 |

Table 5: Percent of gun owners who indicated that they have ever owned handgun magazines that holds more than 20 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

10

| State | Owned 31+ rd handgun mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 9.6% | 6.9% − 13.4% | 146,178 |
| Alaska | 14.6% | 7.4% − 26.5% | 26,838 |
| Arizona | 11.1% | 8.2% − 15.0% | 205,935 |
| Arkansas | 11.1% | 7.5% − 16.0% | 94,349 |
| California | 15.9% | 14.0% − 18.0% | 1,240,868 |
| Colorado | 12.4% | 8.9% − 17.0% | 189,205 |
| Connecticut | 7.8% | 4.2% − 13.8% | 44,441 |
| Delaware | 6.3% | 2.7% − 14.3% | 12,227 |
| District of Columbia | 11.5% | 3.8% − 30.3% | 16,084 |
| Florida | 10.2% | 8.6% − 12.2% | 541,707 |
| Georgia | 14.1% | 11.7% − 16.9% | 428,687 |
| Hawaii | 25.9% | 12.9% − 45.3% | 47,246 |
| Idaho | 8.4% | 4.6% − 14.9% | 63,013 |
| Illinois | 10.8% | 8.4% − 13.7% | 279,877 |
| Indiana | 11.1% | 8.4% − 14.4% | 231,782 |
| Iowa | 3.5% | 1.5% − 8.1% | 28,105 |
| Kansas | 6.4% | 3.7% − 11.0% | 60,892 |
| Kentucky | 8.5% | 6.0% − 12.0% | 138,025 |
| Louisiana | 7.8% | 4.9% − 12.0% | 90,699 |
| Maine | 3.2% | 1.0% − 9.3% | 12,493 |
| Maryland | 12.0% | 8.1% − 17.5% | 123,387 |
| Massachusetts | 12.1% | 8.0% − 18.0% | 106,330 |
| Michigan | 7.0% | 5.2% − 9.4% | 190,237 |
| Minnesota | 8.0% | 5.2% − 12.0% | 112,808 |
| Mississippi | 10.1% | 6.4% − 15.7% | 90,878 |
| Missouri | 7.4% | 5.2% − 10.4% | 139,880 |
| Montana | 3.5% | .9% − 13.0% | 14,450 |
| Nebraska | 5.1% | 2.1% − 11.6% | 27,478 |
| Nevada | 12.3% | 7.9% − 18.7% | 114,344 |
| New Hampshire | 8.8% | 3.7% − 19.4% | 23,532 |
| New Jersey | 13.6% | 10.2% − 18.0% | 182,652 |
| New Mexico | 4.9% | 1.6% − 14.2% | 27,159 |
| New York | 19.9% | 17.6% − 22.5% | 694,724 |
| North Carolina | 6.4% | 4.7% − 8.7% | 199,263 |
| North Dakota | 5.6% | .8% − 30.7% | 13,814 |
| Ohio | 6.6% | 5.0% − 8.8% | 204,111 |
| Oklahoma | 7.6% | 5.0% − 11.3% | 92,615 |
| Oregon | 7.5% | 4.6% − 12.0% | 96,628 |
| Pennsylvania | 7.8% | 6.0% − 10.0% | 240,224 |
| Rhode Island | 21.1% | 10.9% − 36.8% | 30,430 |
| South Carolina | 8.1% | 5.7% − 11.5% | 135,043 |
| South Dakota | 12.2% | 7.1% − 20.3% | 32,363 |
| Tennessee | 7.5% | 5.4% − 10.3% | 173,039 |
| Texas | 13.1% | 11.3% − 15.1% | 1,031,501 |
| Utah | 4.0% | 1.7% − 9.3% | 40,049 |
| Virginia | 8.7% | 6.3% − 11.8% | 178,256 |
| Washington | 11.6% | 8.6% − 15.5% | 228,807 |
| West Virginia | 5.5% | 3.0% − 10.0% | 41,830 |
| Wisconsin | 6.2% | 4.0% − 9.5% | 94,269 |
| Wyoming | 17.8% | 10.6% − 28.3% | 34,160 |
| Overall Proportion | 10.6% | 10.1% - 11.1% | Total 8,612,912 |

Table 6: Percent of gun owners who indicated that they have ever owned handgun magazines that holds more than 30 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

