Case 3:22-cv-01862-IM   Document 182-2   Filed 05/22/23   Page 1 of 6

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Brian DeLay

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

_____

OREGON FIREARMS FEDERATION,      )
INC.,                            )
et al.,                          )
                                 )Civil No.
            Plaintiffs,          )2:22-cv-01815-IM
      v.                         )(Lead Case)
                                 )
KATE BROWN, et al.,              )Civil No.
                                 )3:22-cv-01859-IM
            Defendants.          )(Trailing Case)
_____  )
                                 )Civil No.
            (Continued)          )3:22-cv-01862-IM
                                 )(Trailing Case)
                                 )
                                 )Civil No.
                                 )3:22-cv-01869-IM
                                 )(Trailing Case)
_____

                * VIDEOCONFERENCE *

    VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

                EXPERT BRIAN DELAY
_____

                Witness located in:
                Berkeley, California


    * All participants appeared via videoconference *


DATE TAKEN:  March 14, 2023

REPORTED BY:  Tia B. Reidt, Washington RPR, CCR 2798
                      Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 2 - Lindsay Decl. (DeLay Depo.)
Page 1 of 6
61edbad1-e689-4bba-b2dc-771242daf575

Page 2

1  _____

2  (continued)                          )
                                        )
3  MARK FITZ, et al.,                   )
                                        )
4              Plaintiffs,              )
       v.                               )
5                                       )
   ELLEN F. ROSENBLUM, et al.,          )
6                                       )
              Defendants.               )
7  _____       )
                                        )
8  KATERINA B. EYRE, et al.,            )
                                        )
9              Plaintiffs,              )
                                        )
10      v.                              )
                                        )
11 ELLEN F. ROSENBLUM, et al.,          )
                                        )
12            Defendants.               )
   _____       )
13 DANIEL AZZOPARDI, et al.,            )
                                        )
14             Plaintiffs,              )
       v.                               )
15                                      )
   ELLEN F. ROSENBLUM, et al.,          )
16                                      )
              Defendants.               )

17 _____

18
19
20
21
22
23
24
25

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                    Brian DeLay

Page 3

1                         APPEARANCES

2    For Oregon Firearms Federation:

3               LEONARD WILLIAMSON
                VAN NESS WILLIAMSON
4               960 Liberty Street SE, Suite 100
                Salem, OR 97302
5               (503) 365-8800
                L.williamson@vwllp.com
6

7    For the State of Oregon Defendants:

8               HANNAH HOFFMAN
                ERIN DAWSON
9               MARKOWITZ HERBOLD
                1455 SW Broadway, Suite 1900
10              Portland, OR 97201
                (503) 972-5076
11              HannahHoffman@markowitzherbold.com

12
     Videographer:
13
                MICHAEL TAKOS
14              BUELL REALTIME REPORTING
                1325 Fourth Avenue, Suite 1840
15              Seattle, WA 98101
                (206) 287-9066
16              Info@buellrealtime.com

17

18                       *   *   *   *   *

19

20

21

22

23

24

25

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                    Brian DeLay

Page 18

1    I'm not a hundred percent sure about that.

2    BY MR. WILLIAMSON:

3        Q.  And do you own these merely as examples or do

4    you shoot them?

5        A.  I shoot them.

6        Q.  In terms of your own personal research into

7    firearms, do you go to, for example, gun shows or

8    museums where these things are displayed or is it

9    mostly by book?

10       A.  Well, most of my work is with documents and

11   books.  But I certainly do go to museums and have, you

12   know, learned that way as well.

13       Q.  Which museums have you attended?

14       A.  Well, the Cody Firearms Museum, for example,

15   where I both got to enjoy the museum as a patron.  They

16   have a really remarkable collection and work in the

17   archive there as a researcher.

18       Q.  Any other firearms museums?

19       A.  Well, collections in other museums.  So the

20   Met, for example, has a remarkable collection of arms

21   and armor, including firearms.  The British Museum,

22   where I did work in -- I did work in London, research

23   in London for six or seven months.  I often went to the

24   British Museum and spent time in their firearms

25   collection just as a patron.

Page 66

1   encompass the colonies as well.

2       Q.   Would it include Europe --

3       A.   Yes.

4       Q.   -- that statement?

5            Okay.

6       A.   That's right.

7       Q.   Earlier, you mentioned -- maybe I am

8   misstating this, but you did some research at the Cody

9   Museum; is that correct?

10      A.   That's correct.

11      Q.   So it was just not -- you weren't there just

12  for a visit.  You were doing some primary research?

13      A.   Yeah.  There is a library and archive there

14  that -- at least I think it still is.  At the time, it

15  was called the McCracken Research Library.  And the

16  McCracken Research Library has -- among many other

17  amazing collections, they have the Winchester Repeating

18  Arms Company archive.

19      Q.   Okay.

20           Are you familiar with a book called "The Guns

21  of John Moses Browning" by Nathan Gorenstein?

22      A.   No, I'm not.

23      Q.   Did Browning do work for Winchester, do you

24  recall?

25      A.   I don't recall.  I'm sorry.

Oregon Firearms Federation, Inc., et al. v. Brown, et al.                                      Brian DeLay

Page 68

1                              C E R T I F I C A T E

2

3       STATE OF WASHINGTON

4       COUNTY OF PIERCE

5

6            I, Tia Reidt, a Certified Court Reporter in and

7       for the State of Washington, do hereby certify that the

8       foregoing transcript of the deposition of Brian DeLay,

9       having been duly sworn, on March 14, 2023, is true and

10      accurate to the best of my knowledge, skill and ability.

11           IN WITNESS WHEREOF, I have hereunto set my hand

12      and seal this 17th day of March, 2023.

13

14

15      _____

16      /S/ Tia B. Reidt
        Tia B. Reidt, # 22-0001
17      NOTARY PUBLIC, State of
        Washington.
18      My commission expires
        5/15/2026.

19

20

21

22

23

24

25