Case 3:22-cv-01862-IM   Document 184-1   Filed 05/22/23   Page 1 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                      Kevin L. Campbell - Vol. II

Page 112

```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF OREGON
                    PENDLETON DIVISION
_____

OREGON FIREARMS FEDERATION,    )
INC., et al.,                  )
                               ) Civil No.
              Plaintiffs,      ) 2:22-cv-01815-IM
       v.                      ) (Lead Case)
                               )
TINA KOTEK, et al.,            ) Civil No.
                               ) 3:22-cv-01859-IM
              Defendants.      ) (Trailing Case)
_____)
                               ) Civil No.
              (Continued)      ) 3:22-cv-01862-IM
                               ) (Trailing Case)
                               )
                               ) Civil No.
                               ) 3:22-cv-01869-IM
                               ) (Trailing Case)
                               )
_____

                    * VIDEOCONFERENCE *

     VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

                          OF

          KEVIN L. CAMPBELL, VOLUME II
_____

                   Witness located in:

                     Salem, Oregon


   * All participants appeared via videoconference *

DATE TAKEN:    May 17, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR #2798
                         Oregon # 22-0001
```

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Exhibit 1 - Lindsay Decl. (Campbell II Depo.)
Page 1 of 8
25f5a395-266e-42cb-8266-d702abded5a9

Page 113

```
 1  _____
    (continued)                         )
 2                                      )
                                        )
 3  MARK FITZ, et al.,                  )
                                        )
 4              Plaintiffs,             )
         v.                             )
 5                                      )
    ELLEN F. ROSENBLUM, et al.,         )
 6                                      )
                Defendants.             )
 7  _____      )
                                        )
 8  KATERINA B. EYRE, et al.,           )
                                        )
 9              Plaintiffs,             )
                                        )
10       v.                             )
                                        )
11  ELLEN F. ROSENBLUM, et al.,         )
                                        )
12              Defendants,             )
                                        )
13       and                            )
                                        )
14  OREGON ALLIANCE FOR GUN             )
    SAFETY,                             )
15                                      )
                Intervenor-             )
16              Defendant.              )
    _____      )
17  DANIEL AZZOPARDI, et al.,           )
                                        )
18              Plaintiffs,             )
         v.                             )
19                                      )
    ELLEN F. ROSENBLUM, et al.,         )
20                                      )
                Defendants.             )
21  _____
22
23
24
25
```

