Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

_____

| | |
|---|---|
| OREGON FIREARMS FEDERATION, INC., et al., | ) <br> ) <br> ) Civil No. |
| Plaintiffs, | ) 2:22-cv-01815-IM |
| v. | ) (Lead Case) <br> ) |
| TINA KOTEK, et al., | ) Civil No. <br> ) 3:22-cv-01859-IM |
| Defendants. | ) (Trailing Case) |
| _____ | ) <br> ) Civil No. |
| (Continued) | ) 3:22-cv-01862-IM <br> ) (Trailing Case) <br> ) <br> ) Civil No. <br> ) 3:22-cv-01869-IM <br> ) (Trailing Case) <br> ) |

_____

\* VIDEOCONFERENCE \*

DEPOSITION UPON ORAL EXAMINATION

OF EXPERT

LOUIS J. KLAREVAS

_____

Witness located in:

Oyster Bay, New York

\* All participants appeared via videoconference \*

DATE TAKEN:    March 24, 2023
REPORTED BY:   Tia B. Reidt, Washington RPR, CCR #2798
                        Oregon # 22-0001

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                    Louis J. Klarevas

Page 2

```
 1  _____
 2    (continued)                          )
                                           )
 3    MARK FITZ, et al.,                   )
                                           )
 4                    Plaintiffs,          )
            v.                             )
 5                                         )
      ELLEN F. ROSENBLUM, et al.,          )
 6                                         )
                      Defendants.          )
 7   _____        )
                                           )
 8    KATERINA B. EYRE, et al.,            )
                                           )
 9                    Plaintiffs,          )
                                           )
10          v.                             )
                                           )
11    ELLEN F. ROSENBLUM, et al.,          )
                                           )
12                    Defendants.          )
     _____        )
13    DANIEL AZZOPARDI, et al.,            )
                                           )
14                    Plaintiffs,          )
            v.                             )
15                                         )
      ELLEN F. ROSENBLUM, et al.,          )
16                                         )
                      Defendants.          )
17                                         )
     _____
18
19
20
21
22
23
24
25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 5 - Lindsay Decl. (Klarevas Depo.)
Page 2 of 6
7a8a1ba9-deac-4d80-b301-5e25b97fcc44

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                    Louis J. Klarevas

Page 3

```
 1                    APPEARANCES

 2   For Oregon Firearms Federation:

 3              LEONARD WILLIAMSON
                VAN NESS WILLIAMSON
 4              960 Liberty Street SE, Suite 100
                Salem, OR 97302
 5              (503) 365-8800
                L.williamson@vwllp.com
 6

 7   For the Defendants:

 8
                BRIAN SIMMONDS MARSHALL
 9              OREGON DEPARTMENT OF JUSTICE
                TRIAL DIVISION
10              SPECIAL LITIGATION UNIT
                100 SW Market Street
11              Portland, OR 97201
                Brian.s.marshal@doj.state.or.us
12

13              ERIN DAWSON
                MARKOWITZ HERBOLD
14              1455 SW Broadway, Suite 1900
                Portland, OR 97201
15              (503) 972-5076
                ErinDawson@markowitzherbold.com
16

17                  *   *   *   *   *

18

19

20

21

22

23

24

25
```

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Exhibit 5 - Lindsay Decl. (Klarevas Depo.)
Page 3 of 6
7a8a1ba9-deac-4d80-b301-5e25b97fcc44

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                                  Louis J. Klarevas

Page 26

1    Q.  So in terms of the plaintiffs who are involved
2    here, do you know anything about the National Shooting
3    Sports Foundation?
4    A.  The National Sports Shooting Foundation [sic]
5    is a plaintiff in this case?
6    Q.  Yep.
7    A.  I did not -- I did not know that.
8        Sorry, can I ask which -- because this is four
9    consolidated cases, which is the case that involves the
10   National --
11   Q.  The National Shooting Sports Foundation --
12   A.  Yeah.
13   Q.  -- that's the prior plaintiff, and then -- I
14   think there's a gun store involved, and then the
15   National Shooting Sports Foundation.
16   A.  That's -- yeah, sorry.  I don't mean to cut
17   you off.
18       Yeah, I did not realize that.  I guess I
19   should have looked fully at the list of plaintiffs.
20   Q.  Yeah.
21   A.  Yeah, I didn't know that, no.
22   Q.  Do you know anything about that organization?
23   A.  I do.  I've actually cited their reports and
24   the declaration of their former I think research
25   director has been cited in some of my -- I don't know

BUELL REALTIME REPORTING, LLC
206.287.9066   |   800.846.6989

Exhibit 5 - Lindsay Decl. (Klarevas Depo.)
Page 4 of 6
7a8a1ba9-deac-4d80-b301-5e25b97fcc44

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)                Louis J. Klarevas

Page 27

1  if it was this case, but it's been cited in certainly
2  other declarations that I've done.
3      Q.   And the citation to their data was for what
4  reason?
5      A.   In terms of AR and AK platform rifles that are
6  in circulation in the United States among civilians and
7  the kind of ownership patterns of those rifles.
8      Q.   Oh, so the national sales data that they
9  track?  Is that what you mean?
10     A.   So they don't -- good question.  So they don't
11 track necessarily national sales data on AR and AK
12 platform rifles.  What they do track are two things,
13 and it's done in two kind of separate reports.  One is
14 kind of ownership patterns:  Who's buying AR and AK
15 platform rifles, why are they buying them, what is
16 their -- you know -- you know, what -- in what -- like
17 what is the ownership rates per owner.  And by that, I
18 mean, like, do they own one, do they own two, do they
19 own more than two.  So that's one kind of set of
20 reports that --
21          And if I can call it the NSSF to make it
22 simpler?
23     Q.   Yeah.
24     A.   Yeah, so that's one set of reports that the
25 NSSF has put out.  And it's appeared in -- that kind of

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

Exhibit 5 - Lindsay Decl. (Klarevas Depo.)
Page 5 of 6
7a8a1ba9-deac-4d80-b301-5e25b97fcc44

Oregon Firearms Federation, Inc., et al. v. Kotek, et al. (Consolidated)  Louis J. Klarevas

Page 94

C E R T I F I C A T E

STATE OF WASHINGTON

COUNTY OF PIERCE

    I, Tia Reidt, a Certified Court Reporter in and for the State of Washington, do hereby certify that the foregoing transcript of the deposition of LOUIS J. KLAREVAS, having been duly sworn, on March 24, 2023, is true and accurate to the best of my knowledge, skill and ability.  Reading and signing was requested pursuant to FRCP Rule 30(e).

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 28th day of March, 2023.

_____

/S/ Tia B. Reidt
Tia B. Reidt, RPR, CCR 22-0001
NOTARY PUBLIC, State of Washington.
My commission expires 5/15/2026.

BUELL REALTIME REPORTING, LLC
206.287.9066 | 800.846.6989

Exhibit 5 - Lindsay Decl. (Klarevas Depo.)
Page 6 of 6
7a8a1ba9-deac-4d80-b301-5e25b97fcc44