# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## LIST OF WITNESSES

Case No.: 2:22-cr-01815-IM          Title: Oregon Firearms Federation, Inc. v Brown, et al

| Plaintiff(s) Ex. # | Id. | Ev. | Defendant(s) Ex. # | Id. | Ev. | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| | | | | | | Jessica Harris 6/5/2023 | Plaintiffs |
| | | | | | | Adam Johnson 6/5/2023 | Plaintiffs |
| | | | | | | Brad Lohrey 6/5/2023 | Plaintiffs |
| | | | | | | Mark Hanish 6/5/2023 | Plaintiffs |
| | | | | | | Ashley Hlebinsky 6/5/2023 | Plaintiffs |
| | | | | | | Damian Bunting 6/6/2023 | Plaintiffs |
| | | | | | | Salam Fatohi 6/6/2023 | Plaintiffs |
| | | | | | | Dr. Louis Klarevas 6/6/2023 | Defendants |
| | | | | | | Mackenzie Cook 6/6/2023 | Defendants |
| | | | | | | Dr. Michael Siegel 6/6/2023 | Defendants |
| | | | | | | James Yurgealitis 6/6/2023 | Defendants |
| | | | | | | Dr. Brian DeLay 6/6/2023 and 6/7/2023 | Defendants |
| | | | | | | Dr. Kevin Sweeney 6/7/2023 | Defendants |
| | | | | | | Lucy Allen 6/7/2023 | Defendants |
| | | | | | | Dr. Brennan Rivas 6/7/2023 | Defendants |
| | | | | | | Dennis Baron 6/7/2023 | Int. Defs. |
| | | | | | | Dr. Robert Spitzer 6/8/2023 | Defendants |
| | | | | | | Dr. David McDowell 6/8/2023 | Defendants |
| | | | | | | Roger Pauly 6/8/2023 | Defendants |
| | | | | | | Vincenza Longnecker 6/8/2023 | Int. Defs. |