IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KATERINA B. EYRE, TIM FREEMAN, MAZAMA SPORTING GOODS, NATIONAL SHOOTING SPORTS FOUNDATION,** and **OREGON STATE SHOOTING ASSOCIATION,** | Case No. 3:22-cv-01862-IM |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **KATE BROWN, GOVERNOR OF THE STATE OF OREGON,** in her official capacity**; and ELLEN ROSENBLUM, ATTORNEY GENERAL OF THE STATE OF OREGON,** in her official capacity | |
| Defendants, | |
| and | |

1 – JUDGMENT

**OREGON ALLIANCE FOR GUN SAFETY**,

    Intervenor-Defendant.

_____

**IMMERGUT, U.S. District Judge**

This matter having come before the Court for trial on May 30 and June 5–9, 2023, and for the reasons set out in the Court's Findings of Fact and Conclusions of Law, ECF 224, it is hereby ORDERED and ADJUDGED that:

Judgment is entered in favor of Defendants and Intervenor-Defendant and against Plaintiffs on all claims.

**IT IS SO ORDERED.**

DATED this 31st day of July, 2023.

                                          /s/ Karin J. Immergut  
                                          Karin J. Immergut  
                                          United States District Judge