11

| State | Owned 11-15 rd rifle mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 22.1% | 17.9% − 26.9% | 334,794 |
| Alaska | 23.6% | 14.3% − 36.6% | 43,612 |
| Arizona | 22.6% | 18.5% − 27.3% | 417,289 |
| Arkansas | 22.1% | 17.1% − 28.1% | 188,699 |
| California | 26.8% | 24.5% − 29.4% | 2,092,807 |
| Colorado | 22.8% | 18.1% − 28.3% | 348,848 |
| Connecticut | 15.5% | 10.2% − 22.8% | 88,882 |
| Delaware | 16.5% | 9.8% − 26.3% | 31,791 |
| District of Columbia | 30.8% | 16.2% − 50.6% | 42,890 |
| Florida | 20.5% | 18.2% − 22.9% | 1,083,414 |
| Georgia | 26.7% | 23.5% − 30.1% | 812,249 |
| Hawaii | 37.0% | 21.2% − 56.2% | 67,494 |
| Idaho | 18.5% | 12.5% − 26.5% | 138,628 |
| Illinois | 22.6% | 19.3% − 26.3% | 588,216 |
| Indiana | 20.1% | 16.5% − 24.1% | 419,181 |
| Iowa | 16.7% | 11.4% − 23.7% | 134,903 |
| Kansas | 17.7% | 12.8% − 23.8% | 167,453 |
| Kentucky | 19.7% | 15.8% − 24.2% | 318,885 |
| Louisiana | 22.4% | 17.5% − 28.2% | 262,018 |
| Maine | 12.6% | 7.3% − 20.9% | 49,972 |
| Maryland | 23.6% | 18.1% − 30.1% | 241,409 |
| Massachusetts | 23.6% | 17.8% − 30.7% | 207,344 |
| Michigan | 16.8% | 13.9% − 20.1% | 456,569 |
| Minnesota | 18.3% | 14.0% − 23.6% | 259,458 |
| Mississippi | 17.9% | 12.8% − 24.4% | 160,374 |
| Missouri | 23.3% | 19.5% − 27.7% | 442,954 |
| Montana | 15.8% | 8.4% − 27.7% | 65,026 |
| Nebraska | 19.2% | 12.6% − 28.1% | 104,416 |
| Nevada | 22.6% | 16.5% − 30.1% | 209,631 |
| New Hampshire | 19.3% | 11.0% − 31.6% | 51,771 |
| New Jersey | 27.6% | 22.8% − 32.9% | 369,759 |
| New Mexico | 19.7% | 11.5% − 31.5% | 108,636 |
| New York | 31.8% | 29.0% − 34.7% | 1,106,671 |
| North Carolina | 18.5% | 15.6% − 21.8% | 571,570 |
| North Dakota | 22.2% | 8.6% − 46.5% | 55,255 |
| Ohio | 17.3% | 14.7% − 20.3% | 532,465 |
| Oklahoma | 23.7% | 19.1% − 29.1% | 291,075 |
| Oregon | 21.9% | 16.7% − 28.1% | 283,443 |
| Pennsylvania | 17.7% | 15.1% − 20.7% | 545,964 |
| Rhode Island | 21.1% | 10.9% − 36.8% | 30,430 |
| South Carolina | 19.4% | 15.5% − 23.9% | 323,139 |
| South Dakota | 25.5% | 17.9% − 35.0% | 67,424 |
| Tennessee | 20.5% | 17.0% − 24.5% | 473,312 |
| Texas | 25.5% | 23.1% − 28.0% | 2,011,747 |
| Utah | 15.3% | 10.0% − 22.8% | 152,187 |
| Virginia | 20.3% | 16.7% − 24.5% | 417,629 |
| Washington | 25.8% | 21.4% − 30.8% | 510,415 |
| West Virginia | 21.0% | 15.7% − 27.5% | 158,952 |
| Wisconsin | 13.0% | 9.7% − 17.3% | 198,461 |
| Wyoming | 32.9% | 23.1% − 44.4% | 63,065 |
| Overall Proportion | 22.2% | 21.6% − 22.8% | Total 18,102,573 |

Table 7: Percent of gun owners who indicated that they have ever owned rifle magazines that hold between 11 - 15 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