Page 114

```
 1                    APPEARANCES
 2   For Oregon Firearms Federation:
 3            SHAWN M. LINDSAY
              JURISLAW LLP
 4            Three Centerpointe Drive, Suite 160
              Lake Oswego, OR 9703
 5            (503) 596-2928
              Shawn@jurislawyer.com
 6
 7   For the State of Oregon Defendants:
 8            HANNAH HOFFMAN
              MARKOWITZ HERBOLD
 9            1455 SW Broadway, Suite 1900
              Portland, OR 97201
10            (503) 972-5076
              HannahHoffman@markowitzherbold.com
11
     For the Witness:
12
              C. AKIN BLITZ
13            BULLARD LAW
              200 SW Market Street, Suite 1900
14            Portland, OR 97201
              (503) 248-1134
15            Ablitz@bullardlaw.com
16
     Videographer:
17
              MICHAEL HENRY
18            BUELL REALTIME REPORTING
              1325 Fourth Avenue, Suite 1840
19            Seattle, WA 98101
              (206) 287-9066
20            Info@buellrealtime.com
21
22                    *  *  *  *  *
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 1 - Lindsay Decl. (Campbell II Depo.)
Page 3 of 8
25f5a395-266e-42cb-8266-d702abded5a9

Case 3:22-cv-01862-IM    Document 184-1    Filed 05/22/23    Page 4 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)    Kevin L. Campbell - Vol. II

Page 202

1  take the microphone.
2           THE WITNESS:  Okay.
3           MR. LINDSAY:  I can go ahead, Akin?
4           MR. BLITZ:  Your transition -- your
5  transition took so little time that I was going to
6  interrupt Hannah with my musings around the sheriff's
7  office, Gold Beach, in Brookings.
8           MS. HOFFMAN:  Oh, well, go ahead.
9           MR. BLITZ:  So it's a really interest- --
10 in the context of Kevin's testimony -- and I do have
11 questions, but not about that part -- home is a really
12 good illustration of some of the challenges that could
13 arise based on home.
14          MS. HOFFMAN:  Yes.
15          MR. BLITZ:  Go ahead, Shawn.
16          MR. LINDSAY:  All right.  Thank you.  I'll
17 try to be efficient here.
18
19                    EXAMINATION
20 BY MR. LINDSAY:
21     Q.  So, Mr. Campbell, you have heard that Senate
22 Bill 348 -- right?  It's in the Ways and Means
23 Committee, currently.  It intends to amend 114.  It
24 increases the waiting period from 30 days to 60 days.
25          Why do you think that is?

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 1 - Lindsay Decl. (Campbell II Depo.)
Page 4 of 8
25f5a395-266e-42cb-8266-d702abded5a9

Case 3:22-cv-01862-IM   Document 184-1   Filed 05/22/23   Page 5 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Kevin L. Campbell - Vol. II

Page 203

1    A.    I think our technical perspective was that 30
2    days was not enough time.
3    Q.    Thank you.
4          It also increased the --
5    A.    (Speaking simultaneously.)
6    Q.    It also increases the fee.  Why?
7    A.    The fee was not adequate to cover the cost.
8    So the -- you know, like I mentioned before, for a
9    local agency, $100-plus is where the local agency cost
10   probably falls.  And then, of course, the state police
11   does incur a cost in order to do their work.  And I
12   don't know the exact amount, but around 46-plus dollars
13   per background check that they do.
14   Q.    It also institutes a much longer waiting
15   period or longer period of time to implement the
16   permit-to-purchase regime.  Why?
17   A.    Yeah.  So although, technically, agencies
18   would be capable, there's a lot of groundwork and
19   requirements that agencies have to work through to be
20   able to do this work including working with their local
21   budgeting authorities to even make sure that they've
22   got money and resources to do this.  That is all a
23   process.  Right?
24         It takes time, getting the equipment.  The
25   Live-Scan machines, for instance, are a grant-based

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 1 - Lindsay Decl. (Campbell II Depo.)
Page 5 of 8
25f5a395-266e-42cb-8266-d702abded5a9

Case 3:22-cv-01862-IM   Document 184-1   Filed 05/22/23   Page 6 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)     Kevin L. Campbell - Vol. II

Page 204

1  opportunity through OSP.  So we're pursuing that for
2  agencies, but it all takes time.
3        I mean -- and if you launched a program today,
4  you would have chaos because you have people that have
5  a rightful expectation that they can get a permit and
6  they can purchase a firearm.  And the -- and the --
7  we're -- we just -- our agencies, for a lot of good
8  reasons, don't have all of those pieces in place.
9     Q.  Ms. Hoffman walked you through the process
10 just a few minutes ago, and you qualified all of your
11 answers with a lot of "ifs."  So here is my "if."
12 Okay?
13       If 114 went into effect today, is the
14 permit-to-purchase regime ready to process
15 permit-to-purchase applications for every single
16 Oregonian that would submit an application that day?
17    A.  No.
18    Q.  A couple weeks ago, I spoke with Oregon State
19 Police, Ms. Landers.  She told me that she would have
20 to hire at least 20 people to manage the
21 permit-to-purchase regime.  She also said the Oregon
22 State Police has received no money to do so.
23       Does that cause you concern about the Oregon
24 State Police's ability to implement and manage the
25 permit-to-purchase regime?

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 1 - Lindsay Decl. (Campbell II Depo.)
Page 6 of 8
25f5a395-266e-42cb-8266-d702abded5a9

Case 3:22-cv-01862-IM   Document 184-1   Filed 05/22/23   Page 7 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                Kevin L. Campbell - Vol. II

Page 205

1  A.  It does.  And we have talked to State Police
2  about that.  I mean, they had a fiscal request that
3  goes with Senate Bill 348.  It's one of the reasons,
4  among many, that -- it's in the Ways and Means
5  Committee right now, is that funding is necessary for
6  OSP to do their part of the work.
7  Q.  You said that if you had all of the resources
8  in the world, that permit agents would be able to
9  implement permit-to-purchase regime.  How long would it
10 take to implement?
11 A.  I have no idea.  You mean ==if you gave us all==
12 ==of the resources== today and said, "Set this up"?  I
13 ==don't have an answer== for that, but it would ==take quite==
14 ==a bit of time to get everything in place==.  Again,
15 you're -- especially -- there is a workforce piece of
16 this that is necessary to do this work.
17         And I'm pretty confident that most agencies do
18 not have that workforce in place.  So it's recruitment
19 and hiring and training.  There's just a lot of pieces
20 that have to be in place.
21         So I think one of the reasons that the
22 legislature, even though this bill has not passed, was
23 looking at a delayed period of time was so that there
24 would be certainty for agencies in terms of how long
25 they would have to try to figure this out, realizing

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989

Exhibit 1 - Lindsay Decl. (Campbell II Depo.)
Page 7 of 8
25f5a395-266e-42cb-8266-d702abded5a9

Case 3:22-cv-01862-IM   Document 184-1   Filed 05/22/23   Page 8 of 8

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)   Kevin L. Campbell - Vol. II

Page 226

```
 1                  C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF PIERCE
 5
 6        I, Tia Reidt, a Certified Court Reporter in and
 7   for the State of Washington, do hereby certify that the
 8   foregoing transcript of the deposition of Kevin L.
 9   Campbell, having been duly sworn, on May 17, 2023, is
10   true and accurate to the best of my knowledge, skill and
11   ability.  Reading and signing was requested pursuant
12   to FRCP Rule 30(e).
13        IN WITNESS WHEREOF, I have hereunto set my hand
14   and seal this 19th day of May, 2023.
15
16
17        _____
18        /S/ Tia B. Reidt
          Tia B. Reidt, RPR, # 22-0001
19        NOTARY PUBLIC, State of
          Washington.
20        My commission expires
          5/15/2026.
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 1 - Lindsay Decl. (Campbell II Depo.)
Page 8 of 8
25f5a395-266e-42cb-8266-d702abded5a9