12

| State | Owned 16+ rd rifle mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 25.2% | 20.7% − 30.2% | 381,948 |
| Alaska | 21.8% | 12.8% − 34.6% | 40,257 |
| Arizona | 24.1% | 19.8% − 28.9% | 444,385 |
| Arkansas | 24.9% | 19.6% − 31.1% | 212,286 |
| California | 29.8% | 27.3% − 32.4% | 2,321,226 |
| Colorado | 26.6% | 21.6% − 32.4% | 407,974 |
| Connecticut | 17.1% | 11.5% − 24.6% | 97,770 |
| Delaware | 19.0% | 11.8% − 29.1% | 36,682 |
| District of Columbia | 23.1% | 10.8% − 42.8% | 32,167 |
| Florida | 24.2% | 21.7% − 26.8% | 1,279,962 |
| Georgia | 27.9% | 24.6% − 31.4% | 848,349 |
| Hawaii | 37.0% | 21.2% − 56.2% | 67,494 |
| Idaho | 20.2% | 13.9% − 28.3% | 151,230 |
| Illinois | 25.2% | 21.7% − 29.0% | 654,627 |
| Indiana | 21.9% | 18.3% − 26.1% | 458,633 |
| Iowa | 16.7% | 11.4% − 23.7% | 134,903 |
| Kansas | 20.9% | 15.6% − 27.3% | 197,899 |
| Kentucky | 23.5% | 19.3% − 28.3% | 380,758 |
| Louisiana | 20.7% | 16.0% − 26.4% | 241,863 |
| Maine | 14.7% | 8.9% − 23.4% | 58,300 |
| Maryland | 27.2% | 21.4% − 34.0% | 278,962 |
| Massachusetts | 29.1% | 22.7% − 36.5% | 255,192 |
| Michigan | 18.7% | 15.7% − 22.1% | 508,884 |
| Minnesota | 19.9% | 15.4% − 25.3% | 282,020 |
| Mississippi | 23.2% | 17.4% − 30.2% | 208,486 |
| Missouri | 22.4% | 18.6% − 26.7% | 424,303 |
| Montana | 24.6% | 15.1% − 37.3% | 101,152 |
| Nebraska | 18.2% | 11.8% − 27.0% | 98,921 |
| Nevada | 32.9% | 25.8% − 40.9% | 304,918 |
| New Hampshire | 24.6% | 15.1% − 37.3% | 65,890 |
| New Jersey | 28.2% | 23.4% − 33.6% | 378,669 |
| New Mexico | 23.0% | 14.1% − 35.1% | 126,742 |
| New York | 34.5% | 31.6% − 37.5% | 1,200,930 |
| North Carolina | 21.9% | 18.7% − 25.4% | 676,445 |
| North Dakota | 16.7% | 5.5% − 40.9% | 41,441 |
| Ohio | 19.6% | 16.8% − 22.8% | 603,460 |
| Oklahoma | 24.1% | 19.4% − 29.5% | 295,485 |
| Oregon | 24.4% | 18.9% − 30.8% | 315,652 |
| Pennsylvania | 20.0% | 17.2% − 23.1% | 615,847 |
| Rhode Island | 23.7% | 12.8% − 39.6% | 34,234 |
| South Carolina | 21.1% | 17.1% − 25.7% | 352,077 |
| South Dakota | 32.7% | 24.1% − 42.5% | 86,302 |
| Tennessee | 22.7% | 19.1% − 26.8% | 524,206 |
| Texas | 27.9% | 25.5% − 30.5% | 2,203,953 |
| Utah | 20.2% | 14.0% − 28.1% | 200,246 |
| Virginia | 25.5% | 21.5% − 30.0% | 524,583 |
| Washington | 32.3% | 27.6% − 37.5% | 639,485 |
| West Virginia | 18.2% | 13.3% − 24.5% | 138,038 |
| Wisconsin | 15.0% | 11.4% − 19.4% | 228,230 |
| Wyoming | 42.5% | 31.7% − 54.0% | 81,460 |
| Overall Proportion | 24.8% | 24.1% − 25.4% | Total 20,244,926 |

Table 8: Percent of gun owners who indicated that they have ever owned rifle magazines that hold more than 15 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

13

| State | Owned 21+ rd rifle mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 20.2% | 16.2% − 24.9% | 306,502 |
| Alaska | 18.2% | 10.1% − 30.6% | 33,547 |
| Arizona | 20.2% | 16.3% − 24.8% | 373,934 |
| Arkansas | 19.4% | 14.6% − 25.2% | 165,111 |
| California | 25.2% | 22.9% − 27.7% | 1,963,164 |
| Colorado | 22.0% | 17.4% − 27.5% | 337,022 |
| Connecticut | 14.7% | 9.6% − 21.9% | 84,438 |
| Delaware | 13.9% | 7.9% − 23.4% | 26,900 |
| District of Columbia | 19.2% | 8.2% − 38.7% | 26,806 |
| Florida | 19.2% | 17.0% − 21.6% | 1,016,300 |
| Georgia | 24.2% | 21.1% − 27.5% | 735,537 |
| Hawaii | 29.6% | 15.6% − 49.0% | 53,996 |
| Idaho | 18.5% | 12.5% − 26.5% | 138,628 |
| Illinois | 21.0% | 17.8% − 24.6% | 545,523 |
| Indiana | 18.6% | 15.2% − 22.6% | 389,591 |
| Iowa | 13.2% | 8.6% − 19.8% | 106,798 |
| Kansas | 16.0% | 11.5% − 22.0% | 152,230 |
| Kentucky | 17.9% | 14.2% − 22.3% | 290,328 |
| Louisiana | 15.5% | 11.4% − 20.8% | 181,397 |
| Maine | 11.6% | 6.5% − 19.7% | 45,807 |
| Maryland | 22.0% | 16.7% − 28.4% | 225,315 |
| Massachusetts | 21.8% | 16.2% − 28.8% | 191,394 |
| Michigan | 14.7% | 12.0% − 17.8% | 399,498 |
| Minnesota | 15.5% | 11.6% − 20.6% | 219,976 |
| Mississippi | 20.2% | 14.8% − 27.0% | 181,757 |
| Missouri | 17.0% | 13.6% − 20.9% | 321,724 |
| Montana | 19.3% | 11.0% − 31.6% | 79,477 |
| Nebraska | 14.1% | 8.6% − 22.5% | 76,938 |
| Nevada | 27.4% | 20.8% − 35.2% | 254,098 |
| New Hampshire | 19.3% | 11.0% − 31.6% | 51,771 |
| New Jersey | 23.6% | 19.1% − 28.7% | 316,300 |
| New Mexico | 18.0% | 10.3% − 29.7% | 99,583 |
| New York | 30.9% | 28.1% − 33.8% | 1,075,251 |
| North Carolina | 16.8% | 14.0% − 20.0% | 519,132 |
| North Dakota | 11.1% | 2.8% − 35.2% | 27,628 |
| Ohio | 15.4% | 12.9% − 18.3% | 474,781 |
| Oklahoma | 19.4% | 15.2% − 24.5% | 238,152 |
| Oregon | 20.4% | 15.4% − 26.5% | 264,117 |
| Pennsylvania | 15.6% | 13.1% − 18.5% | 480,448 |
| Rhode Island | 18.4% | 9.0% − 33.9% | 26,626 |
| South Carolina | 19.1% | 15.3% − 23.6% | 318,316 |
| South Dakota | 26.5% | 18.7% − 36.1% | 70,121 |
| Tennessee | 16.5% | 13.4% − 20.2% | 381,703 |
| Texas | 23.5% | 21.2% − 25.9% | 1,851,576 |
| Utah | 13.7% | 8.7% − 21.0% | 136,167 |
| Virginia | 18.6% | 15.1% − 22.7% | 381,978 |
| Washington | 24.3% | 20.1% − 29.2% | 481,081 |
| West Virginia | 14.9% | 10.4% − 20.9% | 112,940 |
| Wisconsin | 11.4% | 8.3% − 15.5% | 173,653 |
| Wyoming | 35.6% | 25.5% − 47.2% | 68,321 |
| Overall Proportion | 20.2% | 19.6% − 20.8% | Total 16,473,381 |

Table 9: Percent of gun owners who indicated that they have ever owned rifle magazines that hold more than 20 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

14

| State | Owned 31+ rd rifle mags | 95% Confidence Interval | Estimated # of owners |
|---|---|---|---|
| Alabama | 12.4% | 9.2% − 16.5% | 188,616 |
| Alaska | 14.6% | 7.4% − 26.5% | 26,838 |
| Arizona | 13.8% | 10.5% − 17.9% | 254,709 |
| Arkansas | 13.8% | 9.8% − 19.1% | 117,937 |
| California | 17.6% | 15.6% − 19.8% | 1,370,511 |
| Colorado | 13.1% | 9.5% − 17.8% | 201,031 |
| Connecticut | 7.8% | 4.2% − 13.8% | 44,441 |
| Delaware | 7.6% | 3.5% − 15.9% | 14,673 |
| District of Columbia | 19.2% | 8.2% − 38.7% | 26,806 |
| Florida | 12.2% | 10.4% − 14.3% | 647,172 |
| Georgia | 15.0% | 12.5% − 17.9% | 455,762 |
| Hawaii | 25.9% | 12.9% − 45.3% | 47,246 |
| Idaho | 7.6% | 4.0% − 13.9% | 56,711 |
| Illinois | 13.7% | 11.1% − 16.8% | 355,776 |
| Indiana | 10.6% | 8.0% − 13.9% | 221,919 |
| Iowa | 6.3% | 3.3% − 11.6% | 50,589 |
| Kansas | 9.1% | 5.7% − 14.1% | 86,264 |
| Kentucky | 11.7% | 8.7% − 15.6% | 190,379 |
| Louisiana | 9.9% | 6.7% − 14.5% | 115,893 |
| Maine | 5.3% | 2.2% − 12.0% | 20,821 |
| Maryland | 12.6% | 8.6% − 18.1% | 128,752 |
| Massachusetts | 13.9% | 9.4% − 20.1% | 122,280 |
| Michigan | 9.3% | 7.2% − 11.9% | 252,064 |
| Minnesota | 9.2% | 6.2% − 13.4% | 129,729 |
| Mississippi | 10.1% | 6.4% − 15.7% | 90,878 |
| Missouri | 10.1% | 7.5% − 13.4% | 191,170 |
| Montana | 7.0% | 2.7% − 17.3% | 28,901 |
| Nebraska | 7.1% | 3.4% − 14.1% | 38,469 |
| Nevada | 12.3% | 7.9% − 18.7% | 114,344 |
| New Hampshire | 8.8% | 3.7% − 19.4% | 23,532 |
| New Jersey | 15.3% | 11.6% − 19.8% | 204,927 |
| New Mexico | 8.2% | 3.5% − 18.2% | 45,265 |
| New York | 23.1% | 20.5% − 25.8% | 802,947 |
| North Carolina | 9.5% | 7.4% − 12.1% | 293,651 |
| North Dakota | 11.1% | 2.8% − 35.2% | 27,628 |
| Ohio | 7.9% | 6.1% − 10.2% | 244,046 |
| Oklahoma | 8.6% | 5.9% − 12.6% | 105,845 |
| Oregon | 10.0% | 6.5% − 14.9% | 128,838 |
| Pennsylvania | 9.5% | 7.6% − 11.9% | 292,637 |
| Rhode Island | 15.8% | 7.3% − 31.0% | 22,822 |
| South Carolina | 10.4% | 7.6% − 14.1% | 173,627 |
| South Dakota | 13.3% | 7.9% − 21.5% | 35,060 |
| Tennessee | 9.7% | 7.3% − 12.8% | 223,932 |
| Texas | 15.3% | 13.4% − 17.5% | 1,210,893 |
| Utah | 6.5% | 3.3% − 12.4% | 64,079 |
| Virginia | 11.9% | 9.1% − 15.4% | 244,466 |
| Washington | 13.4% | 10.1% − 17.4% | 264,008 |
| West Virginia | 8.3% | 5.1% − 13.3% | 62,744 |
| Wisconsin | 7.2% | 4.8% − 10.6% | 109,153 |
| Wyoming | 26.0% | 17.3% − 37.3% | 49,927 |
| Overall Proportion | 12.6% | 12.1% − 13.1% | Total 10,220,706 |

Table 10: Percent of gun owners who indicated that they have ever owned rifle magazines that hold more than 30 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

15

have been owned respondents who indicated that they have owned 11+ round magazines: 10 rounds or less (3.1 magazines), 11-15 rounds (2.5 magazines), more than 15 rounds (4.4 magazines). In sum, the average respondent (who indicated that they have owned a magazine that holds more than 10 rounds), owns about 10 handgun magazines, and more than two-thirds of these magazines hold more than 10 rounds.



Average number of rifle magazines owned by capacity.

Figure 3: Among the 48.0% of gun owners who have owned 11+ round magazines, average number of rifle magazines of different types owned.

Figure 3 shows the average number of rifle magazines of each type reported to have been owned respondents who indicated that they have owned 11+ round magazines: 10 rounds or less (2.4 magazines), 11-15 rounds (1.8 magazines), over 15 rounds (5.4 magazines). In sum, the average respondent (who indicated that they have owned a magazine that holds more than 10 rounds), owns about 9.6 rifle magazines, and about three-quarters of these magazines hold more than 10 rounds.

Table 11 reports the percentage of 11+ round magazine owners who report having owned such magazines for defensive purposes by state. The second column expresses this as a percentage of firearms owners overall, while the third column indicates the total number of individuals in each state who indicate that they have owned 11+ round magazines for defensive purposes. In total, the survey results suggest that about 28 million individuals have owned 11+ round magazines for defensive purposes. Table 12 narrows this analysis to

Ex. 1 - Lindsay Decl. (English 2023 Analysis)
Page 16 of 21

| State | % owning 11+ cap mags who indicate owning for defensive purposes | % of gun owners who owned 11+ cap mags for defensive purposes | Estimated # of such owners |
|---|---|---|---|
| Alabama | 75.5% | 36.3% | 551,703 |
| Alaska | 58.6% | 30.9% | 57,031 |
| Arizona | 71.0% | 33.7% | 623,223 |
| Arkansas | 67.3% | 34.1% | 290,911 |
| California | 66.3% | 35.6% | 2,778,062 |
| Colorado | 66.9% | 34.4% | 526,228 |
| Connecticut | 63.6% | 27.1% | 155,543 |
| Delaware | 72.5% | 36.7% | 70,919 |
| District of Columbia | 44.4% | 30.8% | 42,890 |
| Florida | 70.5% | 33.0% | 1,749,761 |
| Georgia | 73.7% | 38.7% | 1,177,762 |
| Hawaii | 68.8% | 40.7% | 74,244 |
| Idaho | 75.9% | 34.5% | 258,351 |
| Illinois | 72.3% | 37.2% | 967,710 |
| Indiana | 75.6% | 35.1% | 734,799 |
| Iowa | 68.6% | 24.3% | 196,733 |
| Kansas | 76.0% | 32.1% | 304,460 |
| Kentucky | 80.5% | 35.2% | 571,137 |
| Louisiana | 80.0% | 37.9% | 443,415 |
| Maine | 75.0% | 28.4% | 112,436 |
| Maryland | 66.0% | 33.5% | 343,338 |
| Massachusetts | 73.9% | 39.4% | 345,573 |
| Michigan | 75.0% | 27.8% | 756,192 |
| Minnesota | 65.0% | 25.9% | 366,626 |
| Mississippi | 70.7% | 31.5% | 283,327 |
| Missouri | 72.3% | 36.6% | 694,738 |
| Montana | 63.3% | 33.3% | 137,278 |
| Nebraska | 57.8% | 26.3% | 142,885 |
| Nevada | 84.3% | 51.4% | 476,434 |
| New Hampshire | 76.0% | 33.3% | 89,422 |
| New Jersey | 66.2% | 34.6% | 463,312 |
| New Mexico | 86.7% | 42.6% | 235,378 |
| New York | 60.8% | 33.4% | 1,162,528 |
| North Carolina | 73.8% | 32.4% | 1,001,559 |
| North Dakota | 75.0% | 33.3% | 82,883 |
| Ohio | 74.2% | 31.2% | 958,436 |
| Oklahoma | 68.9% | 32.7% | 401,330 |
| Oregon | 75.0% | 37.3% | 483,141 |
| Pennsylvania | 77.8% | 30.8% | 947,793 |
| Rhode Island | 85.7% | 47.4% | 68,467 |
| South Carolina | 77.0% | 32.9% | 549,818 |
| South Dakota | 67.4% | 33.7% | 88,999 |
| Tennessee | 75.5% | 33.3% | 768,496 |
| Texas | 71.3% | 38.6% | 3,043,248 |
| Utah | 70.7% | 33.1% | 328,403 |
| Virginia | 71.9% | 34.2% | 702,839 |
| Washington | 66.5% | 35.3% | 698,154 |
| West Virginia | 77.8% | 34.8% | 263,526 |
| Wisconsin | 67.0% | 22.5% | 342,345 |
| Wyoming | 63.0% | 39.7% | 76,204 |
| Total | 71.0% | 34.1% | 27,989,990 |

Table 11: Percent of those who have owned 11+ capacity magazines who indicated that they have owned these types of magazines for defensive purposes (Home Defense or Defense Outside the Home). Estimated number of such owners and the percentage of gun owners that they represent are also reported.

| State | % owning 16+ cap mags who indicate owning mags for defensive purposes | % of gun owners who owned 16+ cap mags & indicated defensive purposes | Estimated # of such owners |
|---|---|---|---|
| Alabama | 80.2% | 22.7% | 344,225 |
| Alaska | 78.6% | 20.0% | 36,902 |
| Arizona | 77.3% | 22.0% | 406,450 |
| Arkansas | 77.3% | 23.5% | 200,492 |
| California | 70.8% | 23.2% | 1,808,827 |
| Colorado | 68.8% | 21.2% | 325,197 |
| Connecticut | 93.1% | 20.9% | 119,990 |
| Delaware | 87.5% | 17.7% | 34,237 |
| District of Columbia | 71.4% | 19.2% | 26,806 |
| Florida | 73.5% | 21.8% | 1,155,321 |
| Georgia | 78.6% | 26.1% | 794,199 |
| Hawaii | 72.7% | 29.6% | 53,996 |
| Idaho | 73.5% | 21.0% | 157,531 |
| Illinois | 77.4% | 23.7% | 616,678 |
| Indiana | 77.4% | 22.6% | 473,427 |
| Iowa | 70.4% | 13.2% | 106,798 |
| Kansas | 77.4% | 21.9% | 208,048 |
| Kentucky | 91.8% | 26.1% | 423,593 |
| Louisiana | 89.4% | 25.4% | 297,290 |
| Maine | 94.1% | 16.8% | 66,629 |
| Maryland | 76.7% | 24.1% | 246,774 |
| Massachusetts | 84.9% | 27.3% | 239,243 |
| Michigan | 76.7% | 17.3% | 470,837 |
| Minnesota | 72.1% | 17.5% | 248,178 |
| Mississippi | 73.9% | 20.2% | 181,757 |
| Missouri | 74.1% | 19.7% | 373,014 |
| Montana | 75.0% | 21.1% | 86,702 |
| Nebraska | 59.1% | 13.1% | 71,443 |
| Nevada | 83.6% | 31.5% | 292,213 |
| New Hampshire | 73.7% | 24.6% | 65,890 |
| New Jersey | 66.0% | 20.6% | 276,205 |
| New Mexico | 79.0% | 24.6% | 135,795 |
| New York | 63.1% | 24.1% | 841,349 |
| North Carolina | 83.4% | 22.2% | 686,933 |
| North Dakota | 100.0% | 22.2% | 55,255 |
| Ohio | 81.1% | 19.8% | 607,897 |
| Oklahoma | 73.2% | 21.6% | 264,613 |
| Oregon | 81.7% | 24.4% | 315,652 |
| Pennsylvania | 86.1% | 21.0% | 646,421 |
| Rhode Island | 100.0% | 34.2% | 49,448 |
| South Carolina | 80.7% | 20.5% | 342,431 |
| South Dakota | 75.8% | 25.5% | 67,424 |
| Tennessee | 79.7% | 21.6% | 498,759 |
| Texas | 74.6% | 25.5% | 2,011,747 |
| Utah | 75.0% | 21.8% | 216,265 |
| Virginia | 77.1% | 23.3% | 478,746 |
| Washington | 64.2% | 23.4% | 463,480 |
| West Virginia | 81.0% | 18.8% | 142,221 |
| Wisconsin | 70.0% | 13.7% | 208,384 |
| Wyoming | 69.7% | 31.5% | 60,438 |
| Total | 75.6% | 22.3% | 18,302,149 |

Table 12: Percent of those who have owned 16+ capacity magazines who indicated that they have owned 11+ rd magazines for defensive purposes (Home Defense or Defense Outside the Home). Estimated number of such owners and the percentage of gun owners that they represent are also reported.

18

| State | Owners of 11+ cap mag | Handgun mags owned 11-15 cap | 16 + cap | Rifle mags owned 11-15 cap | 16 + cap |
|---|---|---|---|---|---|
| Alabama | 730,889 | 2,141,504 | 3,435,178 | 1,359,453 | 3,902,947 |
| Alaska | 97,287 | 365,801 | 959,254 | 245,164 | 752,032 |
| Arizona | 877,932 | 2,581,120 | 3,854,122 | 1,659,292 | 6,628,387 |
| Arkansas | 432,435 | 1,037,843 | 2,395,688 | 674,598 | 2,291,904 |
| California | 4,191,788 | 10,521,387 | 26,324,427 | 8,844,672 | 26,869,360 |
| Colorado | 786,385 | 1,682,864 | 3,019,719 | 1,384,038 | 3,994,837 |
| Connecticut | 244,425 | 549,955 | 1,080,357 | 684,389 | 2,031,169 |
| Delaware | 97,819 | 171,183 | 313,020 | 90,971 | 399,100 |
| Dist of Columbia | 96,502 | 112,907 | 380,217 | 128,347 | 542,340 |
| Florida | 2,483,223 | 5,934,902 | 11,199,334 | 4,817,452 | 14,303,362 |
| Georgia | 1,597,423 | 3,578,229 | 7,364,122 | 3,194,847 | 9,552,592 |
| Hawaii | 107,991 | 215,982 | 446,003 | 188,984 | 566,953 |
| Idaho | 340,268 | 826,850 | 979,971 | 398,113 | 1,575,439 |
| Illinois | 1,337,716 | 3,357,668 | 4,855,910 | 1,832,671 | 6,019,723 |
| Indiana | 971,512 | 2,263,624 | 3,244,852 | 1,593,280 | 4,449,527 |
| Iowa | 286,668 | 679,404 | 1,456,276 | 516,003 | 2,580,016 |
| Kansas | 400,873 | 833,815 | 1,058,304 | 440,960 | 978,129 |
| Kentucky | 709,162 | 1,475,056 | 1,858,004 | 1,326,132 | 3,978,397 |
| Louisiana | 554,269 | 1,413,387 | 2,765,804 | 853,575 | 3,259,104 |
| Maine | 149,915 | 161,908 | 166,405 | 161,908 | 353,799 |
| Maryland | 520,371 | 1,483,058 | 2,851,635 | 1,160,428 | 3,580,154 |
| Massachusetts | 467,853 | 1,197,703 | 2,867,938 | 828,099 | 3,289,005 |
| Michigan | 1,008,257 | 1,925,770 | 3,639,807 | 1,431,724 | 4,547,238 |
| Minnesota | 564,040 | 1,816,208 | 1,934,657 | 1,381,898 | 4,094,929 |
| Mississippi | 400,934 | 1,407,280 | 1,094,551 | 493,149 | 2,341,457 |
| Missouri | 960,510 | 2,017,072 | 3,064,028 | 1,546,422 | 4,985,048 |
| Montana | 216,754 | 318,628 | 708,786 | 374,985 | 1,473,928 |
| Nebraska | 247,302 | 257,194 | 296,762 | 252,248 | 464,927 |
| Nevada | 565,368 | 1,571,724 | 1,662,183 | 881,974 | 2,391,508 |
| New Hampshire | 117,661 | 404,754 | 244,735 | 70,597 | 334,157 |
| New Jersey | 699,423 | 1,601,679 | 3,035,497 | 1,538,731 | 3,532,087 |
| New Mexico | 271,590 | 507,874 | 361,215 | 271,590 | 616,510 |
| New York | 1,913,109 | 3,960,135 | 9,622,936 | 3,596,644 | 10,656,015 |
| North Carolina | 1,358,135 | 3,476,825 | 3,992,916 | 1,847,063 | 5,975,792 |
| North Dakota | 110,510 | 745,943 | 263,014 | 331,530 | 234,281 |
| Ohio | 1,291,226 | 3,215,153 | 7,243,779 | 2,246,734 | 7,308,340 |
| Oklahoma | 582,149 | 1,758,090 | 2,468,312 | 884,867 | 4,261,332 |
| Oregon | 644,189 | 1,178,865 | 1,842,379 | 637,747 | 2,248,218 |
| Pennsylvania | 1,218,592 | 3,887,307 | 4,825,623 | 2,449,369 | 7,433,409 |
| Rhode Island | 79,878 | 250,818 | 517,611 | 68,695 | 563,142 |
| South Carolina | 713,799 | 2,205,640 | 2,862,335 | 892,249 | 3,026,509 |
| South Dakota | 132,151 | 318,483 | 603,928 | 277,516 | 971,307 |
| Tennessee | 1,017,875 | 2,900,943 | 3,002,731 | 2,208,789 | 5,873,138 |
| Texas | 4,266,955 | 10,966,074 | 18,091,888 | 7,083,145 | 21,206,765 |
| Utah | 464,570 | 1,207,881 | 1,477,332 | 585,358 | 1,426,229 |
| Virginia | 977,863 | 2,767,354 | 4,185,256 | 1,779,711 | 5,700,944 |
| Washington | 1,050,164 | 2,635,912 | 5,502,859 | 1,921,800 | 5,660,384 |
| West Virginia | 338,820 | 911,425 | 2,127,788 | 670,863 | 2,205,716 |
| Wisconsin | 511,036 | 899,424 | 1,778,406 | 546,809 | 2,049,255 |
| Wyoming | 120,876 | 317,903 | 950,082 | 228,455 | 1,006,893 |
| Total | 39,326,441 | 98,018,509 | 170,277,932 | 68,884,040 | 214,487,735 |

Table 13: Breakdown of magazine ownership by state and capacity of magazine. Note that owners may keep magazines in other states if there are local ownership restrictions.

consider only those who have owned 16+ round magazines and indicated that they owned 11+ round magazines for a defensive purpose. In total, these results suggest that over 18 million individuals have owned 16+ round magazines for defensive purposes.

Finally, Table 13 reports estimates of the number of individuals who have owned 11+ round capacity magazines by state along with estimates of the number of handgun and rifle

magazines owned that hold 11-15 rounds and 16+ rounds. Overall, firearms owners in the U.S. have owned approximately 98 million handgun magazines that hold 11-15 rounds, 170 million handgun magazines that hold more than 15 rounds, 69 million rifle magazines that hold 11-15 rounds, and 214 million rifle magazines that hold more than 15 rounds.

# 4    Conclusion

This report draws on 2021 National Firearms Survey data to examine magazine ownership and use across states and demographic groups. About half (48%) of firearms owners (39 million individuals) have owned magazines that hold more than 10 rounds, and 71% of such owners indicate that they have owned such magazines for defensive purposes (Home Defense or Defense Outside the Home). Ownership of rifle and handgun magazines that hold more than 10 rounds is widespread across different demographic groups. Moreover, while there is modest variation in ownership rates across states, the data suggests a strong revealed preference for magazines that hold 11-15 and 16+ rounds across residents of all states. Overall, the survey data implies that 31.9% of firearm owners (∼26 million individuals) have owned handgun magazines that hold 11-15 rounds, 21.6% (∼18 million) have owned handgun magazines that hold 16+ rounds, 14.5% (∼12 million) have owned handgun magazines that hold 21+ rounds, 10.6% (∼9 Million), have owned handgun magazines that hold 31+ rounds, 22.2% of firearm owners (∼18 million) have owned rifle magazines that hold 11-15 rounds, 24.8% (∼20 million) have owned rifle magazines that hold 16+ rounds, 20.2% (∼16 million) have owned rifle magazines that hold 21+ rounds, and 12.6% (∼10 Million), have owned rifle magazines that hold 31+ rounds.

# References

William English. 2021 national firearms survey: Updated analysis including types of firearms owned. *Available at SSRN 4109494, https://papers.ssrn.com/sol3/papers.cfm?abstract_id = 4109494,* 2022.

Ex. 1 - Lindsay Decl. (English 2023 Analysis)
Page 20 of 21

Gallup.    *In Depth:  Topics,  Guns.*    https://news.gallup.com/poll/1645/guns.aspx   , https://news.gallup.com/poll/264932/percentage-americans-own-guns.aspx, 2022.